AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| Matt Hosseinzadeh <br> *Plaintiff* <br> v. <br> Ethan Klein and Hila Klein <br> *Defendant* | ) ) ) ) ) ) Case No. 16-civ-3081 |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Ethan Klein and Hila Klein

Date: June 9, 2016

*Attorney's signature*

Michael Lee (WL6353)
*Printed name and bar number*

1745 Broadway, 17th Floor
New York, NY 10106
*Address*

mlee@morrisonlee.com
*E-mail address*

212-858-9596
*Telephone number*

212-858-9596
*FAX number*