

**Michael Lee**
Morrison & Lee LLP
mlee@morrisonlee.com
212.858.9596

June 9, 2016

**VIA ECF & EMAIL:** **ForrestNYSDChambers@nysd.uscourts.gov**
Hon. Katherine B. Forrest
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: *Hosseinzadeh v. Klein and Klein*, 16-civ-3081 (KBF)

Dear Judge Forrest:

    This firm represents defendants, Ethan Klein and Hila Klein. Plaintiff is represented by Thompson Bukher, LLP.

    We are writing to request an adjournment of the Initial Conference scheduled for June 16, 2016 at 3:00 pm. Plaintiff's counsel consents to this request. This is the first request for an adjournment. I will be out of the office and attending a conference in Los Angeles from June 13 through the 20th and am therefore unable to attend the conference.

    Defendant's response to the Amended Complaint is due on June 27, 2016 and we therefore request that the conference be adjourned to some time thereafter; we are specifically available the week beginning July 12th.

    Thank you for your consideration.

Respectfully Submitted,

**MORRISON & LEE LLP**

By: _____
Michael Lee (WL 6353)

cc: Tim Bukher (via ECF & Email)

Broadway, 17th Floor, New York, NY 10106

