Michael Lee (WL 6353)
Morrison & Lee LLP
1745 Broadway
17th Floor
New York, NY 10106
Telephone: (212) 858-9596
Attorney for Defendants

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

MATT HOSSEINZADEH,

                                        *Plaintiff,*

        – vs –

ETHAN KLEIN and HILA KLEIN,

                                        *Defendant*s.

**Civ. No. 16-cv-3081 (KBF)**

**NOTICE OF MOTION TO DISMISS THE**
**AMENDED COMPLAINT PURSUANT**
**TO FED. R. CIV. P. 12(b)(6)**

SIRS:

        PLEASE TAKE NOTICE defendants Ethan Klein and Hila Klein hereby move to dismiss

the Amended Complaint filed by plaintiff Matt Hosseinzadeh pursuant to Fed. R. Civ. P. 12(b)(6).

This motion is based upon the declarations of Ethan Klein and Michael Lee and all prior pleadings

and proceedings herein. A memorandum of law is also submitted in support of defendants' motion.

        Pursuant to the Local Rules of the United States District Courts for the Southern and

Eastern Districts of New York, any opposition to this motion shall be served within fourteen (14)

days after service of the motion. Reply papers, if any, shall be served seven (7) days after service

of the opposing papers.

The Court will determine whether argument will be heard and, if so, will advise counsel of the argument date.

Date: June 27 , 2016

MORRISON & LEE LLP

Michael Lee (WL 6353)
1745 Broadway
17th Floor
New York, NY 10106
Telephone: (212) 858-9596
Attorney for Defendants