**Hosseinzadeh v. Klein et al., 16-cv-3081 (KBF)**

**Declaration of Matt Hosseinzadeh**

# **EHIBIT B**

**From:** "Copyright Office" <cop-rc@loc.gov>
**Subject: 1-2481435061 Bold Guy 1 Flirt 1 Tough Girl, et al.**
**Date:** July 1, 2015 at 9:57:46 AM PDT
**To:** matt@matthoss.com

Dear Matt Hosseinzadeh:

We are writing to ask about the publication of these works. Your application gives a publication date, but it is not clear whether the videos you uploaded have been published.

Generally, publication means that copies of a work have been sold or distributed to the public. For more information about publication, including the complete definition, please see Chapter 1900 in Compendium of the U.S. Copyright Office Practices, Third Edition.  http://copyright.gov/comp3/chapter1900.html.  Also, please refer to Chapter 1000 at http://copyright.gov/comp3/chap1000/ch1000-websites.pdf for the meaning of "publication" in regard to online works (specifically, section 1008.3(F) for works available only by online streaming).

If these works have been published, please confirm this and also tell us how they were published (for example, as a DVD set, as a download, etc.). If the works were published online, also let us know whether the videos were distributed to the public as a collection, or whether they were only made available individually. Once we hear back from you, we will advise you further about registration.

On the other hand, if after reading the Compendium information you decide that these works have not in fact been published, please give us permission to remove the publication information from your application and we will proceed with registration as an unpublished collection.

Sincerely,
Gareth James
Registration Specialist, Performing Arts Division
U.S. Copyright Office

Please note that if we do not receive a response to this message within 20 days, we will close this case without processing your registration or notifying you further, and forward your deposit copy(ies) under the provisions of the current copyright law. The fee is not refundable. If you re-apply for registration after the case is closed, you must send a new application, copy and fee. The effective date of registration will be based on the new submission.
When replying to this email, please include the following thread id (entire line) within the body of your response to expedite routing to the correct office. [THREAD ID:1-15MK924]

**From:** "Copyright Office" <cop-rc@loc.gov>
**Subject: RE: Re: 1-2481435061 Bold Guy 1 Flirt 1 Tough Girl, et al.**
**Date:** July 10, 2015 at 5:17:12 AM PDT
**To:** matt@matthoss.com

Okay, thanks Matt.  It's been a learning curve for us as well dealing with the new set of practices about registration of multiple works; these all came into effect last December with the release of our new Compendium.

I have amended the record and approved the claim and you should receive the official registration certificate in the mail in the next couple of weeks.

Best,
Gareth James

When replying to this email, please include the following thread id (entire line) within the body of your response to expedite routing to the correct office. [THREAD ID:1-15MK924]

-----Original Message-----
From: matt@matthoss.com
Sent: 7/9/2015 04:17:40 PM
To: Copyright Office <cop-rc@loc.gov>
Subject: Re: 1-2481435061 Bold Guy 1 Flirt 1 Tough Girl, et al.

Hi Gareth,


The last episode in this collection was completed in 2015.

Can you also please amend the title of the collection?  I originally gave the names of two series, "The Bold Guy" and "Horny Tony", but since it's all going to be registered as one collection, can you please combine the names into the title "The Bold Guy & Horny Tony Volume 1".

I apologize for creating extra steps for you.  Registering multiple works as a collection is new to me.

Thank you,

Matt Hosseinzadeh


On Jul 9, 2015, at 12:09 PM, Copyright Office <cop-rc@loc.gov> wrote:

Okay, thanks Matt.  Please tell me the year date when the last of the videos was completed (right now the application gives 2011), and I'll amend it if necessary and finish up the registration.

Best,
Gareth James

When replying to this email, please include the following thread id (entire line) within the body of your response to expedite routing to the correct office. [THREAD ID:1-15MK924]

-----Original Message-----
From: matt@matthoss.com
Sent: 7/7/2015 04:37:34 PM
To: Copyright Office <cop-rc@loc.gov>
Subject: Re: 1-2481435061 Bold Guy 1 Flirt 1 Tough Girl, et al.

THREAD ID:1-15MK924

Hi Gareth,

Thank you for the info.  The episodes aren't available for sale in any medium, so I would like to proceed with registering all of them as an unpublished collection.

Your clarification and help is greatly appreciated.

Thank you,

Matt Hosseinzadeh


On Jul 7, 2015, at 12:00 PM, Copyright Office <cop-rc@loc.gov> wrote:

Hi, thanks for your reply.  If you consider the uploads to Youtube to be a publication of the works, and they were "published" separately on different dates, then they must be registered separately.  Unfortunately there is not currently a group registration option for motion pictures published over a range of dates.

However, as I wrote previously and as detailed in the Compendium link I provided, the Youtube uploads could be viewed as a public performance or display of the works, which is not by itself considered a publication under the copyright law.  If there was some other release (in hard copy format or by sale of permanent digital copies), then they would be considered published, however if not, then you could register all of them together as an unpublished collection.

Please let me know how you would like to proceed.  If you decide that the videos have

in fact been published, please tell me which episode you want to register with this application and I will amend the record to omit reference to the others. You will then need to file separate applications to register the remaining episodes.

Best regards,
Gareth James
Registration Specialist, U.S. Copyright Office

When replying to this email, please include the following thread id (entire line) within the body of your response to expedite routing to the correct office. [THREAD ID:1-15MK924]

-----Original Message-----
From: matt@matthoss.com
Sent: 7/2/2015 09:32:10 AM
To: Copyright Office <cop-rc@loc.gov>
Subject: Re: 1-2481435061 Bold Guy 1 Flirt 1 Tough Girl, et al.

THREAD ID:1-15MK924

Hello,

These works that I'm registering are episodes of a web series that has been published on YouTube. The first episode was published on July 11, 2011, with each subsequent episode published shortly afterwards. The episodes are available individually, and they can also viewed as a whole "season" at once. The YouTube link below will show that they have been published.

The entry form on your website only had one field for publication, so I wasn't sure exactly what dates to use since it's a series with ongoing publication dates, like on TV.

Please let me know if you have any other questions.

Thank you,
Matt Hosseinzadeh
[redacted]