Hosseinzadeh v. Klein et al., 16-cv-3081 (KBF)

**Declaration of Matt Hosseinzadeh**

# EXHIBIT C

———


**Julianna Weigle** 1 month ago
what the fuck is this idiot doing JUST KILL YOURSELF ALREADY THANK YOU
Reply · 501


**Adam Holdin** This Friday you should get fucked in the mouth, dick head
Like · Reply · Message · 👍 275 · May 24 at 8:07pm


**Mitchell Ulysses Quaranto** he'd like that, hopefully he gets face fucked to death
Like · Reply · Message · 👍 9 · May 24 at 11:13pm


**Fonzoee** 1 month ago
I want to bash your head in with my elbow.
Reply · 68


**Kakka CarrotCake** 1 month ago
He isn't worth your beautiful elbow
Reply · 32


**Daniel Eastman** I'm saying this unironically, kill yourself you fucking dirtbag
Like · Reply · Message · 👍 82 · May 25 at 1:14am


**Yourneighbor Johnhinkins** 1 month ago (edited)
iF i SEE U ON THE STREETS I WILL DO FUCKING HARM TO YOU LITTLE CUNT
Reply · 25


**Davidoque Melendez** Hey mr.matt, you are a useless piece of shit 👌
Like · Reply · Message · 👍 695 · May 24 at 6:28pm
↪ 12 Replies



**Nick Crisler** 1 month ago
#KillyourselfMatHoss
Reply · 522

View all 13 replies ⌄



**RobAvedis** 1 month ago
#EatShitMattHoss
Reply · 731



**Eisenlicht** 1 month ago
Matt, I need you to go the tallest building you can find. Climb all the way to the top. Then jump off.
Reply · 117



**RoverBot1** 1 month ago
Your videos make me wish ISIS executed you on camera
Reply · 133



**ProGaming** 1 month ago
KILL YOURSELF you loser
Reply · 68



**Takyon** 1 month ago
you need to be assassinated
Reply · 18



**Ohnotteemo Matt (Matt)** 1 month ago
Jump off a 30 foot building please
Reply · 318