UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: July 14, 2016
```

-------------------------------------------------------- X

MATT HOSSEINZADEH,                          :
                                            :
                    Plaintiff,              :
                                            :
           -v-                              :           16-cv-3081 (KBF)
                                            :
ETHAN KLEIN and HILA KLEIN,                 :           ORDER
                                            :
                    Defendants.             :
                                            :
--------------------------------------------------------X

KATHERINE B. FORREST, District Judge:

On July 13, 2016, the Court held an initial pretrial conference in this matter.

As discussed, the Court has converted the motion to dismiss (ECF No. 15) to a

motion for summary judgment.  Fed. R. Civ. P. 12(d).  The parties shall meet and

confer regarding the briefing schedule by which this motion will be resolved,

including whether there is any need for discovery.  The parties shall report their

proposed schedule to the Court not later than **Thursday, July 21, 2016.**

As further discussed, defendants' response to the claim in plaintiff's amended

complaint which they have not moved to dismiss is not yet due.  The Court will set a

schedule setting the time for such response upon resolution of the pending motion.

SO ORDERED.

Dated:      New York, New York
            July 14, 2016

                                        _____
                                             KATHERINE B. FORREST
                                             United States District Judge