

75 Broad Street | Suite 2120 | New York, New York 10004 | 212.920.6050

Tim Bukher
tel 646.770.1010 | fax 646.349.2366
tbukher@thomplegal.com

July 21, 2016

*VIA ELECTRONIC CASE FILING*

Hon. Katherine B. Forrest
United States Courthouse
500 Pearl Street, 15A
New York, NY 10007

Re:     Hosseinzadeh v. Klein et al. – 16-cv-3081 (KBF)

Dear Judge Forrest:

We are attorneys for plaintiff Matt Hosseinzadeh ("Plaintiff") in the above-referenced matter. We are writing pursuant to the Court's order, dated July 14, 2016 (Dkt. 15), to propose a resolution to the Defendants' motion to dismiss that was subsequently converted to a motion for summary judgment.

Due to the intense discovery that needs to take place before the Copyright Office and in order to avoid redundant depositions of party witnesses, the parties jointly propose the following:

1. The Defendants hereby withdraw their motion, with Plaintiff's consent, reserving the right to renew their motion for summary judgment upon the completion of necessary discovery.

2. Pursuant to Fed. R. Civ. P. 15(a)(2), the Defendants have granted consent for the Plaintiff to amend its pleadings, whereby the Plaintiff shall file its Second Amended Complaint on or before July 22, 2016.

3. Pursuant to Fed. R. Civ. P. 15(a)(3), the Defendants' shall respond to Plaintiff's Second Amended Complaint on or before August 5, 2016.

The parties jointly and respectfully submit the foregoing proposal to the Court.

Sincerely,
/s/Tim Bukher
Tim Bukher

Cc:     Michael Lee (via electronic mail)

www.thomplegal.com