```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
MATT HOSSEINZADEH,                                           :
                                                             :
                           Plaintiff,                        :
                                                             :
            -v-                                              :   16-cv-3081 (KBF)
                                                             :
ETHAN KLEIN and HILA KLEIN,                                  :       ORDER
                                                             :
                           Defendants.                       :
                                                             :
------------------------------------------------------------ X
```

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: October 18, 2016

KATHERINE B. FORREST, District Judge:

As discussed during the October 17, 2016, telephonic status conference, the next telephonic status conference is hereby scheduled for **Monday, December 5, 2016 at 3:00 p.m.**  The parties shall call chambers (212-805-0276) from one line at that time.

SO ORDERED.

Dated:     New York, New York
           October 18, 2016

                                        _____
                                              KATHERINE B. FORREST
                                            United States District Judge