```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: December 5, 2016
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MATT HOSSEINZADEH,

                     Plaintiff,

v.

ETHAN KLEIN et al.,

                     Defendants.

Civil No. 16-CV-3081-KBF

**NOTICE OF SUBSTITUTION OF COUNSEL**

---

       PLEASE TAKE NOTICE that the undersigned hereby stipulate and consent to the substitution of Fox Rothschild LLP for and in place of Morrison & Lee LLP as counsel for the defendants in the above-captioned matter.

DATED: New York, New York
              December 1, 2016

**FOX ROTHSCHILD LLP**

_/s/ Jeffrey S. Kravitz_
Jeffrey S. Kravitz, Esq.
(admitted pro ha vice)
Rom Bar-Nissim, Esq.
(admitted pro hac vice)
Caroline A. Morgan, Esq.
100 Park Avenue, 15th Fl.
New York, NY 10017
212-878-7900
*Incoming Attorneys for Defendants*

**MORRISON & LEE LLP**

_/s/ Allison D. Rothman_
Allison D. Rothman, Esq.

_/s/ Walter-Michael Lee_
Walter-Michael Lee, Esq.

1745 Broadway, 17th Fl.
New York, NY 10106
212-858-9596
*Outgoing Attorneys for Defendants*

---

[Handwritten: Ordered (Fox Rothschild)

Before the Court will approve, defense counsel must confirm that it is prepared to meet the Court's schedule.

KB.F
USDJ   12/5/16]