

75 Broad Street | Suite 2120 | New York, New York 10004 | 212.920.6050

Tim Bukher
tel 646.770.1010 | fax 646.349.2366
tbukher@thomplegal.com

December 21, 2016

*VIA ELECTRONIC CASE FILING*

Hon. Katherine B. Forrest
United States Courthouse
500 Pearl Street, 15A
New York, NY 10007

      Re:      **Hosseinzadeh v. Klein et al. – 16-cv-3081 (KBF)**

Dear Judge Forrest:

      We are attorneys for plaintiff Matt Hosseinzadeh ("Plaintiff") in the above-referenced matter. We are writing on behalf of all parties to submit a stipulated protective order based on the Court's model protective order.

      Enclosed herewith please find the proposed protective order to which all parties have stipulated.

                                            Respectfully,
                                            /s/Tim Bukher
                                            Tim Bukher

cc.      Michael Feldberg (via ECF); Jeffrey Kravitz (via ECF); Rom Bar-Nissim (via ECF)