Caroline A. Morgan
Fox Rothschild LLP
100 Park Avenue, 15th Fl.
New York, NY 10017
Telephone: 212-878-7900

Jeffrey S. Kravitz (admitted *pro hac vice*)
Rom Bar-Nissim (admitted *pro hac vice*)
Fox Rothschild LLP
1800 Century Park East, Suite 300
Los Angeles, California 90067-1506
Telephone:  310-598-4150
Attorneys for Defendants

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MATT HOSSEINZADEH,<br><br>     *Plaintiff,*<br><br>  – vs –<br><br>ETHAN KLEIN and HILA KLEIN,<br><br>     *Defendants.* | **Civ. 16-cv-3081 (KBF)**<br><br>**DEFENDANTS' COMPENDIUM OF EXHIBITS IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT PURSUANT TO FED. R. CIV. P. 56** |

**DEFENDANTS' COMPENDIUM OF EXHIBITS**

**DISC ONE**

Exhibit #1 – Bold Guy v. Parkour Girl

Exhibit #2 – The Big, the BOLD, the Beautiful

Exhibit #3 – We're Being Sued

Exhibit #4 – Bold Guy Picks Up Tough Girl

Exhibit #5 – Bold Guys Picks Up Beach Girl

Exhibit #6 – Bold Guy vs Angry Guy ( + Parkour)

Exhibit #7 – Bold Guy vs. Bitchy Girl

Exhibit #8 – Bold Guy Picks Up Yoga Girl (Preview)

Exhibit #9 – Bold Guy Picks Up MILF

Exhibit #10 – Pillow Talk with a MILF (Bold Guy)

Exhibit #11 – Bold Guy Picks Up Girl During Parkour (Mystery Girl)

Exhibit #12 – Pillow Talk with Mystery Girl (Bold Guy)

Exhibit #13 – Bold Guy Picks Up Dream Girl

Exhibit #14 – Pillow Talk with Dream Girl

Exhibit #15 – Bold Guy vs. Dance Girl (Freestyle Techno / House Battle)

Exhibit #16 – Pillow Talk with Dance Girl (Bold Guy)

Exhibit #17 – Bold Guy vs. Vampire Girl (part 1)

Exhibit #18 – Bold Guy vs. Vampire Girl (part 2)

Exhibit #19 – Bold Guy Picks Up Bisexual Girl

Exhibit #20 – Pillow Talk with Bisexual Girl (Bold Guy)

Exhibit #21 – Bold Guy Picks Up Girl During Parkour (Bus Stop Girl)

Exhibit #22 – Bold Guy vs. Death (Parkour)

Exhibit #23 – Bold Guy & Horny Tony vs Psychic Girl (Part 2)

Exhibit #24 – The Bold Guy + Horny Hannah!

Exhibit #25 – Horny Hannah's Search for the Bold Guy (part 1)

Exhibit #26 – Bold Guy vs. Tall Guy (Horny Hannah's Search part 2)

Exhibit #27 – Matt Hoss Answers Your Questions 2 (Bold Guy, Horny Tony)

Exhibit #28 – Ask the Bold Guy Anything!

Exhibit #29 – The Future of the Bold Guy & Horny Tony Web Series

Exhibit #30 – About the H3H3 Lawsuit & Special Announcement

Exhibit #31 – My Thoughts On The Election

Exhibit #32 – YouTube is Not Being Honest with Us

Exhibit #33 – How Fake News Goes Viral

Exhibit #34 – Why is Donald Trump so TRIGGERED?

Exhibit #35 – YouTube Might Make Your Favorite Channel Disappear

Exhibit #36 – Veterans Day DEALS and FREEBIES!!

Exhibit #37 – Leave Ken Bone Alone!

Exhibit #38 – Who I'm Voting for President re: Casey Neistat

Exhibit #39 – Everyone Needs to Stop Getting TRIGGERED (about alt right and alt left)

Exhibit #40 – Interview with HUGH MUNGUS!

Exhibit #41 – $140,000 RAISED!!! Interview with Hugh Mungus

Exhibit #42 – Interview with Ken Bone

Exhibit #43 – SoFloAntonio -- h3h3 reaction video

Exhibit #44 – SoFloAntonio's Facebook Page -- h3h3 reaction video

Exhibit #45 – THE SOFLO FACEBOOK RANT -- h3h3

Exhibit #46 – IN RESPONSE TO SOFLO -- h3h3

Exhibit #47 – Embracing the Meme with SoFloAntonio

Exhibit #48 – The Return of SOFLO -- h3h3

Exhibit #49 – The Fine Bros Rant

Exhibit #50 – How to Dispute a Strike -- DMCA Process Explained

Exhibit #51 – Your Privacy Is At Risk

Exhibit #52 – A new chapter for fair use on YouTube

Exhibit #53 – The Facebook Scam

Exhibit #54 – YouTube's New Program Is Horrible

Exhibit #55 – Thank You YouTube

Exhibit #56 – Why Doesn't YouTube Explain Anything

Exhibit #57 – Toy Channels are Ruining Society

Exhibit #58 – This Baby Syringe Channel is DISTURBING

Exhibit #59 – WHAT ARE THESE PRANKSTERS DOING?!

Exhibit #60 – This Weird Toy Channel is Freaky

Exhibit #61 – Webs, Tiaras and Bradberries

Exhibit #62 – Why Does This Exist in Minecraft?!

**DISC TWO**

Exhibit #63 – Deception, Lies, and CSGO

Exhibit #64 – Pranks in the Hood -- h3h3 reaction video

Exhibit #65 – Feeding the Homeless -- h3h3 reaction video

Exhibit #66 – How Does A Homeless Man Spend $100? -- h3h3 reaction video

Exhibit #67 – $100 homeless man dies – Where is the money JoshPalerLin?

Exhibit #68 – The Deleted Social Experiment -- h3h3 reaction video

Exhibit #69 – KILLING BEST FRIEND PRANK -- h3h3 reaction video

Exhibit #70 – The Dangers of Social Media -- h3h3 reaction video

Exhibit #71 – The Dangers of Social Media (Boys Edition!) – h3h3 reaction video

Exhibit #72 – PRANKSTERS GO TO PRISON

Exhibit #73 – Transgender in Women's Bathroom

Exhibit #74 – Joey Salads – h3h3 reaction

Exhibit #75 – Social Experiments with Joey Salads

Exhibit #76 – How to Traumatize Your Children PRANK

Exhibit #77 – Salad Lives Matter Ft. Joey Salads

Exhibit #78 – How Pranksters Are Ruining Society…

Exhibit #79 – Interview with Joey Salads

Exhibit #80 – How to pick up girls -- h3h3 reaction video

Exhibit #81 – The Surprise Kiss -- h3h3 reaction video

Exhibit #82 – VitalyzdTv -- h3h3 reaction video

Exhibit #83 – Expert Village – h3h3 reaction video

Exhibit #84 – The Return of Patrice Wilson – h3h3 reaction video

Exhibit #85 – Alison Gold – Chinese Food – h3h3h reaction video

Exhibit #86 – Alison Gold – ABCDEFG – h3h3 reaction video

Exhibit #87 – A Very Classy Music Video (Gone Fogel)

Exhibit #88 – John Sakars – h3h3 reaction video  (age restricted)

Exhibit #89 – Revisiting John Sarkers

Exhibit #90 – Enema Tutorial – h3h3 reaction video

Exhibit #91 – Revisiting Rain Florence

Exhibit #92 – Kissing Pranks -- h3h3 reaction video

Exhibit #93 – PrankInvasion -- h3h3 reaction video

Exhibit #94 – It's Time to Stop

Exhibit #95 – The Return of Prank Invasion

Exhibit #96 – The Last Episode of Ethan and Hila???

Exhibit #97 – BOLD GUY (DISS TRACK!) – H3H3 Getting Sued Reaction! (Joey Salads)

Exhibit #98 – Fun with Extreme Hate Comments

Exhibit #99 – Critique Video 0:00-1:43

Exhibit #100 – Critique Video 1:43-2:07

Exhibit #101 – Critique Video 2:07-3:31

Exhibit #102 – Critique Video 3:31-5:02

Exhibit #103 – Critique Video 5:02-6:48

Exhibit #104 – Critique Video 6:48-7:27

Exhibit #105 – Critique Video 7:27-8:12

Exhibit #106 – Critique Video 8:12-9:12

Exhibit #107 – Critique Video 9:12-10:00

Exhibit #108 – Critique Video 10:00-10:17

Exhibit #109 – Critique Video 10:17-10:39

Exhibit #110 – Critique Video 10:39-11:02

Exhibit #111 – Critique Video 11:02-11:19

Exhibit #112 – Critique Video 11:19-12:07

Exhibit #113 – Critique Video 12:07-13:47

**DOCUMENTARY EVIDENCE**

Exhibit #114 – Second Amended Complaint

Exhibit #115 – Deposition of Matt Hosseinzadeh

Exhibit #116 – Matt Hosseinzadeh's Copyright Certificate

Exhibit #117 – Deposition of Ethan Klein

Exhibit #118 – American University's Code of Best Practices in Fair Use for Online Videos

Exhibit #119 – YouTube Analytics for the Work re: views

Exhibit #120 – YouTube Analytics for the Work re: revenue

Exhibit #121 – April 2, 2016 Email Correspondence between Matt Hosseinzadeh and Ethan Klein

Exhibit #122 – Plaintiff's Settlement Offer #1

Exhibit #123 – Plaintiff's Settlement Offer #2

Exhibit #124 – Defendants' Counternotification

Exhibit #125 – Plaintiff's First Amended Complaint

Exhibit #126 – Hate Mail

Exhibit #127 – Defendants' Production of News Articles

Exhibit #128 – Forbes Article

Exhibit #129 – Variety Article

Exhibit #130 – Techdirt Article

Exhibit #131 – Inquistr Article

Exhibit #132 – Perezhilton.com article

DATED:  February 13, 2016                                **FOX ROTHSCHILD LLP**

By: /s/ Rom Bar-Nissim
Caroline A. Morgan
Fox Rothschild LLP
100 Park Avenue, 15th Fl.
New York, NY 10017
Telephone: 212-878-7900
Fax: 212-692-0940

Jeffrey S. Kravitz (admitted *pro hac vice*)
Rom Bar-Nissim (admitted *pro hac vice*)
Fox Rothschild LLP
1800 Century Park East, Suite 300
Los Angeles, CA 90067-1506
Telephone: 310-598-4150
Facsimile: 310-556-9828
Attorneys for Defendants