1              UNITED STATES DISTRICT COURT

2              SOUTHERN DISTRICT OF NEW YORK

3

4

5    MATT HOSSEINZADEH,          )
                                 )
6                   Plaintiff,   )
                                 )
7        vs.                     ) Case No. 16-cv-3081(KBF)
                                 )
8    ETHAN KLEIN and HILA KLEIN, ) Volume I
                                 )
9                   Defendants.  )
     _____)

10

11

12

13             - NON-CONFIDENTIAL PORTION -

14

15      VIDEOTAPED DEPOSITION OF MATT HOSSEINZADEH

16             Los Angeles, California

17            Wednesday, January 4, 2017

18

19

20

21

22

23

24   Reported by:  Judith Schlussel
                   CSR No. 4307
25   NDS Job No.:  188094

                                                            1

```
 1              UNITED STATES DISTRICT COURT

 2              SOUTHERN DISTRICT OF NEW YORK

 3

 4

 5   MATT HOSSEINZADEH,          )
                                 )
 6                  Plaintiff,   )
                                 )
 7      vs.                      ) Case No. 16-cv-3081(KBF)
                                 )
 8   ETHAN KLEIN and HILA KLEIN, ) Volume I
                                 )
 9                  Defendants.  )
     _____ )
10

11

12

13

14

15        VIDEOTAPED DEPOSITION OF MATT HOSSEINZADEH,

16      taken on behalf of the Defendants, at 1800 Century

17      Park East, Suite 300, Los Angeles, California, on

18      Wednesday, January 4, 2017, beginning at 9:02 a.m.

19      and ending at 3:29 p.m., before Judith Schlussel,

20      CSR No. 4307.

21

22

23

24

25
```

2

```
 1      APPEARANCES OF COUNSEL:

 2

 3    For the Plaintiff:

 4

 5          THOMPSON BUKHER, LLP

 6          BY:  TIM BUKHER, ESQ.

 7               (Via Videoconference)

 8          75 Broad Street

 9          Suite 2120

10          New York, New York  10004

11          (212) 920-6050

12

13    For the Defendants:

14

15          FOX ROTHSCHILD, LLP

16          BY:  JEFFREY S. KRAVITZ, ESQ.

17               CONRAD B. WILTON, ESQ.

18          1800 Century Park East

19          Suite 300

20          Los Angeles, California  90067

21          (310) 598-4150

22

23    Also Present:

24

25          TONY BRUNO, The Videographer
```

                                                                    3

```
 1                          INDEX

 2

 3    WITNESS

 4    MATT HOSSEINZADEH

 5    EXAMINATION                              PAGE

 6        BY MR. KRAVITZ                 9, 139, 240

 7        BY MR. BUKHER                        236

 8

 9

10                        EXHIBITS

11    MARKED              DESCRIPTION          PAGE

12

13    Exhibit 1    IMDb printout for Matt        50

14                 Hosseinzadeh

15

16    Exhibit 2    Video for Bold Guy v. Parkour Girl   62

17                 (On flash drive)

18

19    Exhibit 3    Video for The Big, The Bold, The     102

20                 Beautiful (On flash drive)

21

22    Exhibit 4    Video for Horny Tony v. Demon    132

23                 (On flash drive)

24

25
```

```
 1                  EXHIBITS (CONTINUED)

 2    MARKED                 DESCRIPTION                PAGE

 3

 4    Exhibit 5A   Video for The Bold Guy v. Dance      133

 5                 Girl (On flash drive)

 6

 7    Exhibit 5B   Video for The Bold Guy v. Dance      133

 8                 Girl (On flash drive)

 9

10    Exhibit 6    Video stats on Bold Guy v. Parkour   139

11                 Girl

12

13    Exhibit 7    Video for We're Being Sued           153

14                 (On flash drive)

15

16    Exhibit 8    (Nothing Marked)                     ---

17

18    Exhibit 9    Email from Matt Hoss to Ms. Klein    163

19                 and Associates re:  Copyright

20                 infringement

21

22    Exhibit 10   Emails re:  Random Hate Emails,      174

23                 (Bates stamped P000046-P000059 and

24                 attachments)

25
```

5

```
 1                     EXHIBITS (CONTINUED)

 2    MARKED                 DESCRIPTION              PAGE

 3

 4    Exhibit 17   Video of Joey Salads              126

 5                 (On flash drive)

 6

 7    Exhibit 18   Video of Matt Hoss Answers Your   199

 8                 Questions (On flash drive)

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23    * Non-Confidential portion of the transcript. The

24      Confidential portions, pages 11 to 15, 18, 26 and

25      91 to 95, are bound and indexed separately.
```

7

```
 1              THE VIDEOGRAPHER:  Good morning.  This

 2      begins videotape 1 in the deposition of Matt

 3      Hosseinzadeh, Volume I, in the matter of Matt

 4      Hosseinzadeh versus Ethan and Hila Klein in the

 5      United States District Court, Southern District of   09:02:26

 6      New York, civil action No. 16-cv-3081(KBF).  Today

 7      is January 4, 2017.  The time is 9:02 A.M.  Today's

 8      deposition is being held at 1800 Century Park East,

 9      Suite 300, Los Angeles, California and was made at

10      the request of counsel for the defense.             09:02:52

11              My name is Tony Bruno.  I'm a legal

12      videographer, here along with the court reporter

13      Judy Schlussel on behalf of Network Deposition

14      Services.  Would counsel and all present please

15      introduce themselves for the record.                09:03:06

16              MR. KRAVITZ:  Jeff Kravitz, K-R-A-V-I-T-Z,

17      on behalf of defendants.

18              MR. WILTON:  Conrad Wilton, C-O-N-R-A-D,

19      W-I-L-T-O-N, on behalf of defendants.

20              THE VIDEOGRAPHER:  On videoconference?       09:03:25

21              MR. BUKHER:  Tim Bukher, B-U-K-H-E-R, of

22      Thompson Bukher on behalf of the plaintiff.

23              THE VIDEOGRAPHER:  Would you swear in the

24      witness, please.

25      ///
```

                                                                8

```
 1                    EXHIBITS (CONTINUED)

 2     MARKED                DESCRIPTION                PAGE

 3

 4     Exhibit 11   Estimated revenues from the        185

 5                  YouTube channel, (Bates stamped

 6                  P000096-P000134)

 7

 8     Exhibit 12   Snapshots of thumbnails and        203

 9                  uploads

10

11     Exhibit 13   Articles, (Bates stamped           207

12                  P000017-P000045)

13

14     Exhibit 14   Document titled MattHossZone,      220

15                  Films and Music from My Twisted

16                  Mind, (Bates stamped P000001-8 and

17                  P000080-95)

18

19     Exhibit 15   Screen shots of various documents  228

20                  re:  Ethan and Hila

21

22     Exhibit 16   Video of Matt Hoss Answers Your     87

23                  Questions 2 (On flash drive)

24

25
```

6

```
 1                        MATT HOSSEINZADEH,

 2      the witness, having been administered an oath by the

 3      court reporter, was sworn and testified as follows:

 4

 5              THE WITNESS:  I do.                        09:03:44

 6

 7                         EXAMINATION

 8      BY MR. KRAVITZ:

 9          Q.   Would you please state your full legal name

10      for the record.                                   09:03:48

11          A.   Matt Hosseinzadeh.

12          Q.   Is there a middle name or a middle initial?

13          A.   No.

14          Q.   Have you been known by any other names?

15          A.   Matt Hoss.                               09:03:58

16          Q.   And is Matt Hoss your legal name at this

17      point?

18          A.   It's not the legal name.

19          Q.   How did you come up with the name Matt

20      Hoss?                                             09:04:08

21          A.   Easy to remember, since I have my name all

22      over the internet.

23          Q.   And do you have any other identities other

24      than your legal name and Matt Hoss?

25          A.   I do not.                                09:04:19
```

                                                                    9

```
 1        Q.   How long have you been a pizza delivery

 2   person?

 3        A.   Four years.

 4        Q.   Is that a full-time job?

 5        A.   No.                                       09:07:32

 6        Q.   How many hours a week, approximately, do

 7   you work?

 8        A.   25.

 9        Q.   When you say you are a film producer, are

10   you employed by anybody else?                       09:07:48

11        A.   No.

12        Q.   Okay.  We got to have a couple of ground

13   rules around here.  It's for your benefit as well as

14   mine.  One of them is I don't interrupt you and you

15   don't interrupt me.                                 09:07:57

16        A.   Uh-huh.

17        Q.   You have to wait until I finish the

18   question --

19        A.   Okay.

20        Q.   -- for a couple of reasons.  No. 1, it's  09:08:02

21   difficult for the court reporter to take down two

22   people talking at the same time.  No. 2, the meaning

23   of the question can change by the time I get to the

24   end of the question.

25        A.   Uh-huh.                                   09:08:13
```

                                                              19

Matt Hosseinzadeh                                                    January 4, 2017

```
1         Q.   Where is he employed?

2         A.   I don't know.

3         Q.   Who else?

4         A.   Eric.  That's all that comes to mind.

5         Q.   Is he still employed by Golden Harvest --    09:10:44

6         A.   I don't know.

7         Q.   -- Pizza?  You don't know?

8         A.   I don't know.

9         Q.   And when you say you are a film producer,

10   is that under any company name or DBA?              09:10:57

11        A.   No.

12        Q.   How much are you paid per hour as a pizza

13   delivery person?

14        A.   Minimum wage.

15        Q.   And you said you were a music producer.    09:11:15

16   How long have you been a music producer for?

17        A.   16 years.

18        Q.   Have you ever been employed by anybody as a

19   music producer?

20        A.   No.                                        09:11:34

21        Q.   Have you ever been employed by anybody as a

22   film producer?

23        A.   No.

24        Q.   Have you ever earned any money as a film

25   producer?                                            09:11:42
```

                                                                    22

```
 1        A.   Yes.

 2        Q.   Okay.  How much money have you earned as a

 3   film producer, approximately?

 4        A.   I can't recall the exact number.

 5        Q.   Okay.  What is your best approximation?      09:11:54

 6        A.   During which period?

 7        Q.   Well, how long have you been a film

 8   producer?

 9        A.   About 16 years.

10        Q.   Okay.  For 16 years, approximately how much  09:12:06

11   money have you made?

12        A.   I don't know.

13        Q.   You have no approximation?

14        A.   Not over 16 years.

15        Q.   Okay.  How much money did you make as a      09:12:17

16   film producer in the last year?

17        A.   Last year, I don't recall the exact number.

18        Q.   Okay.  What is your best approximation,

19   sir?

20        A.   I don't want to guess.                       09:12:31

21        Q.   You have no approximation?

22        A.   No.

23        Q.   Did you file a tax return?

24        A.   I did.

25        Q.   Did you declare any money on your tax        09:12:37
```

                                                                    23

```
 1    return as a film producer?

 2         A.   Yes.

 3         Q.   Approximately how much did you declare?

 4         A.   I don't recall the exact number.

 5         Q.   All right.  What is your best          09:12:46

 6    approximation?

 7         A.   I wouldn't want to make a wild guess.

 8         Q.   Okay.  Is it more than $5,000?

 9         A.   Yes.

10         Q.   Is it more than $10,000?              09:12:56

11         A.   Yes.

12         Q.   Is it more than $20,000?

13         A.   I can't remember.

14         Q.   And as a music producer, have you earned

15    any money over the last 16 years?              09:13:15

16         A.   Yes.

17         Q.   Approximately how much?

18         A.   I don't remember.

19         Q.   Approximately how much?

20         A.   I don't want to guess.               09:13:25

21         Q.   Okay.  In the last year, did you make any

22    money as a music producer?

23         A.   Yes.

24         Q.   Approximately how much?

25         A.   I don't know the number off the top of my  09:13:34
```

24

1    theme could be sports, theme could be inspiration.

2    I'm just giving you examples, but you're not bound

3    by my examples.

4        A.    Well, each story had a different theme, I

5    mean different subject if that's what you're asking.    09:28:12

6        Q.    Was there one overarching subject that you

7    had in your films?

8        A.    At that time, no.

9        Q.    Do you still have any of those films?

10       A.    I have a few.                                      09:28:25

11       Q.    Okay.  Have those films ever shown anyplace

12   other than to friends?

13       A.    Some of them.

14       Q.    Where have they shown?

15       A.    One film got into a film festival.                09:28:45

16       Q.    What was that?

17       A.    When I moved down here, one of my short

18   films, String Theory got into the L.A. short film

19   festival, 2009.

20       Q.    This was not while you were employed at         09:29:03

21   Guess Jeans?

22       A.    No.

23       Q.    And are you working part time now because

24   you're pursuing your film career?

25       A.    Yes.                                              09:29:19

38

Matt Hosseinzadeh                                                    January 4, 2017

```
 1        Q.   Is it a current DBA?

 2        A.   I'm not sure.

 3        Q.   Where did you register it?

 4        A.   Here in Los Angeles.

 5        Q.   L.A. County?                              09:46:06

 6        A.   Yes.

 7        Q.   Do you have any corporations?

 8        A.   No.

 9        Q.   Do you have any type of other businesses?

10        A.   No.                                       09:46:20

11        Q.   Okay.  And the channel that you use on

12   YouTube, is there one channel that you use or is

13   there more than one channel?

14        A.   One channel.

15        Q.   What is that called?                      09:46:30

16        A.   MattHossZone.

17        Q.   Is that registered in any way, shape or

18   form?

19        A.   No.

20        Q.   Is there any trademark associated with it? 09:46:38

21        A.   No.

22        Q.   Is there any copyright associated with it?

23   Just the name?

24        A.   No.

25        Q.   Have you copyrighted any of the YouTube    09:46:50
```

48

```
 1        A.    No.

 2        Q.    Do you consider yourself to be an artist?

 3        A.    Yes.

 4        Q.    Do you consider the Kleins to be artists?

 5        A.    I don't know.                        09:54:38

 6        Q.    You have no opinion?

 7        A.    I haven't put too much thought into it.

 8        Q.    Regardless of whether you've given too much

 9   thought to it, do you have an opinion?

10        A.    No.                                   09:54:50

11        Q.    Which of the Kleins' works have you seen?

12        A.    I've seen the video where they use my

13   content.  I've seen that We're Being Sued video.

14   I've seen bits and pieces of random videos.  I don't

15   remember their titles.                           09:55:15

16        Q.    Based on viewing those, you have no opinion

17   as to whether they're artists?

18        A.    No.

19        Q.    Have you ever referred to them as

20   parasites?                                       09:55:27

21        A.    Yes.

22        Q.    When was that?

23        A.    I recently made a video where I called

24   anyone parasite, not particularly them.  I called

25   people who steal other people's content online,    09:55:39
```

                                                              55

Matt Hosseinzadeh                                                     January 4, 2017

```
 1    which there are many examples of, as we speak

 2    channels, Facebook posts, I call them parasites.

 3         Q.   Were you referring to my clients as well?

 4         A.   It was a general reference to people who

 5    take other people's work and profit off of it.      09:55:58

 6         Q.   Were you referring to my clients in that

 7    discussion?

 8         A.   Not specifically.  It was a general

 9    statement.

10         Q.   Were you generally referring to the Kleins?  09:56:12

11         A.   I was not generally referring to anyone.

12    It was a general statement.

13         Q.   So you were not referring to my clients?

14         A.   Not specifically.

15         Q.   Okay.  Do you have any background in law?   09:56:22

16         A.   No.

17         Q.   Have you ever taken any classes involving,

18    say, business law?

19         A.   No.

20         Q.   Have you ever taken any classes in          09:56:32

21    copyright?

22         A.   No.

23         Q.   Have you ever started any classes in

24    copyright?

25         A.   No.                                         09:56:38
```

56

1          A.    I don't compete.

2          Q.    Are there competitions in Parkour, if you

3    know?

4          A.    Yes.

5                MR. KRAVITZ:   Okay.  Let's take a look at    10:03:03

6    Exhibit 2, which is going to be the video for Bold

7    Guy versus Parkour Girl.

8                (Deposition Exhibit No. 2 was marked for

9    identification and is part of the flash drive.)

10               MR. KRAVITZ:  Let's go off the record for a   10:03:19

11   second.

12               THE VIDEOGRAPHER:  The time is 10:03 A.M.

13   We're off the record.

14                    (Discussion off the record.)

15               THE VIDEOGRAPHER:  We are on the record at    10:04:44

16   10:04 A.M.

17                (The video The Bold Guy v. Parkour Girl

18   plays.)

19         Q.    BY MR. KRAVITZ:  All right, sir.  Do you

20   recognize the video?                                     10:10:34

21         A.    Yes, I do.

22         Q.    Do you recognize the video?

23         A.    Yes.

24         Q.    And is it a fair and accurate

25   representation of your work which you claim was          10:10:57

                                                                      62

Matt Hosseinzadeh                                                    January 4, 2017

1    infringed?

2         A.    That is the work.

3         Q.    When was the work first published?

4              MR. BUKHER:  Objection; calls for legal

5    conclusion.                                    10:11:09

6         Q.    BY MR. KRAVITZ:  Go ahead.

7         A.    It was never published.

8         Q.    I'm sorry?

9         A.    It was never published.

10        Q.    When was it first shown?           10:11:18

11        A.    2013.  August.

12        Q.    And in what format or formats was it shown?

13        A.    YouTube channel.

14        Q.    Did you have a working agreement with

15   YouTube at the time that it was first shown?   10:11:38

16        A.    Just their standard YouTube license

17   agreement.

18        Q.    And forgive me.  Is that an agreement that

19   appears on screen when you want to publish something

20   or how is it that you became aware of the agreement?  10:11:53

21        A.    Well, when you upload something, you choose

22   to do creative comments or standard YouTube license.

23   They give you a choice.

24        Q.    You chose the standard YouTube?

25        A.    Standard license.              10:12:08

                                                        63

```
 1           Q.    And how does one signal that one is signing

 2      onto the standard license?  Is it a click procedure?

 3           A.    For me as an uploader?

 4           Q.    Yes.

 5           A.    There is just a box that you can click on    10:12:25

 6      to choose one or the other.

 7           Q.    Did you do that?

 8           A.    Yes.

 9           Q.    You chose the standard license?

10           A.    I always choose standard license.           10:12:32

11           Q.    Is this the first of The Bold Guy videos?

12           A.    No.  It's the 12th.

13           Q.    Are they all approximately the same length?

14           A.    Three to -- yeah, three -- most under 10

15      minutes.                                               10:12:53

16           Q.    And what sorts of things does The Bold Guy

17      do in the other 12?

18           A.    The Bold Guy tries to pick up girls.

19           Q.    Girls or women?

20           A.    Women.                                       10:13:06

21           Q.    Do you draw a distinction between the two?

22           A.    Well, biologically, yes.

23           Q.    And at what point do you consider somebody

24      to be a woman?

25           A.    The legal age of consent.                    10:13:22
```

Matt Hosseinzadeh                                                     January 4, 2017

```
 1    various people.

 2         Q.   Does she appear in any of your other works?

 3         A.   No.

 4         Q.   Where does she live?

 5         A.   Canada.                                    10:15:40

 6         Q.   Is she in Canada now?

 7         A.   I don't know.

 8         Q.   What other works has she been in, if you

 9    know?

10         A.   When I checked her IMDb, numerous feature   10:15:51

11    films, Twilight, Bates Motel, Cirque de Soleil.

12    That's what I can remember.

13         Q.   Did she receive payment for her

14    performance?

15         A.   Yes.                                        10:16:13

16         Q.   Did you pay her?

17         A.   Yes.

18         Q.   How much did you pay her?

19         A.   I don't remember the exact amount, but I

20    have a document that states it.                       10:16:20

21         Q.   If I told you $250, would that sound about

22    right?

23         A.   That sounds about right.

24         Q.   And were you the producer?

25         A.   Yes.                                        10:16:29
```

                                                                  67

Matt Hosseinzadeh                                    January 4, 2017

```
 1        Q.   Were you the director?

 2        A.   Yes.

 3        Q.   Were you the editor?

 4        A.   Yes.

 5        Q.   Did anybody else have input into the work?   10:16:33

 6        A.   No.

 7        Q.   Were you the writer?

 8        A.   Yes.

 9        Q.   And nobody else contributed?

10        A.   Nobody.                                      10:16:41

11        Q.   Okay.  Have you ever sustained injuries in

12   creating a YouTube video on Parkour?

13        A.   Yes.

14        Q.   On this one?

15        A.   During the project.                          10:16:53

16        Q.   What happened?

17        A.   I fell off of an eight-foot wall head

18   first.

19        Q.   So you got a head injury?

20        A.   I broke my skull.  I broke my elbow.         10:17:08

21   Concussion.  Nerve damage, half my face was

22   paralyzed.  Hearing loss in my right ear, and

23   balance issues.

24        Q.   Did you receive medical treatment for that?

25        A.   I did.                                        10:17:29
```

68

Matt Hosseinzadeh                                                    January 4, 2017

```
 1          A.   No.

 2          Q.   Any movies or television shows inspire the

 3     work?

 4          A.   No.

 5          Q.   How did you develop the story line?        10:18:57

 6          A.   I have an established web series, so I have

 7     a basic framework of what The Bold Guy does, and I

 8     take it from there.

 9          Q.   What does The Bold Guy do?

10          A.   The Bold Guy approaches women and tries to  10:19:11

11     flirt with them and possibly date them.

12          Q.   Is any of this based on personal

13     experience?

14          A.   All my work has shreds of personal

15     experience; my writing.  Any artist will tell you   10:19:29

16     that.

17          Q.   What in this particular video is your

18     personal experience?

19          A.   Parkour.

20          Q.   Anything else?                             10:19:38

21          A.   No.

22          Q.   At the beginning of the video as The Bold

23     Guy is looking at the woman, he says something along

24     the lines of, "go deeper."  What did you mean by

25     that?                                                10:19:57
```

                                                                    70

Matt Hosseinzadeh                                                              January 4, 2017

```
 1        A.   She is stretching.

 2        Q.   What else did you mean by it?

 3        A.   She's doing the pike stretch, the deeper

 4   you go, the better the stretch.

 5        Q.   Is that why he tells her to go deeper?    10:20:08

 6        A.   I don't know.  It's up to the

 7   interpretation of the viewer.

 8        Q.   Well, you're the author.  According to your

 9   interpretation, is there a sexual allusion in his

10   saying "go deeper"?                                  10:20:22

11        MR. BUKHER:  Objection as to form.  Are we

12   asking about his interpretation as the author or as

13   a viewer?

14        MR. KRAVITZ:  Can you repeat his objection.

15             (Record read.)                            10:20:38

16        MR. KRAVITZ:  As the author.

17        THE WITNESS:  As an author, I don't -- as

18   an author, I don't analyze my work.  I just create

19   it and I let the viewer decide.

20        Q.   BY MR. KRAVITZ:  And as a viewer, is there  10:21:04

21   a sexual allusion in that reference?

22        A.   As a viewer, not necessarily.  There is a

23   comedic aspect to it.

24        Q.   But not a sexual aspect?

25        A.   I don't see it as overtly sexual, no.      10:21:22
```

71

Matt Hosseinzadeh                                          January 4, 2017

```
 1        Q.   Is it covertly sexual?

 2        A.   Not necessarily.

 3        Q.   Okay.  When you say not necessarily, that's

 4   a possible interpretation, correct?

 5        A.   It's a possible interpretation.        10:21:38

 6        Q.   It's a possible reasonable interpretation?

 7        A.   Yeah.

 8        Q.   And did you intend to express any themes in

 9   the work?

10        A.   Yes.                                    10:21:48

11        Q.   What themes did you intend to express?

12        A.   A guy is chasing a girl and flirting with

13   her.

14        Q.   Any others?

15        A.   No.                                     10:21:56

16        Q.   Okay.  Is there any place in the work where

17   that theme is expressed?

18        A.   There are numerous instances where that

19   theme is expressed.

20        Q.   Tell us each.                           10:22:09

21        A.   She says, catch me, and the chase begins.

22        Q.   Anything else?

23        A.   He catches her, and then challenges her to

24   a chase.  And the chase begins again.

25        Q.   What was your purpose in creating the work?  10:22:25
```

72

```
 1          Q.   And you intended viewers to see you doing

 2     Parkour in the video, correct?

 3          A.   Yes.

 4          Q.   And you don't show anybody getting injured

 5     while doing Parkour in the video, correct?        10:23:42

 6          A.   Correct.

 7          Q.   Did you have any concern that somebody

 8     could get injured viewing your video doing Parkour?

 9          A.   Viewers?

10          Q.   Yes.                                     10:23:53

11          A.   I wasn't thinking about that.

12          Q.   So you had no concern about that?

13          A.   If I'm not thinking about it, I'm probably

14     not concerned at the time.  I'm concerned with

15     making the film.                                   10:24:07

16          Q.   Did you consider this to be a form of

17     tutorial?

18          A.   No.

19          Q.   Did you intend to convey a message about

20     sexism?                                            10:24:17

21          A.   It's satire, so it's social satire and it

22     pokes fun at social politics.

23          Q.   Same question.  Did you intend this to be a

24     commentary on sexism?

25          A.   In a comedic manner.  Satirical comedic    10:24:41
```

                                                              74

```
 1    manner.

 2         Q.   Did you intend to convey a message about

 3    feminism?

 4              MR. BUKHER:  Objection; asked and answered.

 5         Q.   BY MR. KRAVITZ:  Go ahead.              10:24:55

 6         A.   Not specifically.  Just making fun of what

 7    boys and girls do as they chase each other.

 8         Q.   Did you intend to convey a message about

 9    pornography?

10         A.   No.                                     10:25:12

11         Q.   Did you intend to convey a message about

12    objectification of women?

13         A.   That's part of the satire that's trying to

14    be conveyed in the video, in the film.

15         Q.   In what portions?                       10:25:32

16         A.   The two characters turn the tables on each

17    other and flirt with each other and chase each

18    other.

19         Q.   Did you intend to convey a message about

20    romance?                                          10:25:48

21         A.   That goes along with the theme, yes.

22         Q.   And courtship?

23         A.   Yes.

24         Q.   And gender stereotypes?

25         A.   Yes.                                    10:25:55
```

                                                                    75

Matt Hosseinzadeh                                          January 4, 2017

```
 1        A.   No.

 2        Q.   Are you on any other social media service?

 3        A.   Those are the only social media sites that

 4   I use.

 5        Q.   Did you do any interviews about this?    10:36:36

 6        A.   No.

 7        Q.   Have you done any interviews about any of

 8   your works?

 9        A.   I have done Q&As.  I did a Q&A at the film

10   festival where my film screened.  I've done Q&As    10:36:52

11   with fans.

12        Q.   On this series?

13        A.   Yes.  On my overall work.

14        Q.   When is the last time you did a Q&A?

15        A.   2014.                                    10:37:12

16        Q.   Was there any discussion about this work in

17   the Q&A?

18        A.   This particular episode, I don't recall.

19        Q.   Was there any discussion about your

20   character, The Bold Guy?                           10:37:24

21        A.   Yes.

22        Q.   What was said?

23        A.   How did I come up with the idea, what

24   inspired me, how the production process is.

25        Q.   What did you say inspired you?           10:37:41
```

                                                              86

Matt Hosseinzadeh                                          January 4, 2017

```
 1        Q.   Did she give you any criticism of it?

 2        A.   I don't recall.

 3        Q.   Did she say, boy, this reminds me of you?

 4        A.   No.

 5        Q.   In your mind, do you share any          10:56:09

 6   characteristics with The Bold Guy?

 7        A.   Like I said in the video, I share

 8   characteristics with all the characters I create.

 9   They're all parts of my psyche.

10        Q.   The questions that were submitted on this  10:56:24

11   video, who submitted them?

12        A.   Fans.

13        Q.   And when you say fans, you read their

14   questions -- how were the questions supplied to you?

15        A.   I invited people to send questions on    10:56:34

16   Facebook and on YouTube.  And collected the

17   questions and made the video.

18        Q.   In order to promote your videos?

19        A.   Promote, to connect with the fans.

20        Q.   Okay.  And do you share the same confidence  10:56:51

21   as The Bold Guy?

22        A.   No.

23        Q.   Do you share his quick wit?

24        A.   Probably not.

25        Q.   Do you share his athleticism?          10:57:06
```

                                                            97

Matt Hosseinzadeh                                                January 4, 2017

```
 1        Q.   Do you think viewers would consider him to

 2   be charming?

 3             MR. BUKHER:  Objection; calls for

 4   speculation.

 5             THE WITNESS:  Yeah, I wouldn't want to       10:58:19

 6   speculate on what viewers think.

 7        Q.   BY MR. KRAVITZ:  Okay.  Did anybody who

 8   responded to this video tell you they thought he was

 9   charming?

10        A.   I don't recall any specific instances.      10:58:31

11        Q.   Do you share his unpredictability?

12        A.   Define unpredictability, pertaining to The

13   Bold Guy.

14        Q.   Spontaneity, ability to do things that

15   aren't cookie cutter.                                 10:58:52

16        A.   That's pretty vague.  I'm not sure exactly

17   what you mean.

18        Q.   Okay.  We'll pass.  How did you create The

19   Bold Guy?

20        A.   How?  I sat down and wrote a script.        10:59:04

21        Q.   And were you inspired by any incidents in

22   your own life?

23        A.   Well, what you see in that video, that's

24   how I got the name Bold.

25        Q.   And forgive me.  I know we've seen the      10:59:20
```

99

Matt Hosseinzadeh                                                          January 4, 2017

```
 1        A.   No.

 2        Q.   Did you ever attempt to pick up any women

 3   using any methods in any of your videos?

 4            MR. BUKHER:  Objection, as to foundation.

 5   Have we established that the videos portray any      11:00:55

 6   method of picking up women?

 7            MR. KRAVITZ:  I don't have to lay a

 8   foundation in a deposition as you know, Counsel.

 9        Q.   BY MR. KRAVITZ:  Go ahead and answer.

10        A.   What's the question again?                 11:01:04

11            MR. KRAVITZ:  Reread it, please.

12                  (Question read.)

13            THE WITNESS:  No.

14            MR. BUKHER:  Objection as to form, as to

15   the word method and what it means.                   11:01:20

16        Q.   BY MR. KRAVITZ:  Go ahead.  No?

17        A.   What method?  I mean I don't see what

18   method I could follow.

19        Q.   In any of your other videos, do you portray

20   a man, i.e. The Bold Guy, picking up a woman?        11:01:37

21        A.   I do.

22        Q.   Give us an example of one other than the

23   one that is at issue in this lawsuit?

24        A.   Vampire Girl.

25        Q.   Is The Bold Guy in that?                    11:01:53
```

                                                                        101

1        A.   Yes, he is.

2        Q.   How does -- does The Bold Guy try to pick

3   up some woman in that video?

4        A.   How?  He starts talking to her and they go

5   on a date.                                        11:02:05

6        Q.   Is there any particular repartee that he

7   uses to entice her in that video?

8        A.   Other than being confident and funny,

9   there's -- no.

10            (Deposition Exhibit No. 3 was marked for

11   identification and is part of the flash drive.)

12            MR. KRAVITZ:  Let's take a look at Exhibit

13   3, which is The Big, The Bold, The Beautiful.

14            (The video The Big, The Bold, The Beautiful

15   plays.)                                          11:03:05

16            MR. KRAVITZ:  We're still on the record.

17   Can we go off the record for a moment.  Your client

18   is getting a phone call.

19            THE VIDEOGRAPHER:  This is the end of Tape

20   1 with the continuing testimony of Matt            11:04:01

21   Hosseinzadeh, Volume I.  We're off the record at

22   11:04 A.M.

23                  (Recess taken.)

24            THE VIDEOGRAPHER:  This is the beginning of

25   Tape 2 with the continuing testimony of Matt       11:07:49

                                                        102

```
 1        A.    It was private.

 2        Q.    Did you ever do any type of analysis as to

 3   how many minutes of your work the video contains?

 4        A.    Yes.

 5        Q.    And what did you come up with?          11:32:38

 6        A.    They used approximately three minutes and

 7   40 seconds or so of my work.

 8        Q.    And did you do any analysis of how many

 9   clips of your work the video contains?

10        A.    Like counting the instances where my       11:32:59

11   footage --

12        Q.    Yes, sir.

13        A.    I didn't count the instances.  Just running

14   time.

15        Q.    Did you do any analysis whether any --     11:33:11

16   well, how many of these clips are over ten seconds?

17        A.    Off the top of my head, I don't know.

18        Q.    What was your reaction when you first saw

19   the video?

20        A.    My reaction?  I was upset that somebody had 11:33:28

21   taken my content without my permission.

22        Q.    Did you express that to anybody before

23   contacting my clients?

24        A.    To anyone other than friends?

25        Q.    Anybody other than your attorneys.         11:33:53
```

113

Matt Hosseinzadeh                                              January 4, 2017

1          A.    A couple friends.

2          Q.    What did you say?

3          A.    I said my work has been taken without my

4    permission.

5          Q.    Did they have a reaction?                    11:34:02

6          A.    I can't recall their reactions.

7          Q.    Did you find the Kleins' video funny?

8          A.    No.

9          Q.    You didn't find it humorous?

10         A.    I didn't have an opinion about it.          11:34:19

11         Q.    Well, how many times have you seen it now

12    approximately?

13         A.    At least three times.

14         Q.    How many times did you see it before you

15    filed the lawsuit?                                      11:34:31

16         A.    I don't recall how many times I had seen

17    it.  At least once.

18         Q.    Your best recollection is you saw it only

19    one time before you filed the lawsuit?

20         A.    Maybe twice.  I don't recall how many times  11:34:51

21    I saw the video before the lawsuit.

22         Q.    Okay.  Now, as an author and an artist, do

23    you think the video is funny?

24         A.    No.

25         Q.    Do you think it's designed to be funny as    11:35:10

                                                                     114

1    an author and an artist?

2         A.   I can't tell.

3         Q.   You have no opinion whatsoever?

4         A.   Not really.

5         Q.   Okay.  Did you feel that it criticized your   11:35:21

6    work?

7         A.   Not really.

8         Q.   Why not?

9         A.   Because it didn't.

10        Q.   Did you think it ridiculed your work?      11:35:33

11        A.   I didn't think about that.

12        Q.   At all?

13        A.   At all.

14        Q.   Have you thought about it since?

15        A.   No.                                        11:35:44

16        Q.   Did you find it a form of parody?

17        A.   No.

18        Q.   What was your -- did you have a critical

19   evaluation --

20        A.   My --                                      11:35:57

21        Q.   May I finish?

22        A.   Yeah.

23        Q.   Did you have a critical evaluation of the

24   Kleins' video?

25        A.   Yes.                                        11:36:04

                                                               115

Matt Hosseinzadeh                                                    January 4, 2017

```
1          Q.    What was that?

2          A.    They took my property without my

3    permission.

4          Q.    Any other evaluation?

5          A.    That's it.                              11:36:09

6          Q.    Did you feel that it commented upon your

7    property?

8          A.    No.

9          Q.    Did it make you upset?

10         A.    No.                                     11:36:22

11         Q.    Did it make you angry?

12         A.    We have two different questions here.

13         Q.    That's right.

14         A.    Did it upset me that they took my content

15   without my permission, yes, it did.  What they said  11:36:32

16   made me upset, no, it didn't.

17         Q.    Did what they said make you angry?

18         A.    No.

19         Q.    Did you call the Kleins parasites because

20   you're angry?                                       11:36:46

21         A.    I didn't call them particularly parasites.

22             MR. BUKHER:  Objection, objection.  We did

23   not establish that Mr. Hoss called anyone parasites.

24             THE WITNESS:  Yep.

25             MR. KRAVITZ:  He can answer himself.      11:36:56
```

116

Matt Hosseinzadeh                                              January 4, 2017

```
 1    point?

 2         A.    That work needs to be transformative; that

 3    it needs to add something of substance.  That was my

 4    understanding.

 5         Q.    Okay.  Did you listen to what the Kleins    11:41:03

 6    said in their dialogue?

 7         A.    I listened.

 8         Q.    And did they add anything of substance?

 9         A.    I didn't see anything that they added.

10         Q.    What do you base that on?                   11:41:16

11         A.    Based off of what I've seen.

12         Q.    If those clips had not been in there, if

13    there had just been the dialogue of the Kleins,

14    would that have been something of substance?

15         A.    I don't see any substance in that work.    11:41:36

16         Q.    Do you have an opinion other than what

17    counsel has told you as to how many clips the Kleins

18    could use in their work and still have it be fair

19    use?

20              MR. BUKHER:  Objection; calls for legal     11:41:55

21    conclusion.

22              THE WITNESS:  I don't have any opinions on

23    drawing a legal conclusion.

24         Q.    BY MR. KRAVITZ:  You have no opinion as an

25    artist?                                               11:42:05
```

                                                              121

Matt Hosseinzadeh                                                January 4, 2017

```
  1        A.   Not on this specific question.

  2        Q.   You never gave it some thought?

  3        A.   I might have.

  4        Q.   What conclusions did you reach?

  5        A.   I never --                              11:42:16

  6             MR. BUKHER:  Objection; calls for legal

  7   conclusion.

  8             THE WITNESS:  I didn't reach any

  9   conclusions.

 10        Q.   BY MR. KRAVITZ:  Okay.  And did you have  11:42:20

 11   any conclusions as to which clips they could use and

 12   still have it be fair use?

 13             MR. BUKHER:  Objection; calls for legal

 14   conclusion.

 15        Q.   BY MR. KRAVITZ:  As an artist.  Not through  11:42:30

 16   anything your counsel has told you.

 17        A.   I can't draw any legal conclusions.

 18        Q.   As an artist, you have no conclusions?

 19        A.   I have not reached --

 20             MR. BUKHER:  Asked and answered.  I'm      11:42:43

 21   sorry.  But I'm not sure an artist can draw legal

 22   conclusions.  I think that's what Mr. Hoss is trying

 23   to tell you.

 24        Q.   BY MR. KRAVITZ:  Have you ever filed a

 25   takedown notice with YouTube to remove any other    11:42:57
```

                                                        122

1      YouTube creators' content?

2          A.   I've filed takedown notices where my

3      content was used.

4          Q.   How many times?

5          A.   I don't know off the top of my head.  I      11:43:08

6      have numerous emails.

7          Q.   More than 10?

8          A.   I believe so.

9          Q.   More than 20?

10         A.   Probably.                                      11:43:19

11         Q.   And were those -- were those done employing

12     counsel or by yourself?

13         A.   By myself.

14         Q.   Did you do any legal research before filing

15     those?                                                  11:43:35

16         A.   Yes.

17         Q.   What did you research?

18         A.   Copyright law.

19         Q.   What did you consult?

20         A.   I consulted the copyright.gov PDFs.  I         11:43:53

21     consulted YouTube's guidelines on copyright.  Those

22     were the primary sources.

23         Q.   They may have been the primary sources.

24     But what other sources did you consult?

25         A.   I may have gone to some websites regarding     11:44:14

                                                                     123

Matt Hosseinzadeh                                                    January 4, 2017

1    artists and the work being taken and what to do

2    about it.

3        Q.   You may have.  Do you have a recollection

4    of doing that?

5        A.   I don't.                                    11:44:27

6        Q.   Are there any differences between

7    defendants' video and your work?

8        A.   Differences in terms of what?

9        Q.   Content.

10       A.   Well, it's my content plus them talking    11:44:47

11   about my content.  So that would make it,

12   quote/unquote, "different."

13       Q.   Sir, I'm not the one who is under oath

14   here.  If you don't understand the question, tell

15   me.                                                  11:45:03

16       A.   I understood it.  I answered it.

17       Q.   What are those differences?

18       A.   They are sitting on a couch talking about

19   my content.

20       Q.   Is there any theme in what they're saying? 11:45:10

21       A.   I didn't see any.

22       Q.   Is there a different tone?

23       A.   I didn't think about it.  I didn't notice

24   it.

25       Q.   What is the tone of your video?            11:45:20

                                                              124

```
 1        A.   Comedy, satire.

 2        Q.   What is the tone of their video?

 3        A.   I don't know.

 4        Q.   Any difference in dialogue?

 5        A.   They said certain things that were        11:45:35

 6   different from my video.

 7        Q.   Any difference in running time?

 8        A.   Yes.

 9        Q.   How long is theirs?

10        A.   I don't know off the top of my head.      11:45:47

11        Q.   Have you seen a video by Joey Salads where

12   you're roasted?

13        A.   That's the one I was referring to earlier.

14        Q.   Is there more than one?

15        A.   From Joey Salads?                          11:46:10

16        Q.   Yes.

17        A.   Not to my knowledge.  Of his videos?

18        Q.   That's correct.

19        A.   I know of one video where he's taken my

20   work.                                               11:46:20

21        Q.   Do you know his real name?

22        A.   No.

23        Q.   Have you tried to contact him?

24        A.   No.

25        Q.   Do you consider his reference to you to be 11:46:27
```

125

Matt Hosseinzadeh                                                    January 4, 2017

```
 1              THE WITNESS:  Yeah, I can't make a legal
 2    conclusion right now.
 3         Q.   BY MR. KRAVITZ:  As an artist, what is your
 4    evaluation of this work?
 5         A.   I don't evaluate it.                    11:55:09
 6         Q.   You have no evaluation of it?
 7         A.   Of his work?
 8         Q.   Yes.
 9         A.   No.
10         Q.   Do you consider it to be a critique of you? 11:55:17
11         A.   I don't consider it anything.
12         Q.   You don't consider it to be a critique of
13    your work?
14         A.   No.  I don't have any kind of opinion
15    either way.                                      11:55:30
16         Q.   So when he says you're not doing a very
17    good job on Parkour, you don't consider that to be a
18    critique?
19         A.   Well, if you want to go by the dictionary
20    definition of criticism, it's criticism.         11:55:45
21         Q.   Okay.  Don't you go by the dictionary
22    definition of criticism?
23         A.   I do.
24         Q.   Okay.  So you consider it to be a
25    criticism?                                        11:55:57
```

                                                            128

Matt Hosseinzadeh                                                    January 4, 2017

1          A.    That one line he said, this is not good

2     Parkour?

3          Q.    Yeah.

4          A.    You could say that's criticism.

5          Q.    I'm not asking what I might say.  I'm        11:56:03

6     asking what you would say.  Is it criticism?

7          A.    I don't have an opinion of -- regarding

8     what I would say.  I'm saying if you're talking in

9     general terms, it could be seen as criticism.  I

10    don't see it either way.  It means nothing to me.     11:56:17

11         Q.    Does the video add any new expression to

12    your video?

13         A.    I don't see --

14              MR. BUKHER:  Objection; calls for legal

15    conclusion.                                            11:56:25

16         Q.    BY MR. KRAVITZ:  How much of your work does

17    Salads use in this video, do you know?

18         A.    I don't know off the top of my head.

19         Q.    You've never measured it?

20         A.    I believe I've measured it.  It's somewhere  11:56:35

21    on my computer.

22         Q.    I'm sorry?

23         A.    Somewhere on my computer.

24         Q.    What is your best estimate as to how

25    much --                                                11:56:44

                                                           129

Matt Hosseinzadeh                                                    January 4, 2017

```
1    discuss YouTube analytics.  They have an online

2    academy which most creators, when they become

3    partners, they go through that little academy.  So

4    it teaches all about how to read the charts, how to

5    make sure -- make your channel successful.         12:41:23

6        Q.  All right.  I'm trying to determine the

7    source of your personal understanding.  Is it

8    self-taught, is it going to the academy?

9        A.  It's both.  It's self-taught through years

10   of experience and I've attended the academy and the  12:41:38

11   meet-ups that they've had.

12       Q.  Do you notice that the estimated revenue

13   for the work in question was relatively high until

14   January 2016?

15       A.  Yes.                                         12:41:54

16       Q.  And there is a noticeable drop at that

17   point?

18       A.  Yes.

19       Q.  Then another drop after May of 2016?

20       A.  Yes.                                         12:42:01

21       Q.  Do you have any explanation as to the first

22   drop?

23       A.  I do.

24       Q.  What is that?

25       A.  The YouTube ad revenue is seasonal.  It     12:42:06
```

                                                                    141

Matt Hosseinzadeh                                          January 4, 2017

```
 1    starts low in January, blows up in November,

 2    December, then it drops again in January.

 3         Q.   Any understanding as to why that is?

 4         A.   Absolutely.  Consumers are out shopping for

 5    the holiday season.  So they have big budgets for     12:42:19

 6    advertising.

 7         Q.   What is the explanation for the second

 8    drop?

 9         A.   The second drop, well, that is going to be

10    that huge spike you see in June, that's the traffic   12:42:30

11    that came from the fallout regarding the We're Being

12    Sued video.  So it brought in a huge amount of

13    traffic for about a week and then once the channel

14    had been affected by the behavior of the visitors,

15    it dropped and it's stayed there.                     12:42:53

16         Q.   By the behavior of the visitors, what do

17    you mean?

18         A.   Disliking, primarily disliking and dropping

19    the average viewer retention time.

20         Q.   Is there a slight bump in revenue from      12:43:09

21    2-4-16 to 3-6-16?

22         A.   There seems to be a slight bump there.

23         Q.   Okay.  Do you have an explanation for that?

24         A.   No.  Things get shared and it starts --

25    again, starts low January 1st and it just starts      12:43:29
```

                                                                142

```
 1    creeping upwards through the summer and into

 2    Thanksgiving.

 3         Q.   Do you have an opinion as to whether the

 4    defendants' video boosted revenue for your work?

 5         A.   Whether they boosted it?              12:43:46

 6         Q.   Uh-huh.

 7         A.   They brought traffic which had an indirect

 8    effect temporarily boosting it for, we see, what,

 9    three days, because there is traffic.  Whether the

10    traffic is good intention or bad intention, the    12:44:01

11    clicks boosted the revenue for a couple days.

12         Q.   Aside from YouTube, was the work posted on

13    any other website?

14         A.   No.

15         Q.   There is no other source of revenue for the  12:44:15

16    work other than the YouTube; is that correct?

17         A.   Strictly -- this is the only upload.

18         Q.   Let's take a look at 137 and 138.  Okay?

19         A.   Yeah.

20         Q.   All right.  And how many overall views did   12:44:38

21    the work have in February 2016?

22         A.   February 2016?  Maybe nine-and-a-half

23    million or so.

24         Q.   And how many views does the work have now?

25         A.   Ten.  Ten and a half.  Last time I checked.   12:44:55
```

                                                              143

Matt Hosseinzadeh                                          January 4, 2017

1       Q.    And views from foreign countries v. U.S.?

2       A.    U.S. was No. 1.

3       Q.    Is that No. 1 over 50 percent?

4       A.    I don't recall.

5       Q.    Have you ever purchased views from foreign    12:48:14

6   countries?

7       A.    I've never purchased views.

8       Q.    Or from the U.S.?

9       A.    No.   It's against YouTube's policy.

10      Q.    Do you know of anybody who watched          12:48:25

11  defendants' video instead of your work?

12      A.    Personally?

13      Q.    Yes.

14      A.    Specific people?

15      Q.    Yes.                                         12:48:32

16      A.    No.

17      Q.    Has anybody told you that they looked at

18  defendants' video instead of your work?

19          MR. BUKHER:   Objection.   Asks for

20  privileged communication, funny enough.              12:48:42

21      Q.    BY MR. KRAVITZ:   Other than any

22  conversation with your lawyers, do you know of

23  anyone who told you that they watched defendants'

24  video instead of your work?

25      A.    No.                                          12:48:53

                                                                  147

1      Q.   Do you have any analytic data as to anybody

2   watching defendants' video instead of your work?

3      A.   I don't have access to that.

4      Q.   Do you have any evidence that defendants'

5   video cut into the market for your work?        12:49:12

6      A.   What do you mean by cut into market?

7      Q.   That the defendants' video prevented you

8   from earning revenue on your video.

9      A.   Well, that's slightly different.  The first

10  thing you asked, there is two different ways to lose  12:49:32

11  revenue, right.  They can watch [sic] revenue

12  instead of mine.  That's one way to lose it.  The

13  other way is to get attacked by over a million

14  people and lose revenue that way.  So which one are

15  you asking?                                     12:49:47

16     Q.   Let's try the first one first.  I think

17  you've already answered that, that you have no

18  evidence of people watching defendants' video rather

19  than yours?

20     A.   Yeah, I have no evidence of someone coming  12:49:55

21  up to me saying, hey, Matt, I watched the other

22  person's video and I refuse to watch yours.

23     Q.   Okay.  Now let's ask the second, which is

24  do you have any evidence that by virtue of the

25  Kleins' video, people did not watch your video?  12:50:11

148

Matt Hosseinzadeh                                              January 4, 2017

```
 1        A.    Isn't that what we just answered?

 2        Q.    No.

 3        A.    Which one did we just answer?

 4              MR. KRAVITZ:  Let's get it back.

 5                    (Record read.)                    12:50:22

 6              THE WITNESS:  So my answer goes to that

 7    question.  It wouldn't make sense on any other

 8    question.

 9        Q.    BY MR. KRAVITZ:  So you have no evidence

10    that by virtue of the Kleins' video people did not    12:50:55

11    look at your video?

12        A.    I have no evidence, no.

13        Q.    Okay.  Do you have any evidence that

14    because of the Kleins' video, more people took a

15    look at your video?                                  12:51:10

16        A.    Do I have evidence because -- that more

17    people came?

18        Q.    Yes, sir.

19        A.    Well, on this chart, there is a spike or

20    two.  That's -- I consider that evidence.            12:51:19

21        Q.    Okay.  Do you have an opinion other than

22    advice of counsel and discussion with counsel as to

23    whether the Kleins' video seeks a different audience

24    than yours?

25        A.    I don't have an opinion regarding what kind 12:51:41
```

149

Matt Hosseinzadeh                                                          January 4, 2017

```
 1   deal than YouTube directly.

 2        Q.    Okay.  Do you have an economic

 3   understanding of the deal that YouTube offers?

 4        A.    I do.

 5        Q.    And how is that gauged?              12:54:26

 6        A.    How is the revenue created?

 7        Q.    Correct.

 8        A.    Off of advertising, and now they have

 9   YouTube Red.

10        Q.    And are you familiar with the thresholds of  12:54:41

11   the advertising as to how you get paid?

12        A.    The threshold where they first give you a

13   payment?

14        Q.    Yes.

15        A.    I believe it's $100 a month or $100 in     12:54:53

16   general.  It accumulates until it hits a hundred.

17   Then they pay you.

18             (Deposition Exhibit No. 7 was marked for

19   identification and is part of the flash drive.)

20             MR. KRAVITZ:  Let's take a look at Exhibit   12:55:04

21   7, which is a video We're Being Sued.

22                  (Video We're Being Sued plays.)

23             MR. KRAVITZ:  Let's go off the record for a

24   second.

25                  (Counsel confer.)                12:55:57
```

153

Matt Hosseinzadeh                                              January 4, 2017

```
 1        A.   I don't consider anything to be a main

 2   portion of the video.  I just see what's been said

 3   and that there are false statements contained.

 4        Q.   Did you view the entire video?

 5        A.   I have.                            12:59:56

 6        Q.   And are there statements aside from the one

 7   we just discussed that you believe to be false?

 8        A.   I don't recall any statements at the

 9   moment.

10        Q.   What is the title of the video?     01:00:11

11        A.   We're Being Sued.

12        Q.   They were being sued, weren't they?

13        A.   Yes.

14        Q.   Does the video primarily focus on the

15   lawsuit?                                      01:00:20

16        A.   It focuses --

17             MR. BUKHER:  Objection; asked and answered.

18        Q.   BY MR. KRAVITZ:  Go ahead.

19        A.   It focuses on multiple things.  It focuses

20   on how they believe the lawsuit came to be and --  01:00:31

21   yeah.

22        Q.   Did your lawyer send defendants' counsel a

23   cease-and-desist letter with the $3,750 demand?

24        A.   It's in the complaint -- it's been filed.

25   It's in the documents.                        01:00:55
```

                                                        157

Matt Hosseinzadeh                                                    January 4, 2017

1        Q.    Did your lawyer send such a letter to the

2   defendants?

3        A.    Sent a cease and desist, yes.

4        Q.    How did you come up with the $3,750?

5        A.    How did I come up with it?                01:01:09

6        Q.    Right.   Let's ask this.   Did you come up

7   with it?

8        A.    I did not come up with it.

9        Q.    Okay.   Did your lawyer send another demand

10  letter asking defendants to apologize?           01:01:19

11       A.    Well, we're getting ahead of ourselves now.

12  That's what's happened.   There is a cause and

13  effect.

14       Q.    Was my question unclear?   I'm just talking

15  about a given moment in time and asking a simple   01:01:43

16  question.

17       A.    Can you repeat it, please.

18            MR. KRAVITZ:   Please read it back.

19                 (Question read.)

20            MR. BUKHER:   Objection.   Requesting       01:01:59

21  settlement communications.   You can go ahead and

22  answer, Matt.

23            THE WITNESS:   I need to clarify what you're

24  trying to ask.   Are you asking that did we ask for

25  an apology on top of the money in terms of        01:02:21

158

1    settlements?

2         Q.   BY MR. KRAVITZ:   No.   I'm simply asking

3    whether part of the content of a letter sent by your

4    counsel asked for an apology?

5         A.   If that's what it says in the letter.        01:02:37

6         Q.   Okay.   You have no independent

7    recollection?

8         A.   I do.   But I think certain facts go along

9    with that that are not being mentioned.

10        Q.   Okay.   And did that same letter ask for you  01:02:56

11   to be promoted on my client's channel for two

12   months?

13        A.   Not for two months.

14        Q.   Did it ask for them to promote you on their

15   channel?                                                01:03:09

16        MR. BUKHER:   Objection.   Asks for

17   settlement communications.

18        Q.   BY MR. KRAVITZ:   Go ahead.

19        A.   What was asked was in lieu of the legal

20   fees, they could give something of like value.        01:03:27

21        Q.   Did you have something in mind over and

22   above what your attorney said to you?

23        A.   Dollar amount?   In terms of dollars?

24        Q.   No.   In terms of promotion.

25        A.   What do you mean?                            01:03:49

159

```
 1         Q.    That's my question to you.   Your attorneys

 2   asked that you be promoted on their channel.   And my

 3   question is, what did you mean by promotion, if

 4   anything?

 5         A.    A shout-out.                             01:04:02

 6         Q.    Okay.   What else?

 7         A.    That's it.

 8         Q.    You wanted them to say you did a good job?

 9         A.    No.

10         Q.    What did you want them to say?           01:04:11

11         A.    I wanted to get something of like value

12   because they didn't want to pay the legal fee.

13         Q.    What did you consider to be of like value?

14         A.    I didn't consider it to be like value.  I

15   was being generous.                                  01:04:24

16         Q.    What did you consider to be --

17         A.    There was nothing of like value.  I was

18   being generous.

19         Q.    And the only thing you had in mind was a

20   shout-out?                                           01:04:34

21         A.    Yeah.

22         Q.    Okay.   And in the course of this video --

23   strike that.   In the course of The Big, The Bold and

24   The Beautiful, did the Kleins recognize your hard

25   work?                                                01:04:49
```

160

1          MR. BUKHER:  Objection as to form.  Jeff, I

2     think you meant email, not video.

3          Q.   BY MR. KRAVITZ:  Let's try again.  Did you

4     consider the fact that they didn't mention this

5     email to be defamatory?                          01:09:33

6          A.   I can't draw any legal conclusions.

7          Q.   Did you personally draft the entire email?

8          A.   Yes.

9          Q.   Did you conduct any legal research in

10    drafting the email?                              01:09:54

11         A.   Yes.

12         Q.   What did you look at?

13         A.   As mentioned earlier, copyright, takedown

14    notices, fair use.  That's it.

15         Q.   Where do you mention fair use?          01:10:10

16         A.   Last paragraph.

17         Q.   You say, "Please do not for a second think

18    that you're protected by fair use."  What did you

19    mean by that?

20         A.   That -- at that time I believed it was not  01:10:27

21    fair use.

22         Q.   Based on what?

23         A.   Based on -- like it says right there,

24    extensive use of the work.

25         Q.   And you say, it's determined by a judge in  01:10:42

                                                            165

Matt Hosseinzadeh                                                    January 4, 2017

```
 1    a costly court proceeding.  Had you done research

 2    into how much a court proceeding cost?

 3        A.   No.  But I heard it's very expensive.

 4        Q.   Were you threatening my client with filing

 5    suit?                                            01:10:55

 6        A.   If you go one paragraph above, it says, if

 7    they don't comply, I will take legal action.

 8        Q.   Did you receive any response to this?

 9        A.   Yes.

10        Q.   What did you receive?                   01:11:13

11        A.   Page 2.  They claimed that it's fair use

12    and they have a right to use my content and that if

13    I take any action, they will dispute it and here is

14    our lawyer, who is being copied on the email.

15        Q.   Had you retained counsel by that point?  01:11:37

16        A.   No.

17        Q.   Have you ever sent an email like this to

18    any other YouTube creator?

19        A.   Yes.

20        Q.   Who?                                    01:11:49

21        A.   I don't recall.

22        Q.   Do you have those -- that letter in your

23    possession?

24        A.   I do.

25        Q.   Did you send it to more than one YouTube 01:12:00
```

166

Matt Hosseinzadeh                                              January 4, 2017

```
 1   creator?
 2        A.   There is one instance I did to another
 3   creator.
 4        Q.   And was it sent to somebody who is in the
 5   United States?                                    01:12:11
 6        A.   I don't know if they're in the United
 7   States.
 8        Q.   What was it that prompted you to send an
 9   email such as this to another YouTube creator?
10        A.   Same situation.  Using my work in extensive 01:12:25
11   amounts without my permission.
12        Q.   And did you receive a response to that?
13        A.   Yes.
14        Q.   What was that?
15        A.   They apologized and took it down.       01:12:36
16        Q.   Did any member of the YouTube community or
17   third party criticize you for failing to reach out
18   to defendants before initiating the lawsuit?
19        A.   Failing to reach out to whom?
20        Q.   Well, let me back up.                    01:13:13
21        A.   I didn't fail to reach out.
22        Q.   I know.  That's why my question is not
23   clear.  My clients had a video, say we're being
24   sued, and you were critical of the fact that they
25   did not include reference to your email in their  01:13:32
```

                                                            167

Matt Hosseinzadeh                                          January 4, 2017

```
 1   video.  And my question is, did anybody say to you
 2   that, gee, you didn't reach out to defendants, we're
 3   critical of you because you did not do so?
 4       A.   Not in those words specifically.
 5       Q.   Okay.                              01:13:55
 6       A.   Not that I've read, since I don't read the
 7   million plus hate comments that were posted.
 8       Q.   That's right.  But you read some.
 9       A.   Yes.
10       Q.   What was said?                     01:14:05
11       A.   That I'm a greedy, bullying, litigious
12   scumbag.
13       Q.   And you were bullying because you sued?
14       A.   I wasn't bullying.
15       Q.   Let me strike that.  In the commentary, did 01:14:22
16   they accuse you of bullying because you sued?
17       A.   Did they use that word, no.
18       Q.   What did they say?
19       A.   The video says it, speaks for itself.
20       Q.   No, no.  Not what my people said.  I'm  01:14:34
21   saying you're claiming that you had commentary from
22   others about you being a greedy, bullying scumbag?
23       A.   In general terms.
24       Q.   In general terms.  And in that commentary,
25   did they say, you're a greedy, bullying scumbag  01:14:50
```

                                                      168

```
 1    because you filed the lawsuit?

 2         A.    There are multiple instances.

 3         Q.    Accusing you of being a greedy, bullying

 4    scumbag because you filed the lawsuit?

 5         A.    Not verbatim.  But million plus hate      01:15:06

 6    comments.

 7         Q.    In sum and substance?

 8         A.    Along those lines.  New sites.

 9         Q.    Right.  And they accused you of that

10    because you filed a lawsuit, not because of an      01:15:19

11    accusation that you did not contact defendants?

12         A.    I can't speculate.

13              MR. BUKHER:  Objection; argumentative.

14              THE WITNESS:  I'm not going to speculate

15    why third parties and news channels and all that   01:15:29

16    called me something.

17         Q.    BY MR. KRAVITZ:  You just don't know?

18         A.    Well --

19         Q.    You can't speculate?

20              MR. BUKHER:  Objection; asked and answered. 01:15:46

21              THE WITNESS:  I can't speculate.  I can't

22    tell you that I know and that I don't know.

23         Q.    BY MR. KRAVITZ:  Let's take a five-minute

24    break.

25              THE VIDEOGRAPHER:  The time is 1:16 P.M.   01:16:00
```

Matt Hosseinzadeh                                                    January 4, 2017

```
 1        Q.   And what is the information --

 2   misinformation as to how the lawsuit came to be?

 3        A.   That I didn't reach out in a friendly

 4   manner; that I didn't reach out -- that when I

 5   reached out, I just wanted money.  So this email is    01:25:22

 6   missing.  This email doesn't ask for money.  It does

 7   not bully.  That's what is missing.

 8        Q.   Nothing else is missing?

 9        A.   There may be other things missing.  What I

10   recall right now, I'm sure there is many other          01:25:39

11   things missing because there is a lot of propaganda

12   out there.  Most important one that I recall right

13   now is this email is missing.  This email does not

14   ask for money.  It kindly requests remove my

15   property and that if you force me to take legal        01:25:53

16   action, it says in the underlined paragraph, I'll

17   seek that you pay my legal fees.

18        Q.   That's part of what you're seeking?

19        A.   The initial 3750 that they're complaining

20   about that they forced me to spend because they got    01:26:08

21   their lawyer involved and did not comply with my

22   kind request to remove my property, yes.  I'm

23   seeking that they pay my initial fee of 3750 for

24   being forced to hire a lawyer, because they already

25   had one and they refused to cooperate.  And yes,       01:26:22
```

171

Matt Hosseinzadeh                                                    January 4, 2017

1    that's what I was seeking at that time, which they

2    also left out which is part of the misinformation.

3         Q.   Did you speak with the media about

4    defendants?

5         A.   I did not speak directly with media.        01:26:34

6         Q.   When you say you didn't speak directly, how

7    did you speak indirectly?

8         A.   Some media reached out.  I wasn't able to

9    tell them my story because I was inundated with

10   massive amount of emails and they weren't able to    01:26:50

11   reach me.  That was one reason.  The other reason is

12   my website was down due to an attack.  The contact

13   page on my website was down for four days.  I have a

14   document to prove that.  I was not able to be

15   reached by -- so the media heard one side of the      01:27:07

16   story which is full of misinformation and lies.

17        Q.   Your not reaching out to the media, that

18   wasn't as a result of anything the defendants did?

19        A.   I did not reach out to any media.

20        Q.   Who contacted you from the media?           01:27:21

21        A.   Well, according to the articles, there were

22   various articles, I don't know, I didn't keep track

23   of all of them, Time, Variety, whatever, Mashable, I

24   heard that they said Matt Hoss was not available for

25   comment.                                              01:27:38

                                                                172

Matt Hosseinzadeh                                                    January 4, 2017

1       Q.   Did you sue them?

2       A.   No.

3       Q.   Okay.  And --

4       A.   Why should I sue them?  I wasn't available

5   for comment.                                        01:27:49

6       Q.   Were you too busy working to get back to

7   Time Magazine?

8       A.   I was -- my website was down.  So there are

9   certain people who were not able to reach me.  My

10  contact page was down due to attacks.              01:27:59

11      Q.   Did you try calling somebody at Time

12  Magazine?

13      A.   I didn't, no.

14      Q.   Did you try -- I'm sorry.  I didn't mean to

15  interrupt you.                                     01:28:08

16      A.   I said I didn't.

17      Q.   Did you call anybody at Variety?

18      A.   I don't know who to call.  I don't have any

19  connections.

20      Q.   Did you try calling anybody at Variety?    01:28:14

21      A.   I did not.

22      Q.   Did you try calling anybody at Time

23  Magazine?

24      A.   No.

25      Q.   Have you ever spoken with the media about   01:28:21

                                                        173

Matt Hosseinzadeh                                           January 4, 2017

```
 1     complaint.

 2          Q.   If you would, just answer the question.

 3          A.   I didn't.

 4          Q.   And is there a reason why you did not?

 5          A.   Honestly, I didn't have any.          01:33:51

 6          Q.   There wasn't a single email that was

 7     complimentary to you?

 8          A.   During that time period where the initial

 9     wave of attacks came -- I recall a couple ones who

10     reached out for support, yes.                   01:34:06

11          Q.   And as part of your collecting these

12     documents, did you review them?

13          A.   Yeah.  I reviewed everything that I sent

14     out.

15          Q.   So you did read each of these?          01:34:18

16          A.   I read -- once I sent it to my lawyer, I

17     read them.  Initially, I just -- I deleted the

18     initial wave.  Then I just collected without reading

19     them.  And I kept them for when necessary.

20          Q.   Do you have any information that these     01:34:33

21     emails impacted the profitability of your channel?

22          A.   The e-mails directly, no.

23          Q.   Did you make a YouTube video called Fun

24     with Extreme Hate Comments?

25          A.   Yes, I did.                          01:34:48
```

177

 1        Q.   Why?

 2        A.   Why?

 3        Q.   Yes, sir.  What was the purpose of this

 4   video?

 5        A.   The purpose is to take a public stance of    01:34:57

 6   defiance and to entertain my fans.

 7        Q.   To show that you were impervious to these

 8   comments?

 9        A.   Yeah.  And that I'm going to continue doing

10   what I'm doing because I believe it's the right       01:35:17

11   thing to do.

12        Q.   Do you take any of these comments

13   seriously?

14        A.   Well, comments, no.  But when there were

15   some death threats which were not in the comments     01:35:28

16   necessarily, you know, I need to -- if not take it

17   fully seriously, I definitely think about it.

18        Q.   Did you report any of those to the police?

19        A.   No.

20        Q.   And did any of the comments or messages     01:35:40

21   upset you?

22        A.   Honestly, no.

23        Q.   You didn't consult a physician?

24        A.   No, I didn't.

25        Q.   Or a therapist?                             01:35:53

                                                              178

```
 1        A.   No.

 2        Q.   Or a priest or a Rabbi?

 3        A.   None.

 4        Q.   By the way, have you had any memory

 5   problems because of your head injury?          01:36:05

 6        A.   Never had any memory problems.

 7        Q.   Okay.

 8        A.   Well, when I woke up in the hospital, the

 9   doctor tells me when I first woke up, I couldn't

10   remember where I was which is common, I guess, to   01:36:18

11   head injuries.

12        Q.   But that's all disappeared?

13        A.   Yeah.  I remember everything now.  I know

14   who I am.

15        Q.   Have you ever been diagnosed with any      01:36:31

16   psychological condition or disorder?

17        A.   No.

18        Q.   Do you have any evidence that defendants'

19   discussion of the lawsuit itself has damaged you?

20        A.   Do I have any evidence that the defendants'  01:36:48

21   discussion with whom?

22        Q.   With anybody.  On the video, with anybody

23   else?

24        A.   I don't have direct evidence.

25        Q.   Do you have indirect evidence?           01:37:02
```

179

```
 1        A.    Yes.

 2        Q.    What is that?

 3        A.    The charts on the table here.

 4        Q.    In what sense does that show that you've

 5   been damaged?                                    01:37:10

 6        A.    It shows that I had a growing company for

 7   four years, I got a giant wave of attacks, I got

 8   de-ranked on YouTube and my revenue dropped between

 9   75 and 98 percent and the views, and the

10   descriptions and the likes and every other number   01:37:24

11   that counts.

12        Q.    Revenue dropped from what to what?

13        A.    Well, we have examples here.  Estimated

14   revenue 11-22-15 on the video, I randomly picked the

15   points.  I didn't actually calculate an estimate.   01:37:45

16   So this is not a high point.  It's not a spike and

17   it's not a low point.  I chose a point that was in

18   the middle.  It says 16.40, $16.40 for the day of

19   November 22nd, 2015.  Then we fast forward to

20   September 15, 2016 and I picked a random dot         01:38:01

21   somewhere in the middle, not a spike, not a dip, and

22   it's hard to read here, but it says 37 cents for the

23   day, from $16 to 37 cents.

24        Q.    What is the most amount of money in a year

25   that you ever made from being --                    01:38:14
```

180

1    5-23.  My question -- well, take a look first.

2         A.    Okay.

3         Q.    And does this show view duration to be

4    relatively stagnant during that time?

5         A.    Relatively.  There are no spikes or dips.    01:55:43

6         Q.    Do you draw any conclusions from that?

7         A.    No.  There are no conclusions to really

8    obtain from that, the fact that I've been cruising

9    at two plus minutes of average watch time per video.

10   That's the only conclusion.                               01:56:08

11        Q.    Did your content vary?

12        A.    No.  The web series has been going on since

13   2011.

14        Q.    Have you given any thought as to whether

15   people are bored with the web series?                     01:56:20

16        A.    I don't speculate what, you know, people

17   think and whether they want to get bored and not

18   subscribe.  I don't speculate on that.

19        Q.    What is a subscriber?

20        A.    A subscriber is an account holder who         01:56:35

21   clicks a subscription button and then gets notified

22   whenever you upload new content.

23        Q.    And are your subscribers done by series or

24   are they done by channel?

25        A.    They're done by channel.                      01:56:53

                                                              194

1    negatively.  Traffic is traffic, regardless of

2    intentions.

3        Q.   Any idea what you were paid for the 793

4    plus viewers?

5        A.   I'm pretty sure there is a chart here for      02:01:28

6    the month of April 2016.  Right here, for the month

7    of April 2016, estimated revenue, $1,061.98.

8        Q.   Did you give any thought absent discussion

9    with your counsel about the fact -- about whether

10   your filing a lawsuit would spark backlash in the      02:01:56

11   YouTube community?

12       A.   Did I consider that?

13       Q.   Yes.

14       A.   The backlash?  I did consider backlash.

15       Q.   You discounted it?                             02:02:06

16       A.   I didn't discount it.  I was very well

17   aware and I even made preparations for it.

18       Q.   What preparations did you make?

19       A.   I secured all my passwords on the internet.

20       Q.   What did that do?                              02:02:19

21       A.   It protected my accounts, bank accounts,

22   PayPal, social media.  I got notifications, two-step

23   verification notifications that people were trying

24   to break into my accounts.

25       Q.   Did publication of the lawsuit cause you      02:02:33

                                                            198

1    any harm?

2        A.   That's speculating.  Did publication of the

3    lawsuit, like filing it in court?

4        Q.   Right.

5        A.   I can't speculate that the lawsuit itself    02:02:50

6    did it.  But certain people made it public which

7    brought the damage.  I didn't make it public.

8        Q.   That's not speculation?

9        A.   Not when the same day that We're Being Sued

10   video goes public I get 793,000 visits, most of them   02:03:04

11   with dislikes, hate comments, death threats, people

12   hacking into my bank accounts, attacking and taking

13   down my website through denial of service account,

14   receiving mysterious package in the mail the

15   following week addressed to The Bold Guy.  So I'm      02:03:21

16   just using common sense here.

17       Q.   Are you claiming that defendants had no

18   right to report the lawsuit?

19       A.   I'm not claiming that at all.  They have no

20   right to lie about how the lawsuit came to be.         02:03:31

21            (Deposition Exhibit No. 18 was marked for

22   identification and is part of the flash drive.)

23            MR. KRAVITZ:  Let's look at Exhibit 18,

24   Matt Hoss Answers Your Questions.

25            MR. WILTON:  Let me find the clip in here.    02:04:01

                                                       199

Matt Hosseinzadeh                                                January 4, 2017

```
 1        A.   You stopped asking questions once we got

 2   to -- I said I moved to California from Austria.

 3        Q.   Why did you leave Borders Books?

 4        A.   I thought I had a better future at Menlo

 5   College with their schedule and as I said their      02:05:57

 6   benefits.  Their schedule and benefits were better

 7   for my artistic schedule.

 8        Q.   You weren't terminated?

 9        A.   No.

10        Q.   Is there anything in that video clip that   02:06:07

11   is not true?

12        A.   What we just saw?

13        Q.   Yes.

14        A.   I would -- no, it's all true.

15        Q.   And on some -- are all of your videos       02:06:19

16   profitable?

17        A.   None of my videos are profitable.  So when

18   I say I haven't gotten paid, I'm talking about

19   profit.  YouTube pays me, but it doesn't pay me to

20   cover my expenses.  I've had a loss.  I've           02:06:34

21   registered a loss with the I.R.S. for years.  So I

22   have not gotten paid, I have not profited off of my

23   art.

24        Q.   That was true before our clients posted

25   either the first --                                  02:06:49
```

                                                                 201

1       Q.    BY MR. KRAVITZ:  Let's go by the Bates

2   stamp numbers.

3       A.    Okay.  So 19, let's see.  Who is being

4   quoted here?  "The case is not just against Ethan

5   and Hila but a case against many of the most popular  02:34:37

6   creators on YouTube said the Kleins' attorney,

7   Michael Lee."  That's not a true statement.

8       Q.    Okay.

9       A.    Page 22, "The Bold Guy aka MattHossZone,

10  real name Matt Hosseinzadeh," that is a false     02:35:02

11  statement.  The Bold Guy is a fictional character.

12  It is not me.  It is not my alias in real life.

13  Further down --

14      Q.    Let me back up for a moment.  I'm not going

15  to interrupt what you're ultimately going to.        02:35:18

16           The first critique that you had was from --

17      A.    19.

18      Q.    Right.  A New York Daily News article,

19  correct?

20      A.    This is -- yes, New York Daily News.       02:35:33

21      Q.    Did you demand a retraction of that

22  statement?

23      A.    I did not.

24      Q.    Okay.  Do you have any knowledge of -- any

25  public knowledge of your attorney demanding         02:35:47

                                                              212

Matt Hosseinzadeh                                                    January 4, 2017

```
 1   retraction?

 2        A.   I don't have any knowledge.

 3        Q.   And the second one --

 4        A.   22.

 5        Q.   You said The Bold Guy aka MattHossZone,    02:35:55

 6   real name -- okay.  Did you demand a retraction of

 7   that?

 8        A.   I personally did not.

 9        Q.   Did you have a corrective video for the

10   New York Times Daily News article?                 02:36:09

11        A.   I did not.

12        Q.   Did you have a corrective video for the

13   Forbes article?

14        A.   Oh, Forbes, okay.  I did not.

15        Q.   Please continue.                          02:36:22

16        A.   Okay.  "The most hated guy on the

17   internet," that's disputable.  But you're asking for

18   what is fact and what is not fact.

19             "Video content described as misogynistic in

20   nature," that's not a fact.                         02:36:44

21             23 --

22        Q.   If I may, the full quote is "HeatStreet

23   described him yesterday as the Douchebag of YouTube

24   and described his video content as misogynistic in

25   nature."  Did HeatStreet so describe you?           02:37:00
```

                                                                    213

Matt Hosseinzadeh                                          January 4, 2017

```
 1        A.    That's what it says here.

 2        Q.    You don't know one way or another whether

 3   in fact they did?

 4        A.    I haven't verified whether HeatStreet said

 5   that.                                          02:37:10

 6        Q.    You did not demand a retraction of that

 7   statement, did you?

 8        A.    No.

 9        Q.    Nor did you have a corrective video?

10        A.    No.                                 02:37:17

11        Q.    Continue, please.

12        A.    Page 23, "The husband and wife duo maintain

13   their use of MattHossZone's content in their

14   reaction video is fair use and they believe they are

15   being sued because MattHossZone did not like their   02:37:35

16   critique."  That is a false statement.  I have no

17   opinions either way regarding their, quote/unquote,

18   "critique."

19        Q.    Or their opinions as to why they're being

20   sued?                                          02:37:52

21        A.    No.  I didn't say that.  To their opinions

22   regarding -- I do care regarding their opinions,

23   because they -- they've broadcast their opinions as

24   fact and made false statements and spread

25   misinformation.                               02:38:09
```

214

```
 1         Q.    Okay.  Next.

 2         A.    24, the -- Attorney Ryan Morrison, who is

 3   representing the Kleins in this lawsuit, wrote "This

 4   case is not just against Ethan and Hila but a case

 5   against many of the most popular creators on          02:38:29

 6   YouTube."  That is a false statement.

 7         Q.    Did you demand a retraction from the

 8   publication?

 9         A.    No.

10         Q.    Did you publish a corrective video?       02:38:37

11         A.    No.

12               26, they published in the first paragraph,

13   "as seen in the video titled We're Being Sued from

14   the H3H3 YouTube channel, the long saga of why Bold

15   Guy is suing Ethan and Hila is explained."  That is   02:39:05

16   a false statement.  That video does not accurately

17   explain why Ethan and Hila are being sued.

18         Q.    To your mind?

19         A.    There are false statements in that video.

20         Q.    Okay.  Did you demand a retraction of this 02:39:20

21   article?

22         A.    No.

23         Q.    Did you publish a corrective video?

24         A.    No.

25         Q.    In fact, you didn't read this article, did 02:39:28
```

```
 1    you?

 2         A.   I didn't read this particular one.

 3         Q.   Okay.  Keep going.

 4         A.   27, "Ethan and Hila have been making

 5    reaction and roast videos of crazy things they find   02:39:48

 6    on YouTube.  When they came across a channel called

 7    MattHossZone they decided to film another one of

 8    their famous video responses to one of the channel's

 9    disgusting misogynistic uploads."  False statement.

10         Q.   What is the false statement, sir?          02:40:08

11         A.   They're not misogynistic.

12         Q.   That's the opinion of the article writer,

13    isn't it?

14         A.   They're presenting it as facts.

15         Q.   It's a critique of your video, correct?    02:40:17

16         A.   You could interpret it as such.

17         Q.   You didn't sue Paula Mooney about that

18    critique, did you?

19         A.   No.  But they're running with a story that

20    they got with the embedded video.  It says, if we go  02:40:30

21    back to Page 1, it says, the video below titled

22    We're Being Sued from the H3H3 YouTube channel shows

23    the long saga of why Bold Guy, quote/unquote, is

24    suing Ethan and Hila.

25         Q.   The author also refers to the video as     02:40:50
```

216

Matt Hosseinzadeh                                          January 4, 2017

```
 1   being cringe-worthy.  That is her critique of your
 2   video, isn't it?
 3        A.   That could be considered a critique, yeah.
 4        Q.   But you didn't sue Paula Mooney, did you?
 5        A.   I am not interested in suing anyone over    02:41:06
 6   criticism.
 7        Q.   You didn't demand a retraction, did you?
 8        A.   No.
 9        Q.   But you consider that to be a false fact?
10        A.   Well, it's a false fact of how this        02:41:14
11   journalist thinks the lawsuit came to be.  They
12   embedded the video and they ran with a story in this
13   embedded video.
14        Q.   You don't think that the author understood
15   that?                                                02:41:25
16        A.   I'm sorry?
17        Q.   You don't think the author understood that?
18        A.   They understood the propaganda and
19   misinformation and lies that were in that video.
20   They clearly did.                                    02:41:33
21            MR. KRAVITZ:  I've been told there is less
22   than five minutes on this.  Why don't we take a
23   minute break so that they can switch tapes.
24            THE VIDEOGRAPHER:  This is the end of Tape
25   3 with the continuing testimony of Matt             02:41:42
```
                                                              217

```
 1              PENALTY OF PERJURY CERTIFICATE

 2

 3        I hereby declare I am the witness in the within

 4   matter, that I have read the foregoing transcript and

 5   know the contents thereof; that I declare that the same

 6   is true to my knowledge, except as to the matters which

 7   are therein stated upon my information or belief, and as

 8   to those matters, I believe them to be true.

 9        I declare being aware of the penalties of perjury,

10   that the foregoing answers are true and correct.

11

12

13

14

15        Executed on the _____ day of _____, ____,

16   at _____, _____.

17             (CITY)                    (STATE)

18

19

20

21        _____

22                  MATT HOSSEINZADEH

23

24

25
```

242

Matt Hosseinzadeh                                                          January 4, 2017

```
1   STATE OF CALIFORNIA        )
                               ) ss:
2   COUNTY OF LOS ANGELES      )

3

4            I, JUDITH SCHLUSSEL, do hereby certify:

5            That I am a duly qualified Certified Shorthand

6   Reporter, in and for the State of California, holder of

7   certificate number 4307, which is in full force and

8   effect and that I am authorized to administer oaths and

9   affirmations;

10           That the foregoing deposition testimony of the

11  herein named witness was taken before me at the time and

12  place herein set forth;

13           That prior to being examined, the witness named

14  in the foregoing deposition, was duly sworn or affirmed

15  by me, to testify the truth, the whole truth, and

16  nothing but the truth;

17           That the testimony of the witness and all

18  objections made at the time of the examination were

19  recorded stenographically by me, and were thereafter

20  transcribed under my direction and supervision;

21           That the foregoing pages contain a full, true

22  and accurate record of the proceedings and testimony to

23  the best of my skill and ability;

24           That prior to the completion of the foregoing

25  deposition, review of the transcript was requested.
```

243

1        I further certify that I am not a relative or

2   employee or attorney or counsel of any of the parties,

3   nor am I a relative or employee of such attorney or

4   counsel, nor am I financially interested in the outcome

5   of this action.

6

7        IN WITNESS WHEREOF, I have subscribed my name

8   this **10th** day of <u>January</u>, **2017**.

9

10

11   _Judith Schlussel_

12   JUDITH SCHLUSSEL, CSR No. 4307

13

14

15

16

17

18

19

20

21

22

23

24

25

                                                    244