# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PAu 3-770-968**

**Effective Date of Registration:**
June 19, 2015

## Title

**Title of Work:** The Bold Guy & Horny Tony Volume 1

**Content Title:** Bold Guy 1 Flirt 1 Tough Girl

Bold Guy 2 Flirt 2 Beach girl

Bold Guy 3 Epic Arm Wrestler

Bold Guy 4 Flirt 3 Shady Girl

Bold Guy 5 Yoga Girl

Bold Guy 6 Flirt 5 MILF

Bold Guy 7 Flirt 5 Pillow Talk with MILF

Bold Guy 8 Son of a MILF

Bold Guy 9 Pillow Talk with Mystery Girl

Bold Guy 10 Dream Girl

Bold Guy 11 Pillow Talk with Dream Girl

Bold Guy 12 Parkour Girl

Bold Guy 13 Freestyle Dance Girl

Bold Guy 14 Pillow Talk with Freestyle Dance Girl

Bold Guy 15 Vampire Girl 1

Bold Guy 16 Vampire Girl 2

Bold Guy 17 Bisexual Girl

Bold Guy 18 Pillow Talk with Bisexual Girl

Bold Guy 19 Parkour, Philosophy, and the Bus Stop Girl

Bold Guy 20 Death

Bold Guy 21 Psychic Girl 2

Bold Guy 22 Horny Hannah's Vlog Bold Guy

Bold Guy 23 Horny Hannah's Search for the Bold Guy 1

Bold Guy 24 Horny Hannah's Search for the Bold Guy 2

Horny Tony 1 Horny Tony and the Hookers

Horny Tony 2 A Tale of Two Pussies

Horny Tony 3 Hug Rape

Horny Tony 4a Horny Tony and the Call Girl

Horny Tony 5 Horny Tony and a Horny Friend

Horny Tony 6 Horny Hannah's Desire 1

Horny Tony 7 Horny Hannah's Desire 2

Horny Tony 8 Horny Hannah's Got Game 1

Horny Tony 9 Horny Hannah's Got Game 2

Horny Tony 10 Psychic Girl 1

Horny Tony 4b Horny Tony and the Call Girl

## Completion/Publication

Year of Completion: 2015

## Author

- Author: Matt Hosseinzadeh
  Author Created: entire motion picture
  Work made for hire: No
  Citizen of: United States
  Year Born: 1977

## Copyright Claimant

Copyright Claimant: Matt Hosseinzadeh
5344 Circle Dr., Apt. 30, Sherman Oaks, CA, 91401, United States

## Rights and Permissions

Name: Matt Hosseinzadeh
Email: matt@matthoss.com
Telephone: (310)736-0020
Address: 5344 Circle Dr., Apt. 30
Sherman Oaks, CA 91401 United States

## Certification

      **Name:** Matt Hosseinzadeh
      **Date:** June 18, 2015

**Correspondence:** Yes
**Copyright Office notes:** Basis for Registration: unpublished collection.