Caroline A. Morgan
Fox Rothschild LLP
100 Park Avenue, 15th Fl.
New York, NY 10017
Telephone: 212-878-7900

Jeffrey S. Kravitz (admitted *pro hac vice*)
Rom Bar-Nissim (admitted *pro hac vice*)
Fox Rothschild LLP
1800 Century Park East, Suite 300
Los Angeles, California 90067-1506
Telephone:  310-598-4150
Attorneys for Defendants

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MATT HOSSEINZADEH,<br><br>                              *Plaintiff,*<br><br>                    – vs –<br><br>ETHAN KLEIN and HILA KLEIN,<br><br>                              *Defendants.* | **Civ. 16-cv-3081 (KBF)**<br><br>**DECLARATION OF ROM BAR-NISSIM IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT PURSUANT TO FED. R. CIV. P. 56** |

I, Rom Bar-Nissim, do hereby state and declare as follows:

1.       I am an attorney at law duly licensed to practice law in the State of California and admitted *pro hac vice* in the Southern District of New York for this matter. I am an associate at the law firm of Fox Rothschild, LLP and counsel of record for Defendants Ethan and Hila Klein (collectively, "Defendants") in this action. I have personal knowledge of all the matters contained in this declaration and, if called and sworn as a witness, I could and would competently testify to all of the matters contained herein. I make this declaration in support of Defendants' Motion for Summary Judgment Pursuant to Fed. R. Civ. P. 56.

Declaration of Rom Bar-Nissim
Page 2
Civ. 16-cv-3081 (KBF)

2.      A true and correct copy of Plaintiff Matt Hosseinzadeh's ("Plaintiff") Second

Amended Complaint is included in the Compendium of Exhibits as Exhibit 114.

3.      A true and correct copy of excerpts from Plaintiff's Deposition, dated January 4,

2017, is included in the Compendium of Exhibits as Exhibit 115.

4.      A true and correct copy of excerpts of Defendant Ethan Klein's deposition, dated

December 29, 2016, is included in the Compendium of Exhibits as Exhibit 117.

5.      A true and correct copy of Plaintiff Matt Hosseinzadeh's copyright certificate is

included in the Compendium of Exhibits as Exhibit 116. Below are 24 of the videos from the

Bold Guy series ("Series") that are subject to this copyright, including Plaintiff's work *Bold Guy*

*vs. Parkour Girl* ("Work") that were posted on his YouTube channel, MattHossZone.

A.      A true and correct copy of Plaintiff's Work is included in the

Compendium of Exhibits as Exhibit 1.

B.      A true and correct copy of Plaintiff's video *Bold Guy Picks Up Tough Girl*

is included in the Compendium of Exhibits as Exhibit 4.

C.      A true and correct copy of Plaintiff's video *Bold Guy Picks Up Beach Girl*

is included in the Compendium of Exhibits as Exhibit 5.

D.      A true and correct copy of Plaintiff's video *Bold Guy vs. Angry Guy ( +*

*Parkour)* is included in the Compendium of Exhibits as Exhibit 6.

E.      A true and correct copy of Plaintiff's video *Bold Guy vs. Bitchy Girl* is

included in the Compendium of Exhibits as Exhibit 7.

F.      A true and correct copy of Plaintiff's video *Bold Guy Picks Up Yoga Girl*

*(Preview)* is included in the Compendium of Exhibits as Exhibit 8.

ACTIVE\44414228.v1

Declaration of Rom Bar-Nissim
Page 3
Civ. 16-cv-3081 (KBF)

   G. A true and correct copy of Plaintiff's video *Bold Guy Picks Up MILF* is included in the Compendium of Exhibits as Exhibit 9.

   H. A true and correct copy of Plaintiff's video *Pillow Talk with a MILF (Bold Guy)* is included in the Compendium of Exhibits as Exhibit 10.

   I. A true and correct copy of Plaintiff's video *Bold Guy Picks Up Girl During Parkour (Mystery Girl)* is included in the Compendium of Exhibits as Exhibit 11.

   J. A true and correct copy of Plaintiff's video *Pillow Talk with Mystery Girl (Bold Guy)* is included in the Compendium of Exhibits as Exhibit 12.

   K. A true and correct copy of Plaintiff's video *Bold Guy Picks Up Dream Girl* is included in the Compendium of Exhibits as Exhibit 13.

   L. A true and correct copy of Plaintiff's video *Pillow Talk with Dream Girl* is included in the Compendium of Exhibits as Exhibit 14.

   M. A true and correct copy of Plaintiff's video *Bold Guy vs. Dance Girl (Freestyle Techno / House Battle)* is included in the Compendium of Exhibits as Exhibit 15.

   N. A true and correct copy of Plaintiff's video *Pillow Talk with Dance Girl (Bold Guy)* is included in the Compendium of Exhibits as Exhibit 16.

   O. A true and correct copy of Plaintiff's video *Bold Guy vs. Vampire Girl (part 1)* is included in the Compendium of Exhibits as Exhibit 17.

   P. A true and correct copy of Plaintiff's video *Bold Guy vs. Vampire Girl (part 2)* is included in the Compendium of Exhibits as Exhibit 18.

   Q. A true and correct copy of Plaintiff's video *Bold Guy Picks Up Bisexual Girl* is included in the Compendium of Exhibits as Exhibit 19.

ACTIVE\44414228.v1

Declaration of Rom Bar-Nissim
Page 4
Civ. 16-cv-3081 (KBF)

R.      A true and correct copy of Plaintiff's video *Pillow Talk with Bisexual Girl (Bold Guy)* is included in the Compendium of Exhibits as Exhibit 20.

S.      A true and correct copy of Plaintiff's video *Bold Guy Picks Up Girl During Parkour (Bus Stop Girl)* is included in the Compendium of Exhibits as Exhibit 21.

6.      Below are other videos Plaintiff uploaded on his YouTube channel, MattHossZone.

A.      A true and correct copy of Plaintiff's video *Matt Hoss Answers Your Questions 2 (Bold Guy, Horny Tony)* was posted on Plaintiff's channel on 6/13/14 and is included in the Compendium of Exhibits as Exhibit 27.

B.      A true and correct copy of Plaintiff's video *Ask the Bold Guy Anything!* was posted on Plaintiff's channel on 5/20/14 and is included in the Compendium of Exhibits as Exhibit 28.

C.      A true and correct copy of Plaintiff's video *The Future of the Bold Guy & Horny Tony Web Series* posted on Plaintiff's channel on 12/31/16 is included in the Compendium of Exhibits as Exhibit 29.

D.      A true and correct copy of Plaintiff's video *About the H3H3 Lawsuit & Special Announcement* posted on Plaintiff's channel on 10/28/16 is included in the Compendium of Exhibits as Exhibit 30.

E.      A true and correct copy of Plaintiff's video *Fun with Extreme Hate Comments* posted on Plaintiff's channel on July 15, 2016 is included in the Compendium of Exhibits as Exhibit 97.

4

Declaration of Rom Bar-Nissim
Page 5
Civ. 16-cv-3081 (KBF)

  7.  The following exhibits are video clips of Defendants video *The Big, The BOLD,*

*The Beautiful* ("Critique Video") shown at Defendant Ethan Klein's deposition, dated December

29, 2016 ("Depo.").

    A.  A true and correct copy of Critique Video 0:00-1:43, designated as Exhibit

#15 at the Depo, is included in the Compendium of Exhibits as Exhibit 99.

    B.  A true and correct copy of Critique Video 1:43-2:07, designated as Exhibit

#16 at the Depo, is included in the Compendium of Exhibits as Exhibit 100.

    C.  A true and correct copy of Critique Video 2:07-3:31, designated as Exhibit

#23 at the Depo, is included in the Compendium of Exhibits as Exhibit 101.

    D.  A true and correct copy of Critique Video 3:31-5:02, designated as Exhibit

#24 at the Depo, is included in the Compendium of Exhibits as Exhibit 102.

    E.  A true and correct copy of Critique Video 5:02-6:48, designated as Exhibit

#25 at the Depo, is included in the Compendium of Exhibits as Exhibit 103.

    F.  A true and correct copy of the Critique Video at 6:48-7:27, designated as

Exhibit #26 at the Depo, is included in the Compendium of Exhibits as Exhibit 104.

    G.   A true and correct copy of the Critique Video at 7:27-8:12, designated as

Exhibit #27 at the Depo, is included in the Compendium of Exhibits as Exhibit 105.

    H.  A true and correct copy of the Critique Video at 8:12-9:12, designated as

Exhibit #28 at the Depo, is included in the Compendium of Exhibits as Exhibit 106.

    I.  A true and correct copy of the Critique Video at 9:12-10:00, designated as

Exhibit #29 at the Depo, is included in the Compendium of Exhibits as Exhibit 107.

    J.  A true and correct copy of the Critique Video at 10:00-10:17, designated

as Exhibit #17 at the Depo, is included in the Compendium of Exhibits as Exhibit 108.

ACTIVE\44414228.v1

Declaration of Rom Bar-Nissim
Page 6
Civ. 16-cv-3081 (KBF)

       K.      A true and correct copy of the Critique Video at 10:17-10:39, designated as Exhibit #18 at the Depo, is included in the Compendium of Exhibits as Exhibit 109.

       L.      A true and correct copy of the Critique Video at 10:39-11:02, designated as Exhibit #19 at the Depo, is included in the Compendium of Exhibits as Exhibit 110.

       M.      A true and correct copy of the Critique Video at 11:02-11:19, designated as Exhibit #20 at the Depo, is included in the Compendium of Exhibits as Exhibit 111.

       N.      A true and correct copy of the Critique Video at 11:19-12:07, designated as Exhibit #21 at the Depo, is included in the Compendium of Exhibits as Exhibit 112.

       O.      A true and correct copy of the Critique Video at 12:07-13:47, designated as Exhibit #22 at the Depo, is included in the Compendium of Exhibits as Exhibit 113.

       8.      Below is a list of additional video exhibits to the Compendium of Exhibits.

       A.      A true and correct copy of Defendants' video *The Last Episode of Ethan and Hila???* posted on Defendants' Ethan and Hila channel is included in the Compendium of Exhibits as Exhibit 96.

       B.      A true and correct copy of a video by Joey Salads called *BOLD GUY (DISS TRACK!) – H3H3 Getting Sued Reaction! (Joey Salads)* uploaded on 5/26/16, designated as Exhibit #17 at Plaintiff's deposition, is included in the Compendium of Exhibits as Exhibit 97.

       9.      A true and correct copy of the American University's Code of Best Practices in Fair Use for Online Videos, publicly available at

https://www.wcl.american.edu/pijip/download.cfm?downloadfile=FDCD7029-F26B-FBB2-7C3C8D42F60DF20B&typename=dmFile&fieldname=filename, is included in the Compendium of Exhibits as Exhibit 118.

ACTIVE\44414228.v1

Declaration of Rom Bar-Nissim
Page 7
Civ. 16-cv-3081 (KBF)

10.    A true and correct copy of Plaintiff's YouTube Analytics for Views of the Work, which Plaintiff produced in discovery and was designated as part of Exhibit #6 at Plaintiff's deposition, is included in the Compendium of Exhibits as Exhibit 119.

11.    A true and correct copy of Plaintiff's YouTube Analytics for Revenue of the Work, which Plaintiff produced in discovery and was designated as part of Exhibit #6 at Plaintiff's deposition, is included in the Compendium of Exhibits as Exhibit 120.

12.    A true and correct copy of Plaintiff's First Amended Complaint is included in the Compendium of Exhibits as Exhibit 125.

13.    A true and correct copy of Plaintiff's Hate Mail, which was produced by Plaintiff and designated as Exhibit 10 at Plaintiff's deposition, is included in the Compendium of Exhibits as Exhibit 126.

14.    A true and correct copy of Plaintiff's Production of News Articles, which Plaintiff produced in discovery and were designated as Exhibit 13 at Plaintiff's deposition, is included in the Compendium of Exhibits as Exhibit 127. Some of the original production had omitted portions of certain articles. Below are complete versions of the articles that were incomplete.

A.    A true and correct copy of a Forbes Article, which correlates to Plaintiff's Production of News Articles (bates number P0020-25), is included in the Compendium of Exhibits as Exhibit 128.

B.    A true and correct copy of a Variety Article, which correlates to Plaintiff's Production of News Articles (bates number P0042-45), is included in the Compendium of Exhibits as Exhibit 129.

7

Declaration of Rom Bar-Nissim
Page 8
Civ. 16-cv-3081 (KBF)

      C.     A true and correct copy of a Techdirt Article, which correlates to Plaintiff's Production of News Articles (bates number P0032-38), is included in the Compendium of Exhibits as Exhibit 130.

      D.     A true and correct copy of an Inquistr Article, which correlates to Plaintiff's Production of News Articles (bates number P0026), is included in the Compendium of Exhibits as Exhibit 131.

      E.     A true and correct copy of a Perezhilton.com article, which correlates to Plaintiff's Production of News Articles (bates number P0027-31), is included in the Compendium of Exhibits as Exhibit 132.

      Executed this 12th day of February, 2016 in Los Angeles, California.


_____
Rom Bar-Nissim

8