THOMPSON BUKHER LLP
Tim Bukher (TB1984, tbukher@thomplegal.com)
75 Broad Street, Suite 2120
New York, NY 10004
Tel: (212) 920-6050
Fax: (646) 349-2366
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MATT HOSSEINZADEH,<br><br>          *Plaintiffs*,<br><br>– against –<br><br>ETHAN KLEIN and HILA KLEIN,<br><br>          *Defendant*s. | **NOTICE OF MOTION FOR PARTIAL SUMMARY JUDGEMENT**<br><br>**Civ. Action No**.: 16-cv-3081 (KBF)<br>**ECF Case** |

   PLEASE TAKE NOTICE that Plaintiff Matt Hosseinzadeh, upon the accompanying Plaintiff's Memorandum of Law in Support of its Motion for Partial Summary Judgement, the Declaration of Matt Hosseinzadeh, the Declaration of Tim Bukher, Esq., the accompanying Exhibits, and all of the prior pleadings and proceedings in this action, will move this Court before the Honorable Katherine Forrest, United States District Judge, at the United States Courthouse, 500 Pearl Street, New York, New York, at a date and time to be determined by the Court, for an order granting Plaintiff's motion (i) dismissing the Defendants' affirmative defense of fair use; (ii) finding that the Defendants infringed upon Plaintiff's copyright; (iii) finding that the Defendants' infringement of Plaintiff's copyright was willful.

2

Dated: New York, New York
       February 13, 2017

                                                                       /s/ Tim Bukher

Tim Bukher (TB1984)
THOMPSON BUKHER LLP
75 Broad Street, Suite 2120
New York, NY 10004
P: (212) 920-6050
F: (646) 349-2366
tbukher@thomplegal.com

*Attorneys for Plaintiff*