UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATT HOSSEINZADEH,<br><br>*Plaintiffs*,<br><br>– against –<br><br>ETHAN KLEIN and HILA KLEIN,<br><br>*Defendant*s. | Civ. Action No.: 16-cv-3081 (KBF)<br>ECF Case<br><br>**DECLARATION OF TIM BUKHER IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |

TIM BUKHER, hereby declares under penalty of perjury as prescribed by 28 U.S.C. § 1746:

1. I am a partner of Thompson Bukher LLP, attorneys for the plaintiff in this matter.

2. This declaration is submitted on my own personal knowledge and after a review of any relevant documents.

3. <u>Exhibit 6</u> is a true and accurate collection of the relevant excerpts of the deposition of defendant Ethan Klein, taken on December 29, 2016.

4. <u>Exhibit 27</u> is a true and accurate copy of the record of defendant Ethan Klein's communications with OmniaMediaCo, as produced by Defendants.

5. <u>Exhibit 30</u> is a true and accurate copy of news articles referencing the instant lawsuit, obtained by plaintiff.

Dated: February 13, 2017

/s/Tim Bukher
Tim Bukher