Hosseinzadeh v. Klein, et al - 16-cv-3081 (KBF)
Plaintiff's Motion for Partial Summary Judgment

# Exhibit 6

Ethan Klein                                    December 29, 2016

1       A     I can't speculate.

2       Q     Did you, at any time during your studies,

3   critique literature?  Apart from poetry, I mean.

4       A     Yes.

5       Q     Can you give me any examples, if you

6   recall?

7       A     You know, just writing an essay about a

8   book, kind of standard stuff.

9       Q     I'm assuming, over four years, there were

10  numerous books that you critiqued.  Or can you just

11  think of one?

12      A     I can't recall a specific title.

13      Q     What -- was there more than one that you've

14  critiqued?

15      A     Yes.

16      Q     All right.  But -- but definitely no film;

17  right?

18      A     No film.

19      Q     Okay.  So in your four years of study,

20  you've never critiqued any audio-visual work?

21      A     I can't recall.

22      Q     Did you go into any study after your

23  bachelor's degree?  Or was that where it ended?

24      A     It ended there.

25      Q     And what did you do after you graduated

1          And are you -- are you literate in Hebrew?

2    I'm assuming not, if you said you didn't speak

3    Hebrew.

4          A    No.

5          Q    So your role was to edit English language

6    marketing articles?

7          A    Correct.

8          Q    And how long did you do that for?

9          A    Five years.

10          Q    And just so I have the dates, you said you

11    graduated from Santa Cruz in 2009; is that correct?

12          A    I can't recall the specific year, but to

13    the best of my knowledge, that is correct.

14          Q    Okay.  So to the best of your knowledge,

15    2009 through, would you say, 2014, you worked for

16    this marketing company in Israel?

17          A    Yes.

18          Q    All right.  And what did you do after that

19    for employment?

20          A    I started doing YouTube at that -- after

21    that.  I quit working there because my YouTube

22    channel had started picking up.

23          Q    And when you say your "YouTube channel,"

24    what are you referring to?

25          A    h3h3 Productions.

1       Q    Was that your first YouTube channel?

2       A    Yes.

3       Q    And when did you start that?

4       A    I would say -- I can't recall the specific

5   date; but if I had to estimate, I would say 2010.

6       Q    So you were still at the Israeli marketing

7   company when you started your YouTube channel?

8       A    Correct.

9       Q    Okay.  And what kind of content did you

10  post to that channel?

11      A    Comedy.

12      Q    When you say "comedy," was it comedy of

13  films of yourself?  Or some other films?  Can -- can

14  you just elaborate on that?

15           MR. BAR-NISSIM:  Objection.  Vague and

16  ambiguous.

17  BY MR. BUKHER:

18      Q    Well, when you say "comedy," what do you

19  mean by that?

20      A    Videos intended to make my audience laugh.

21      Q    Okay.  Were these videos of yourself?

22      A    Yes.

23      Q    Did you ever feature other people in those

24  videos?

25      A    Yes.

 1    I didn't --

 2              THE WITNESS:  Can you clarify your

 3    question?

 4    BY MR. BUKHER:

 5        Q    Sure.

 6              You said that your initial videos, for h3h3

 7    Productions, were comedy.

 8        A    Yes.

 9        Q    Is that correct?

10        A    Yes.

11        Q    And you said you sometimes used other

12    people's videos --

13        A    Correct.

14        Q    -- for --

15              Okay.  And did you use them for the comedic

16    value?

17        A    No.

18        Q    Okay.  What did you use them for?

19        A    Because I had something critical to say

20    about them.

21        Q    And in saying something critical about

22    them, did that serve the purpose of comedy for your

23    initial videos?

24        A    Yes.

25        Q    Okay.  So saying something critical about

1    channel?  Or -- or am I confusing that with

2    something?

3        A    You seem to be confused.

4        Q    Okay.  Can -- can you clarify for me then?

5        A    Well, there's -- there's a name of a

6    channel, and the -- the URL of a channel are

7    different.

8        Q    Okay.  When I say "h2h2," what am I talking

9    about?

10       A    You're -- you're referring to the URL.

11       Q    Okay.  And what is that the URL of?

12       A    Ethan and Hila.

13       Q    Okay.  So when I say "h2h2 channel,"

14   really, I'm just referring to the URL of the Ethan

15   and Hila channel; is that correct?

16       A    That's fair.

17       Q    Okay.  And what's the URL of the h3h3

18   channel?

19       A    h3h3 Productions.

20       Q    Okay.  And, again, just to be clear for the

21   record:  What's the proper URL of the Ethan and Hila

22   channel?

23       A    h2h2 Productions.

24       Q    All right.  Were there any other channels

25   that you ever ran for comedic purposes?  Or were

Ethan Klein                                        December 29, 2016

Page 49

1       Q    Is there any way for you to log into the

2    Ethan and Hila channel other than via the

3    HilaLilushKlein@gmail.com account?

4       A    No.

5       Q    Now, going back a bit to the content that's

6    on the h3h3 channel.

7            Is that similar to the content that's on

8    the H- -- on the Hila and Ethan channel?

9       A    Yes.

10      Q    Do the two channels have identical purpose?

11           MR. BAR-NISSIM:  Objection.  Vague and

12    ambiguous.

13           THE WITNESS:  Can you -- can you clarify --

14    clarify your question?

15    BY MR. BUKHER:

16      Q    Yeah, that's fair enough; I wasn't being

17    clear.  I'm sorry.

18           You said earlier, that the H2- -- h3h3

19    channel, its purpose was to showcase comedy videos;

20    is that correct?

21      A    Correct.

22      Q    Is that still its purpose today?

23      A    Yes.

24      Q    Has that always been its purpose?

25      A    Yes.

1        Q    Okay.  Now, switching over to Ethan and

2    Hila channel, is -- has -- is the purpose of that

3    channel to showcase comedy videos?

4        A    Yes.

5        Q    Has --

6        A    No.  Not entirely, no.

7        Q    -- it always been --

8        A    Well, yeah.  Yeah.  No.  Comedy, yeah,

9    sorry, it is comedy videos, yes.

10       Q    Okay.  And has it always been its purpose,

11   to showcase comedy videos?

12       A    Yes.

13       Q    Do other -- do either of the channels

14   showcase any other types of videos other than

15   comedy?

16       A    I -- I can't recall.  But -- no, I can't --

17   I can't recall any specific example.

18       Q    And do you consider yourself a comedian?

19       A    Yes.

20       Q    Or -- or a comic personality, would that be

21   accurate?

22       A    Yes.

23       Q    Do you consider yourself a literary critic?

24       A    No.

25       Q    Do you consider yourself a film critic?

1          A     No.

2          Q     Does the term, "reaction video," mean

3     anything to you?

4          A     Yes.

5          Q     What is your understanding of the term,

6     "reaction video"?

7          A     In the way that -- that we use it, it

8     refers to us giving a critical analysis, parodying,

9     commentarying on a specific video or -- and in most

10    cases, a specific video.

11         Q     When you say "specific video," do you mean

12    your own video?

13         A     No.

14         Q     You mean some other person's video?

15         A     Yes.

16         Q     Okay.

17               MR. BAR-NISSIM:   Tim, are we approaching a

18    point where we could have a quick bathroom break

19    sometime soon?

20               MR. BUKHER:   Yeah.   Mr. Klein -- and if you

21    don't mind, I'll -- sometimes I might refer to you

22    as Ethan, but if you mind, let me know.

23               THE WITNESS:   I don't mind.

24               MR. BUKHER:   If, at any point, you want

25    to -- thank you.

Page 94

```
 1       A    In what kind of way?  I'm not sure I know
 2   what you're referring to.
 3       Q    Well, I'm not sure either, I'm not as
 4   sophisticated about this, I'm hoping that you can
 5   walk me through an understanding of, you know, how
 6   one gets to become as popular of a channel as h3h3.
 7   But let me back up, I'll form a foundation on that.
 8            Does h3h3 Production have subscribers?
 9       A    Yes.
10       Q    What is a subscriber on YouTube?
11       A    It's someone who has clicked a subscribe
12   button.
13       Q    When you say "someone," it's a, what, a
14   channel viewer?
15       A    A person with a YouTube account or a
16   YouTube channel, a Gmail account, has clicked
17   subscribe on your channel.
18       Q    And how many subscribers or about how many
19   subscribers does h3h3 have?
20       A    About 3 million.
21       Q    Do you know, roughly, how many subscribers
22   Ethan and Hila have?  The channel?
23       A    About one million.
24       Q    Do you have any theories as to the
25   difference?
```

Page 95

1          MR. BAR-NISSIM:  Objection.  Speculation.
2          THE WITNESS:  No.  I have no theories.
3     BY MR. BUKHER:
4     Q     Do you actively monitor the amount of
5     subscribers of each channel?
6     A     I check from time to time.
7     Q     Why?
8     A     It's my -- it's my job, so I have some
9     interest in it.
10    Q     What do you mean, it's your job?
11    A     It's my -- I mean, you know, it's my --
12    it's my -- it's my work.
13    Q     Running the channels is your only source of
14    living right now; is that fair?
15    A     Yes.
16    Q     So is it accurate to say that you're fairly
17    active in checking the subscriber numbers of the
18    channels?
19    A     How would you define "fairly active"?
20    Q     Do you check them once a day?
21    A     No.
22    Q     Do you check them once a week?
23    A     That's accurate.
24    Q     When you say a channel is active, that
25    means it has a lot of views; is that what you meant

```
 1    foundation.
 2              THE WITNESS:  I did not seek --
 3    BY MR. BUKHER:
 4         Q    When you --
 5         A    Go ahead.
 6         Q    You said you weren't seeking to garner
 7    exposure for your channels?
 8         A    The collaborations were more about making
 9    videos with my friends.  Exposure happened as a
10    result.
11         Q    Are you a member of any advertising
12    networks?
13         A    Can -- no.
14         Q    Okay.  Do you know the -- what I'm
15    referring to, when I say the Omnia networks?
16         A    Yes.
17         Q    What is that?
18         A    That is a YouTube network.
19         Q    And what's the purpose of that network?
20         A    It's a bit of, like, an agency for YouTube.
21         Q    What do they do?
22         A    Well, that is to -- they've -- they've
23    brought up brand deals, I suppose, is -- is what
24    they've done for us thus far.
25         Q    Can you elaborate on that?  I don't know
```

1   your industry at all.

2        A    Yeah.  Sure.  They brought us, for example,

3   like we did an advertisement.  Like we posted

4   something on Instagram, and they -- and they paid us

5   for it.  Or they, you know, someone went through

6   them to get to us to pay them -- to have someone pay

7   us to put something on Instagram, for example.

8             Does that clarify for you?

9        Q    Yeah.  It does.

10            And -- and you're -- so you're a member of

11   the Omnia network; is that correct?

12       A    Yes.

13       Q    Now, your YouTube revenues for the

14   channels, do they come to you through the Omnia

15   network?

16       A    Yes.

17       Q    They don't come through YouTube; is that

18   correct?

19       A    They go through YouTube to Omnia.

20       Q    When you want to look at how much you've

21   earned in any given month, do you look that up on

22   YouTube?  Or does Omnia give you a way to look at

23   those analytics?

24       A    I would look those up on YouTube.

25       Q    So YouTube does have -- even though you're

Ethan Klein                                December 29, 2016

Page 139

1    other people's videos, other than with respect to

2    this lawsuit?

3        A    Can you define what getting in trouble

4    means?

5        Q    Have you ever been threatened with a

6    lawsuit before?

7        A    Yes.  Once before.

8        Q    When was that?

9        A    That was during -- we made a video about

10   SoFloAntonio.

11       Q    And what was that video about?

12       A    I don't recall the specific -- oh, yeah,

13   right.  It was in re- -- we were make -- if I

14   recall, I -- I can't really speculate to -- to --

15   I'll -- I'll make my best guess, as I -- as I

16   remember it.

17            We made a video about SoFloAntonio, who is

18   a prolific Facebook freebooter, and they accused us

19   of defamation.  Not copyright infringement.

20       Q    Okay.  And then just going back to our

21   discussion about fair use, have you ever heard of

22   the term, "transformative use"?

23       A    Yes.

24       Q    Aside from anything your attorneys may have

25   told you, what is your understanding of that term?

Page 140

1          MR. BAR-NISSIM:  Objection.  Asks for a

2     legal conclusion.

3          THE WITNESS:  As a lawyer, I can't really

4     speculate as to what that means, but to my personal

5     understanding, transformation means, in its essence,

6     to change the meaning, the expression of the video

7     that's being criticized.

8     BY MR. BUKHER:

9          Q     Have you ever heard of that term,

10    transformative, used before this lawsuit?

11         A     Yes.

12         Q     Was that based on your own research of fair

13    use?

14         A     Yes.

15         Q     It wasn't from an attorney; is that

16    correct?

17         A     Correct.

18         Q     Before this lawsuit, had you ever consulted

19    an attorney on the question of fair use?

20         MR. BAR-NISSIM:  Objection.  Asked and

21    answered.

22         THE WITNESS:  I -- I -- I can't recall.

23    BY MR. BUKHER:

24         Q     With respect to uploading your videos, over

25    the last couple of years, it was never your policy

1   to consult an attorney to decide whether or not

2   those videos were fair use; is that correct?

3         A     On a case-by-case basis.  That is, we did

4   not consult an attorney every time we uploaded a

5   video.

6         Q     Was there a not case-by-case basis in which

7   you consulted attorneys?

8         A     I can't recall every -- every time we've

9   consulted an attorney over the -- over the career.

10        Q     All right.  Whenever you uploaded a video,

11  did you have a policy of analyzing its content

12  yourself and deciding, based on your own research,

13  that it was a fair use?

14        A     Yes.  In -- in editing, there was

15  consideration.

16        Q     Can you talk to me about that consideration

17  of it?  What was that process?

18        A     So while editing, I was mindful to

19  basically cut out as much of the original video as

20  possible, and to make sure that we were commenting

21  or critiquing every -- every segment that came

22  before.  So it was part one, reducing the amount of

23  the original video.  And part two, making sure that

24  there was transformative use of it.

25        Q     So would -- would your previous videos,

1    you're saying you were careful to only use so much

2    of the original videos as was necessary for your

3    commentary?

4         A    That's correct.

5         Q    Going to switch topics for a second, and

6    ask you, if you know, who are the Fine Bros?

7         A    The Fine Bros are a -- it's a YouTube

8    channel.

9         Q    What does that channel focus on?

10        A    They make re- -- re- -- well, they make

11   their own brand of reaction videos.

12        Q    Okay.  Well, I'm going to ask you to watch

13   a six-minute video, which will give us just enough

14   time to ask you a couple of questions about that

15   video before we take lunch, so if you don't mind,

16   we'll put on Exhibit No. 38 for you, please?

17        A    Okay.

18                      (Whereupon Exhibit 38

19                      was marked for identification

20                      by the court reporter and

21                      was retained.)

22                      (Video played.)

23             THE WITNESS:  It's -- it's finished, Tim.

24   Are you there?

25   //

1          (At 1:44 p.m., the deposition of.

2             Ethan Klein was reconvened.)

3    BY MR. BUKHER:

4        Q    Okay.  So let's -- thanks for joining us

5    again.

6        A    Yes.

7        Q    Let's start with a review of Exhibit

8    No. 39, that's for the technician, it is a short

9    video.

10                        (Whereupon Exhibit 39

11                        was marked for identification

12                        by the court reporter and

13                        was retained.)

14             THE WITNESS:  All right.

15                        (Video played.)

16    BY MR. BUKHER:

17        Q    So, you seem pretty upset in this video.

18        A    Yes.

19        Q    What were you upset about?

20        A    Well, it was -- it was in my opinion that

21    Fullscreen was misusing the -- the system in place

22    to sensor me from criticizing one of their partners.

23        Q    Which one of their partners were you

24    criticizing?

25        A    PrankInvasion.

1    industry practice to be.  Not just in an overall

2    definitive sense.

3    BY MR. BUKHER:

4        Q    Well, let's assume that to the extent that

5    I asked you about industry standard, I'm asking you

6    to tell me what you meant when you said that there

7    is a YouTube industry standard.

8        A    What I meant is that there is a large

9    community on YouTube, a standard practice of

10   making -- making comments on other people's videos.

11       Q    And -- and are you saying according to that

12   industry standard, those types of comments are fair

13   use?

14       A    As I said previously, fair use, you know,

15   is -- is judged on a case-by-case basis.  Our

16   certain category of reaction videos, I would say, in

17   that specific case, in this specific video we're

18   talking about, it was my opinion that it was

19   objectively fair use.

20       Q    So it was your opinion that the reaction

21   video to PrankInvasion, that was taken down by

22   Fullscreen, was a fair use?

23       A    Yes.

24            THE REPORTER:  I'm sorry.  Was not?

25            MR. BUKHER:  Was a fair use.

Ethan Klein                                          December 29, 2016

                                                    Page 161

1    removed, and therefore no longer available to be

2    viewed.

3         Q    Okay.  But -- but otherwise, as far as you

4    know, there are no ramifications to your revenue

5    when you receive a copyright strike?

6         A    That is correct.

7         Q    You seem very confident in this video that

8    your reaction was a fair use.  You said clearly that

9    it was a fair use.  Are you still confident that it

10   was a fair use?

11        A    It's been a long time since I've reviewed

12   that video, so I don't want to make any statement to

13   that now.

14        Q    Was there a YouTube community controversy

15   around this event, after you posted your video

16   censorship on YouTube?

17        A    Yes.  You could say that.

18        Q    And what was this controversy about?

19        A    Well, I think the controversy was more

20   about a large network of whom there were creators in

21   that network, who did work similar to me, using its

22   leverage to sensor another channel.

23        Q    I'm not sure I follow.  Can you clarify

24   what you meant by network and members in the

25   network?

Ethan Klein                                          December 29, 2016

Page 162

1      A     Sure.  So Fullscreen is a YouTube network.

2    In their network, there are channels doing similar

3    content to me.  So it was -- without even

4    considering fair use, it was very hypocritical of

5    them to remove our video on the grounds of

6    copyright, and it seemed like a transparent attempt

7    to sensor us rather than judging it on its merit of

8    fair use.

9      Q     And does this controversy arise as a result

10   of your video, "Censorship on YouTube"?

11     A     I think that's accurate to say, yes.

12     Q     Was it a very popular video, "Censorship on

13   YouTube"?

14     A     I don't recall the exact numbers.  I don't

15   know how to gauge popularity.  Compared to what?

16     Q     Did it have more than a million views?

17     A     I don't actually recall.

18     Q     If it had more than a million views, would

19   you say that it was pretty popular?

20     A     It's -- it's very relative.  I mean, not

21   necessarily.

22     Q     But it was popular enough that it caused a

23   controversy in the YouTube community?

24     A     Yes.

25     Q     And then, as a result of that controversy,

Page 163

1    did Fullscreen remove their strike against your

2    account?

3        A    I don't know if it was as a result of the

4    controversy.  I do know that they had issued a

5    statement saying they had it wrong.  And I do know

6    that the creator of the video, Chris, from

7    PrankInvasion, had told me that he had no intention

8    to remove it, and it was a general consensus on

9    their part that it was due to an error and not

10   because it was copyright infringement.

11       Q    Sorry, I'm not following.  You said Chris

12   had no intention of removing the copyright strike?

13       A    They -- on -- what Fullscreen had said is

14   that it was an automated error, and they had no

15   intention of removing it because -- on the basis of

16   copyright infringement.

17       Q    Oh, they had no -- sorry, I just want to

18   clarify, they had no intention of removing the video

19   you sent?

20       A    It was a -- it was an automated error.  And

21   the CEO personally made a statement, I believe, if I

22   recall correctly, saying they had got it wrong in

23   that case.

24       Q    So after you brought it to their attention

25   with this "Censorship on YouTube" video, they

Page 164

1    realized their error and reinstated your video?

2        A    I believe that's a correct assessment.

3        Q    Have you had many instances, where you've

4    had takedowns of your video that proved to be

5    unwarranted?

6        A    Can you define many?

7        Q    More than three.

8        A    Can you can you re- -- restate the

9    question?  What was it?

10       Q    Were there more than three instances, when

11   you've had your YouTube videos taken down,

12   and -- and -- and it was -- ended up being

13   unwarranted?

14       A    I don't recall the exact number, but it --

15   I believe it may be around three.

16       Q    Well, is it enough times for you to vent

17   your frustration, with the process on YouTube, at

18   least once?

19       A    Can you -- are -- are -- I'm confused as to

20   what you may be referring to.

21       Q    Well, did you ever publish any YouTube

22   videos venting your frustration about false

23   copyright takedowns of videos?

24       A    I believe we just watched one of them.  To

25   any other ones, I can't recall.

Ethan Klein                                    December 29, 2016

                                                    Page 172

1        A    -- was -- originated from Facebook.

2        Q    Okay.  So you're saying that there was a --

3    YouTube had its own initiative to fight false

4    copyright claims?

5        A    That is correct.

6        Q    And you -- do you know when that started?

7        A    I don't recall the exact date, but it had

8    happened, as I recall it, after our -- sometime

9    around, after the initial video outlying, the we're

10   being sued.

11       Q    After we're being sued?

12       A    Yes.  To the best of my recollections.

13       Q    Then let's do Exhibit 13.

14                       (Whereupon Exhibit 13

15                        was marked for identification

16                        by the court reporter and

17                        is attached hereto.)

18            MR. BUKHER:  And this one's a back and

19   forth e-mail, so please just take your time reading

20   through it to refresh your recollection.

21            THE WITNESS:  Okay.  Will do.

22            I -- I recall this e-mail.

23   BY MR. BUKHER:

24       Q    Can you tell us what this is, Exhibit 13?

25       A    Yes.  This is an e-mail we received from

1    Matt Hoss demanding we remove his video, because it

2    is digital piracy and copyright infringement.

3         Q    And how did you respond to this?

4         A    I believe I politely declined his

5    invitation.

6         Q    You said that this falls within the realm

7    of fair use, did you not?

8         A    Yes.  I did say that.

9         Q    What did you mean by that?

10        A    As I -- as I've defined my understanding of

11   fair use in previous conversations with you, fair

12   use means that I've transformed his video, added new

13   substance and commentary that has offered a new

14   viewing experience to the audience.

15        Q    That's what you meant by fair use when you

16   wrote back?  And again, I don't mean to be

17   facetious, I'm just --

18        A    I --

19        Q    You know, we're talking about that

20   particular e-mail, I want to --

21        A    Yeah.  No.

22        Q    -- make sure that this is what you meant

23   when you wrote this e-mail.

24        A    Completely understood.  As I said several

25   times, previous to this e-mail, that is what I meant

Ethan Klein                                    December 29, 2016

                                                    Page 178

1    to someone's attention, and then your video would

2    get reinstated; is that correct?

3       A    I hadn't drawn that causal conclusion

4    myself.  I don't think that it's something I have

5    considered.  I believe you're asking me to speculate

6    a causal link, and I can't do that.

7       Q    All right.

8            MR. BUKHER:  Let's move on to Exhibit 41,

9    which -- which we'll watch very quickly, and then

10   we'll move forward.

11           I apologize.  Can we please make that

12   Exhibit 42?  Sorry about that.

13           MR. BAR-NISSIM:  Okay.

14                    (Whereupon Exhibit 42

15                    was marked for identification

16                    by the court reporter and

17                    was retained.)

18                    (Video played.)

19           THE WITNESS:  We're finished watching it.

20   BY MR. BUKHER:

21      Q    So what is that, that we just watched?

22      A    That was the video entitled "Years Ago

23   EXE."

24      Q    Was that subject to that Marshal Pope

25   takedown request?

Ethan Klein                                        December 29, 2016

                                                        Page 179

1        A     Yes.

2        Q     Okay.  And you said a minute ago that was

3    when you used to do videos that were transformative,

4    not due to your commentary, but to the way you

5    edited them; is that correct?

6        A     I don't recall what I said exactly, but

7    essentially, we were, you know, transforming the

8    visual aspect of it, and kind of using our edits to

9    comment, instead of our words.

10       Q     Okay.  But you didn't verbally comment on

11   the video, that's fair to say; right?

12       A     I mean, clearly no.  Yeah.

13       Q     Yeah.  So you -- you're saying you

14   transformed it in the way that you edited it?

15       A     That's correct.

16       Q     Having seen it just now, what, in the way

17   that you edited it, is transformative?

18       A     Well, visually -- visually, it's a

19   completely different experience than the original.

20   The awkwardness is drawn out and highlighted, and I

21   believe just if you -- if you take it on the art

22   value, I believe those -- those older videos are

23   more along the lines of art, I would say, and

24   commentary, than more than commentary.  So from an

25   artistic view, it's visually completely transformed,

1   and the experience is completely different.

2        Q    Can you tell me a little bit about the

3   original, so that I understand the contrast?

4        A    I don't recall the original video.

5        Q    Is the original video longer than this?

6        A    I believe so, yes.

7        Q    Much longer?  Again, I'm just trying to get

8   an idea.

9        A    I can't recall.

10       Q    Okay.  And what did you do to the original

11  video, in this video?  I'm happy to watch it again.

12  It's very short, if you need -- need to review it

13  again.

14       A    Well, as I stated previously, we made it a

15  new visual experience.

16       Q    Well, can you give me examples of what you

17  did?

18       A    Sure.  We cut out his mouth and put it on

19  the back TV, we repeated certain clips, we zoomed in

20  on his mouth, his lips kind of puttering, different

21  kind of close-ups to draw out the attention and

22  awkwardness to kind of amplify it.  And as I said,

23  mostly an aesthetic difference.  From an artistic

24  point of view, a completely different visual

25  experience.

Ethan Klein                                    December 29, 2016

                                                    Page 181

1       Q    So you tried to convey a meaning with your

2    edits; is that fair to say?

3       A    Yes.

4       Q    And then let's take a look at -- well,

5    I'll -- I'll back up, and let's -- in order to avoid

6    watching the entire video, can I ask whether you

7    remember your PrankInvasion video?  Or do you need

8    to see it?

9       A    Which PrankInvasion video are you referring

10   to?

11      Q    The PrankInvasion video where you comment

12   on PrankInvasion that ultimately resulted in the

13   takedown.

14      A    I -- I recall certain aspects of it.

15      Q    Okay.

16           MR. BUKHER:  Well, let's -- let's take a

17   look at Exhibit No. 44.

18                         (Whereupon Exhibit 44

19                         was marked for identification

20                         by the court reporter and

21                         was retained.)

22                         (Video played.)

23           THE WITNESS:  I'm sorry, I got to

24   interrupt.  This isn't the -- the video you had

25   referred to.

Ethan Klein                                              December 29, 2016

Page 185

1   BY MR. BUKHER:

2       Q    So what did you do, in this video, that was

3   not the original PrankInvasion video?

4       A    I can't speculate as to the difference

5   of -- of two videos.

6       Q    Well, was there a modulation of -- of the

7   speaker's voice, in the original video, where he was

8   speaking deeply, "No Clothes Family Day"?

9       A    I -- I'm sorry, can you rephrase your

10  question?  What is it exactly you're asking?

11      Q    You see, towards the end of that video we

12  just watched, in Exhibit 44 --

13      A    Yes.

14      Q    -- where the speaker's video [sic] got

15  deeper?

16      A    Yes.

17      Q    Was that in the original video?

18      A    I don't recall if -- if we used that same

19  device in the first video.

20      Q    No.  No.  Was that -- I'm sorry if I'm

21  being unclear.

22      A    Oh.  Was the exact --

23      Q    Was that in PrankInvasion's original video,

24  that deep voice?

25      A    I don't think so, no.

Ethan Klein                                    December 29, 2016

Page 186

1      Q    So -- so you modified it?

2      A    Yes.

3      Q    For what purpose?

4      A    Oh.  Well, in the -- in the context of that

5    clip you showed us, which I -- I should add that

6    it's taken, you know, it should be taken as a whole,

7    in consideration of the whole video and the whole

8    experience, but referring just to that small

9    excerpt, it's used to highlight the absurdity of

10   such a day, such as "No Clothes Family Day," where

11   families go to Venice Beach and walk around naked,

12   and their daughters make out with a young -- with a

13   young stranger.  As I -- I'll also comment during

14   that clip to kind of highlight that same purpose.

15      Q    So you made that alteration to the host's

16   voice to highlight absurdity?

17      A    That is correct.

18           MR. BUKHER:  Okay.  Can we see Exhibit 45

19   now, please?

20                      (Whereupon Exhibit 45

21                      was marked for identification

22                      by the court reporter and

23                      was retained.)

24                      (Video played.)

25   BY MR. BUKHER:

1       Q    So that's another clip, from the

2    PrankInvasion video, that we're talking about; is

3    that correct?

4       A    As I recall, that is correct.

5       Q    And there was an insertion there, of a

6    video of a -- an older lady falling down some

7    stairs; is that correct?

8       A    That's correct.

9       Q    Was -- was that in the original

10   PrankInvasion video?

11      A    No.  It was not.

12      Q    Did you put that in --

13      A    Yes.

14      Q    -- video in, of the older lady falling

15   down?

16      A    Yes.  I did.

17      Q    And what was the purpose of that?

18      A    Well, the purpose of -- well, it was

19   historical context.  It was a joke of ours,

20   previously in our career, we had used it and talked

21   about it on stream.  So it was a historical context,

22   and it kind of just further highlighted the

23   absurdity of using this old lady to -- to kind of

24   participate in his voyeuristic pornography.

25      Q    So it was a comment on the old lady, that

Ethan Klein                                December 29, 2016

Page 188

1   he was using in that clip, to participate; is that

2   correct?

3       A    Along with the historical significance of

4   the clip, that is correct.

5       Q    Okay.

6            MR. BUKHER:  Then can we take a look at

7   Exhibit 46?

8                        (Whereupon Exhibit 46

9                        was marked for identification

10                       by the court reporter and

11                       was retained.)

12                       (Video played.)

13  BY MR. BUKHER:

14      Q    So again, we can agree that this was

15  another clip of the PrankInvasion video we're

16  discussing?

17      A    Correct.

18      Q    And you included a clip in that of another

19  completely unrelated video; is that correct?

20      A    Correct.

21      Q    And -- and then additional video, that you

22  included there, was commenting on something that

23  happened in the PrankInvasion video; is that right?

24      A    That's correct.

25      Q    And what was it doing exactly?  What was

Ethan Klein                                    December 29, 2016

Page 189

1    the commentary there?

2         A    Well, I was likening his acting and premise

3    to the -- the acting and -- and premise in a

4    pornography, essentially.  In a bad pornography.

5         Q    What do you mean by that?

6         A    I think it's a -- it's a well accepted

7    trope, that pornography starts with really bad

8    acting and premises, so I was likening the

9    experience of watching PrankInvasion to watching

10   such -- such kind of pornography.

11        Q    Okay.

12             MR. BUKHER:  Can we now see Exhibit 47?

13                      (Whereupon Exhibit 47

14                      was marked for identification

15                      by the court reporter and

16                      was retained.)

17                      (Video played.)

18   BY MR. BUKHER:

19        Q    So we're looking, again, at another clip

20   from the PrankInvasion video we're discussing; is

21   that correct?

22        A    Correct.

23        Q    And in this one, you focus on the

24   grandparents that are showed in the original

25   PrankInvasion video; is that right?

Page 190

1      A    Can you indicate what you mean by original?

2      Q    Again, when I say original, with respect to

3   these exhibits that we're talking about, I'm talking

4   about the PrankInvasion video, "No Clothes Family

5   Day."

6      A    That is -- in that case, I agree.

7      Q    So you -- you -- this exhibit, that we just

8   saw, it zoomed in on the grandparents, it showed

9   head shots of them towards the end; is that right?

10     A    Yes.

11     Q    Was it zoomed in that way in the original

12  "No Clothes Family Day," PrankInvasion video?

13     A    No.

14     Q    So did you zoom in on those grandparents?

15     A    Yes.

16     Q    Why did you do that?

17     A    Again, as previously stated, to highlight

18  the absurdity of using these kind of out-of-place

19  old people to participate in this voyeuristic

20  pornography experience.

21     Q    So you edited the video, adding this -- can

22  we call it a stylistic element, in order to make a

23  point?

24     A    Yes.  I can agree to that.

25     Q    Okay.

Page 191

1           MR. BUKHER:  Can we take a look at

2     Exhibit 48?

3                          (Whereupon Exhibit 48

4                          was marked for identification

5                          by the court reporter and

6                          was retained.)

7                          (Video played.)

8     //

9     BY MR. BUKHER:

10        Q    So this is another excerpt of the original

11    "No Clothes Family Day," PrankInvasion video; is

12    that right?

13        A    Yes.  Correct.

14        Q    Okay.  And -- and here, in your reaction

15    video, there was a -- an insertion of a picture at

16    the end of that excerpt; is that right?

17        A    Correct.

18        Q    What was that a picture of?

19        A    That was a picture of a guy known on the

20    internet, I believe, as Harold.  He's famous for

21    making really silly, goofy faces.

22        Q    And what was your reason for inserting that

23    picture into that particular clip?

24        A    You've taken it out of context, so if you

25    looked at it as a whole, you'll find that he was

Ethan Klein                                    December 29, 2016

                                              Page 192

1    used as a device, throughout the entire video, to

2    highlight the creepiness of the -- of the videos and

3    the characters within it.

4        Q    All right.  Just to be clear, I don't mean

5    to take it out of context, I'm just trying to avoid

6    showing the entire long video to you.

7        A    I appreciate that.

8        Q    I'm happy for you to say that, you know --

9    yeah.  You know, if you're saying that it was

10   throughout the video, that's fine.  My -- the point,

11   that I'm trying to arrive at, is that you had a

12   reason for inserting that picture; is that right?

13       A    That is correct.

14            MR. BUKHER:  Okay.  And then let's take a

15   look at Exhibit 49.

16                      (Whereupon Exhibit 49

17                      was marked for identification

18                      by the court reporter and

19                      was retained.)

20                      (Video played.)

21   BY MR. BUKHER:

22       Q    So this clip we just watched again, can we

23   agree that that was your reaction to the "No Clothes

24   Family Day" video?

25       A    Yes.

Page 193

1     Q     And towards the end of that clip, it looks

2     like the video slowed down and started to take on a

3     red tint; is that right?

4     A     Correct.

5     Q     Did you edit that in?  Or was that in the

6     original "No Clothes Family Day" video?

7     A     I added it.

8     Q     You added that red tint?

9     A     Yes.

10    Q     And in this video, we're basically watching

11    the host, you know, kiss -- kiss a girl in front of

12    her dad; is that right?

13    A     That's the premise of the video.

14    Q     And the dad had this kind of sociopathic

15    staring look on his face; right?

16    A     That's -- that's -- yes.  That was my

17    interpretation.

18    Q     And -- and why did you edit in that red

19    tinge that suddenly came on?  Was that related to

20    that?

21    A     Yes, it was.  As -- as I said --

22    Q     What --

23    A     -- just to highlight, once again,

24    the -- the absurd, voyeuristic pseudo pornography,

25    the creepiness, the force -- the forceness all used

Page 194

1    to -- to comment on -- on his video.

2         Q    Well, was the red tint that you brought in

3    and the slow-down of the video, were they

4    highlighting the absurdity of the video in general?

5    Or were they highlighting the sociopathic look on

6    the dad's face in that video?

7         A    I believe that it was commenting on the

8    video itself more about Chris's intentions to create

9    a voyeuristic experience through this character.

10        Q    So what did the -- sorry to interrupt, I

11   didn't mean to.  What was the red tint?  What did

12   that have to do with the overall voyeuristic intent

13   of the video?

14        A    Well, I believe he, you know, he instructed

15   this character to act in this way to excite his

16   audience, so it more is a criticism of the video as

17   a whole, with these very provocative, strange

18   characters to create this voyeuristic pornographic

19   experience.

20        Q    So you believe that he instructed the dad

21   in the video to act like a sociopath?

22        A    I can't recall.  I can't act to his

23   intention.

24        Q    No.  No.  No.  I'm just saying you -- you

25   believe that he did that, and that's why you had the

Ethan Klein                                          December 29, 2016

                                                     Page 195

1   red tint come in; is that right, to just make fun of

2   the dad's look?

3       A    Not just to make fun of the dad's look.  As

4   I previously stated, it's a comment on the video, as

5   a whole, as it were at -- you know, with these

6   absurd characters he's putting in there, creating a

7   voyeuristic pornographic experience.

8       Q    Is that fair to say that it's basically

9   underscoring the dad's fake sociopathic look with

10  that red screen to show the absurdity of the video

11  as a whole?

12      A    It's fair to say that I used it to

13  highlight the -- yeah, the absurd character that

14  Chris put in there to create this voyeuristic

15  experience, thereby, you know, commenting on -- on

16  the video itself.

17              MR. BUKHER:  Could we take a look at

18  Exhibit 50 now, please?

19                         (Whereupon Exhibit 50

20                         was marked for identification

21                         by the court reporter and

22                         was retained.)

23                         (Video played.)

24  BY MR. BUKHER:

25      Q    That's another clip from your reaction to

1      "No Clothes Family Day" PrankInvasion; is that

2      right?

3           A     Yes.

4           Q     Did you edit in a clip of Neil deGrasse

5      Tyson into that video?

6           A     Yes.  Yes.  I did.

7           Q     What was the purpose of that?

8           A     Once again, that -- that clip has

9      historical relevance, and it's used, once again, as

10     a -- as I've explained before, to comment on the

11     voyeuristic pseudo pornographic experience that

12     Chris is -- that the creator of the video is trying

13     to thrust on to his -- his audience and is used to

14     kind of --

15          Q     Well --

16          A     Go ahead.

17          Q     Is that particular clip, the actors --

18     let's call them actors; right?

19          A     Yes.

20          Q     Were they kissing?

21          A     Two -- well, not all of them.

22          Q     Two of them were kissing?

23          A     Yes.

24          Q     And then you had a clip come in of Neil

25     deGrasse Tyson look like he was cringing; is that

Ethan Klein                                                    December 29, 2016

Page 197

1    fair to say?

2         A    That's what it depicted, yeah.

3         Q    Would you say you edited that in as a -- as

4    a commentary, saying that he was cringing at that

5    kiss?

6         A    It's more a commentary about, you know,

7    Chris's -- or I'll refer to him as the creator of

8    the video's intent to make you sexually aroused by

9    this voyeuristic experience.  It's more a comment to

10   the video's intention, than actually the kissing on

11   the screen, itself.

12        Q    Well, was that Neil deGrasse Tyson edit of

13   him cringing, was that -- would that edit have made

14   any sense in any other part of the video?  Or is

15   that intentional after the kiss?

16        A    I think it could have been used to the same

17   effect throughout the video.

18        Q    So it didn't speak to the kiss at all in

19   that particular clip?

20        A    It spoke -- it spoke to both the kiss and

21   the intention of the author.  It was a comedic

22   timing.

23        Q    Just the kiss --

24        A    It was a comedic timing.

25        Q    Sorry about that, I didn't mean to

1    interrupt.

2         A    No problem.

3         Q    So the -- you said it did speak to the kiss

4    at least to some extent; right?

5         A    You could say that.  But I think that it

6    speaks -- it speaks equally to both the -- the --

7    the video as a whole and the kiss, it works on both

8    levels.

9         Q    Okay.

10              MR. BUKHER:  Well, let's take a look at

11   Exhibit No. 51.

12                        (Whereupon Exhibit 51

13                        was marked for identification

14                        by the court reporter and

15                        was retained.)

16                        (Video played.)

17   BY MR. BUKHER:

18        Q    So that's another clip from your reaction

19   to "No Clothes Family Day" PrankInvasion video;

20   right?

21        A    Yes.

22        Q    What happens in that video?

23        A    That clip, you mean?

24        Q    Yeah.  That clip.  I'm sorry.

25        A    I believe, since we're looking at each clip

1      Q    You, in one clip, altered the voice of the

2   speaker; is that correct?

3      A    Yes.

4      Q    You, in another clip, inserted a video of

5   an older lady falling down some stairs that had

6   nothing to do with the original video; is that

7   correct?

8            MR. BAR-NISSIM:  Objection.  Vague and

9   ambiguous.  Original video you're referring to is

10   the PrankInvasion video; correct?

11            MR. BUKHER:  Yes.  Yes.

12   BY MR. BUKHER:

13      Q    You inserted a video of an older lady

14   falling down some stairs that was not in the

15   original video; is that correct?

16      A    It was not in the original video.  Your

17   original phrasing was that it had nothing to do with

18   that video, which I think would be presumptuous.

19      Q    You're right.  I take that back, and I

20   stick with my second one.  That is correct; right?

21      A    That is correct.

22      Q    Okay.  And then you inserted a video, again

23   not the original video, regarding pornography?

24      A    Are you speaking to the floating head?

25      Q    No.  I'm speaking to the -- the two guys in

Ethan Klein                                    December 29, 2016

                                                         Page 204

1    the woods.

2         A    Yes.  I did insert that clip.

3         Q    Okay.  Then, and another clip, you zoomed

4    in on a head shot of -- of the grandparents featured

5    in the video, the zoom that was not originally in

6    the video; is that correct?

7         A    That is correct.

8         Q    And in another one, you had that screen

9    start begin to tint red while one of the characters

10   was looking on a kiss; is that correct?

11        A    Correct.

12        Q    In another video, you inserted a picture of

13   Neil deGrasse Tyson cringing, which was not in the

14   original video; correct?

15        A    Correct.

16        Q    And in another video, you inserted a

17   floating head to cover the exposed private parts, of

18   one of the characters, in the original video; is

19   that correct?

20        A    Yes.

21        Q    Can we call all these stylistic

22   alterations; would that be fair?

23        A    Sure.  That's fair.

24        Q    And these, you did for the artistic purpose

25   of commenting on the video; right?

Ethan Klein                                    December 29, 2016

Page 205

1        A    I don't believe that they were solely

2    necessary.  I included them for the comedic value.

3    I believe the commentary stood -- stood alone, you

4    know, as enough to -- to -- to exhibit fair use.

5    They were added for texture and comedic effect,

6    and -- and contributed to the fair use aspect of it.

7        Q    Okay.

8             MR. BUKHER:  Let's -- let's take a break at

9    this point, if you guys don't mind?

10            MR. BAR-NISSIM:  All right.  Great.  Thank

11   you so much.

12     (Whereupon there was a break in the proceedings.)

13            MR. BAR-NISSIM:  Back on record.

14   BY MR. BUKHER:

15       Q    So we were just discussing the "No Clothes

16   Family Day" reaction video, and we talked about all

17   of the what we called stylistic alterations that you

18   made.  And you said that the stylistic alterations

19   contributed to the fair use; is that correct?

20       A    I don't think that's a -- a -- necessarily

21   accurate.  I think it was used for comedic

22   and -- and stylistic purpose, I think the commentary

23   itself served enough to make the fair use argument.

24            MR. BUKHER:  Can we read that back, please,

25   the last thing that Mr. Klein said?  I believe he

Ethan Klein                                     December 29, 2016

 1   made?

 2            MR. BAR-NISSIM:  Objection.

 3            THE WITNESS:  Yes.

 4            Sorry.

 5   BY MR. BUKHER:

 6       Q    Because the commentary is substantive and

 7   speaks to what goes on in the video, and comments on

 8   it; is that correct?

 9       A    Yeah.

10       Q    Okay.  Let's -- let's turn to "the Big, the

11   BOLD, the Beautiful," Matt Hoss's video that we're

12   talking about here.

13            MR. BUKHER:  So I will play Exhibit 15 for

14   you, please.

15                         (Whereupon Exhibit 15

16                         was marked for identification

17                         by the court reporter and

18                         was retained.)

19                         (Video played.)

20   BY MR. BUKHER:

21       Q    So what were you commenting on in this clip

22   that we just watched, Exhibit 15?

23       A    I believe I was -- I was setting up the

24   video as a hist- -- kind of a historical reference

25   point to what I refer to as "cringe-tube."  Which is

Ethan Klein

December 29, 2016

Page 218

1  kind of a -- if you look back at the YouTube videos

2  that were popular back when this video was popular,

3  you'll find a lot of kind of cringe-y, embarrassing

4  sketch comedy that -- that wouldn't be as successful

5  on today's landscape.  So I was kind of setting it

6  in that historical landscape.

7      Q    And just to be clear:  This video, the

8  original video that you react to in "the Big, the

9  BOLD, the Beautiful," is the creator, Matt Hoss, is

10  he trying to create a video that depicts reality?

11  Is he trying to make it seem like reality?

12     A    I can't speak to his intention.

13     Q    Well, what did it seem like to you?  I

14  mean, are there multiple camera angles in this

15  video?

16     A    You didn't show me the video, I have no

17  point of reference.  I only -- are you referring to

18  just -- because there was just a brief clip you

19  showed me.

20     Q    Okay.  Do you not remember the video at

21  this point?  Do you need to see the whole video?

22     A    It would be helpful to recall it.

23     Q    Well, let's -- I'll save my question to the

24  end, because you're actually, in fact, going to see

25  the whole video.  Because we are just really going

Ethan Klein                                            December 29, 2016

Page 219

1    to go through it.

2         A    So just be more --

3         Q    The entire video.

4         A    If you could just be more specific because

5    your question isn't pertaining to the clip that we

6    just watched, so I'm a little confused.

7         Q    Okay.  So speaking to the clip that we just

8    watched, you said you like the text that does like a

9    wave dance.

10             What were you talking about there?

11        A    Yeah.  In my opinion, was a very cheesy

12   effect.  I can only cons- -- think that.  In -- in

13   Matt's video, the theme throughout is that it's very

14   cool and suave, and -- and very -- very stylistic.

15   But the wave text is kind of a good metaphor for his

16   whole video, where it's -- it's -- he thinks it's

17   very cool, I can only imagine, but it's very, very

18   cheesy, to be frank, and represents this whole

19   cringe-tube era.

20        Q    Did you say that it was cheesy?

21        A    I think that my body language and the way I

22   reacted to it, with the -- I think it's quite

23   obviously inferred from my reaction to it.

24        Q    Didn't you say, "I like the text, it's like

25   a -- does a wave dance prolongs the shit out of

Ethan Klein                                        December 29, 2016

                                                    Page 220

1    that," you see that?

2              Did you say that?

3        A    Yeah.  But the tone -- the tone in which I

4    said that was -- was clearly ironic.  And

5    obviously -- yeah, I'll leave it at that.

6        Q    How is it ironic?

7        A    I believe my tone conveyed -- conveyed

8    irony.  I mean, the dancing, the goofy dancing,

9    the -- the -- I specifically mentioned how it was

10   prolonged, also, kind of indicates to my audience.

11   I'm clearly joking about it in an ironic way, I

12   think it's quite obvious to any reasonable viewer

13   that I don't actually think it's cool.

14       Q    So you are criticizing, here, the -- the

15   opening title screen; right?

16       A    Yes.

17       Q    Okay.

18            MR. BUKHER:  Let's see Exhibit 16.

19                       (Whereupon Exhibit 16

20                        was marked for identification

21                        by the court reporter and

22                        was retained.)

23                       (Video played.)

24   BY MR. BUKHER:

25       Q    So in this clip, we see an excerpt of the

Ethan Klein                                    December 29, 2016

Page 221

1    bold guy, and I'll refer to the character in the

2    video, the original video, as the bold guy, meeting

3    this athletic girl while she's stretching; is that

4    correct?

5         A    Correct.

6         Q    And you responded to that?

7         A    Yes.

8         Q    And what was your reaction to that?

9         A    Kind of just likening it.  I mean, I

10   referenced PrankInvasion because it taps into that

11   same pornographic market; very animalistic, very,

12   very pseudo pornographic.  And again, just kind

13   of -- just the intention of Matt, I think, was --

14   was to excite and set up this premise, where his

15   suave character can come swoop in and get that --

16   get that ass, as they say.  I was parodying that,

17   kind of just turning -- turning the intention upside

18   down, and giving a new insight.

19        Q    So in PrankInvasion, the host, he's -- he's

20   pretending to come up to random women in the street,

21   isn't he?

22        A    Yes.

23        Q    Like in real life; right?

24        A    I believe that's the intention of his

25   video.

Ethan Klein                                        December 29, 2016

                                                          Page 222

1        Q    Okay.  Does it seem to you, here, that

2    the -- the bold guy is coming up to a real person,

3    in real life, in this video?

4        A    I would say that -- well, I think you --

5    you're stringing two points together there, and I'll

6    address it:  I'll say that I can't speak to the

7    intention of the video, but the -- the -- the

8    comment -- sorry, can you repeat the question?  It's

9    been a long day.

10       Q    Well, you compare this to PrankInvasion,

11   where you said the main character, I guess the host,

12   is coming up to women, and the video is trying to

13   pretend like this is real life.  This video, where

14   the bold guy, in the clip that we just watched, is

15   approaching a girl on the street, is it trying to

16   come off as real life to you?

17       A    I don't think the comparison was made to

18   make that comment; only to compare the pseudo

19   pornographic nature of those two videos.

20       Q    Okay.  That's fair.  So speak to that for a

21   moment.  So, you're not comparing the two as if they

22   were both made to look like real life.  It's clear

23   to you, in your reality, that one video is trying to

24   look like it's real life, and the other video is

25   pretty clear that it's not real life.

                                                    Page 223

1              Is that clear to you?

2         A    Yes.

3         Q    Okay.  So your comment was really just that

4    the two videos are similar, I guess, in character;

5    right, the suave guys, in the video, picking up a

6    girl.  That's your comment?

7         A    My comment is that they -- they're carving

8    out kind of similar space on YouTube, of this

9    misogynistic pseudo pornography.

10        Q    Who's carving out a space?

11        A    Matt Hoss and PrankInvasion, collectively,

12   are sharing an audience, in a way.  I feel that they

13   would appeal to the same kind of person.

14        Q    But -- but you would agree, a different

15   way; right?  I guess fictional versus nonfictional

16   characters, of the videos, are different; would you

17   agree with that?

18        A    Well, I don't see how that distinction

19   changes the intention -- or audience of the video.

20        Q    But you do see the distinction?

21        A    As I've said previously, there's -- I see

22   the distinction, but I don't see how it changes the

23   commentary of the video.

24        Q    All right.  So the commentary is pretty

25   similar then?

Page 224

1        A    In this -- in this -- in this particular

2    excerpt, I would say that -- I mean, similar -- it's

3    a different video.  It's a different experience.

4    I -- I couldn't say similar.

5        Q    In this excerpt, and -- and when we were

6    talking about the PrankInvasion videos, we came to

7    this understanding of stylistic alterations.

8             Did you include any stylistic alterations

9    in this clip?

10       A    In this particular clip you showed me?

11       Q    Yes.

12       A    Or the whole video?

13       Q    Just this clip.

14       A    I don't recall.  I don't think so, no.

15       Q    You -- you pretty much just played Matt

16   Hoss's video excerpt, and then played a video of

17   yourself talking about it; right?

18       A    Yes.  I showed his clip, and then

19   I -- I -- I made a comment about it.

20       Q    Okay.

21             MR. BUKHER:  Let's take a look at Exhibit

22   No. 17.

23                         (Whereupon Exhibit 17

24                         was marked for identification

25                         by the court reporter and

Ethan Klein                                        December 29, 2016

Page 225

1                          was retained.)

2                          (Video played.)

3          MR. BUKHER:  Can we just save that for

4     another time?  I apologize, I took the videos out of

5     order.

6              Let's play Exhibit 23 actually.

7                          (Whereupon Exhibit 23

8                          was marked for identification

9                          by the court reporter and

10                         was retained.)

11                         (Video played.)

12    BY MR. BUKHER:

13       Q    So I apologize for the clip that we showed

14    previous to that, but this clip, Exhibit No. 23, is

15    it accurate to say that it's -- it's the next part

16    of your video, after -- after having watched

17    Exhibit 15?

18       A    I can't say that definitively without

19    watching the whole video.

20       Q    Okay.  Well, in this clip, Exhibit No. 23,

21    what's your comment here?

22       A    It's quite a long -- there's a lot in

23    there.  Can you be more specific to which part

24    you're referring?  There's a lot going on in that

25    clip.

1    Q    Well, here we have the bold guy -- an

2    excerpt, the bold guy talking to the athletic girl

3    about her form and she asks if he's a creep.  We

4    have that; right, that's the excerpt?

5    A    That's -- well, it was a lot longer than

6    that.  Are you -- I can't recall my -- which

7    specific part are you asking me to explain?  You're

8    being rather vague.

9    Q    Well, I'm asking about your comment.  What

10   exactly were you trying to comment on here in this

11   clip?

12   A    Once again, I think there's -- it's --

13   there's -- well, essentially, I mean, at the heart

14   of the whole clip you showed, which we touched on a

15   lot of different points, so I think your question is

16   a little vague; there's a lot of specific parts in

17   there that you can touch on.  But generally, as I

18   would say, in my critique of this clip and the whole

19   video itself is that, you know, Matt has -- has spun

20   this -- this -- this fantasy world, where he's this

21   mass- -- he's this alpha male that comes and gets

22   women as he pleases.  It's almost like a very

23   caveman, BB -- you know, kind of a -- kind of a

24   nature documentary style, it's very animalistic.

25   It's meant -- it's meant to showcase how cool and

1    suave he is, but it's really just misogynistic

2    pseudo pornography.

3         Q    Well, you're saying this video is meant to

4    showcase how suave and cool Matt Hoss is?

5         A    Yes.

6         Q    Matt Hoss, the individual who lives in real

7    life?

8         A    I can't -- I can't draw a distinction

9    between -- I wouldn't know what his intent- -- I

10   mean, can you be more specific?  What are you --

11   what is it that you're looking for?

12        Q    Well, are you having trouble drawing a

13   distinction between the character in the video, and

14   Matt Hoss, the filmmaker that made the video?

15        A    No.  I'm speaking to the character in the

16   video.  My critique is of the video, not him as a

17   person.

18        Q    Okay.  You don't know if Matt Hoss, the

19   person, the filmmaker, wants to come off as a suave

20   guy that can pick up any girl?

21        A    Why -- I don't know why you would come to

22   that conclusion.  I'm talking about the video in

23   question, obviously the characters in it.

24        Q    Well, because you keep talking about Matt

25   Hoss, the character is bold guy, isn't it?

Page 228

```
1        A     Yeah.  I can refer to him as bold guy, if
2   that -- if that's more convenient.
3        Q     Well, I just, you know, again, I just want
4   to be honest.  You have a degree in literature, as I
5   understand it.  Have you ever heard of the fallacy
6   of attributing an author's character to the author
7   of the work?
8        A     No.  I have not heard of that.
9        Q     Okay.  But when you're watching this video,
10   can you tell me if you're watching a guy called Matt
11   Hoss?  Or are you watching a character called the
12   bold guy?  Just so I understand your grasp of what's
13   going on in the video.
14        A     Yeah.  I -- I -- I'm obviously reviewing a
15   fictitious -- a video.  I'm reviewing bold guy.
16        Q     You -- you said you're reviewing a
17   fictitious video?
18        A     Yeah.  It's a -- it's a work of -- of, I
19   think as we established earlier, as you defined
20   it -- well, how did you refer to it?  A short --
21   short fictional video?  Short film, I think you
22   referred to it as?
23        Q     Fictional short film; right?
24        A     Yes.
25        Q     And your criticism here is, what, that the
```

 1    fictional character is trying to establish himself

 2    as suave?

 3         A    Yes.

 4         Q    And -- and how do you make that criticism

 5    exactly?

 6         A    As -- as I stated before, I actually -- can

 7    you -- can you replay the clip?  It's honestly been

 8    a while since we watched it, and...

 9              MR. BUKHER:  Sure.  Let's replay

10    Exhibit 23.

11                   (Video played.)

12              THE WITNESS:  You can -- you can pause it.

13              So yeah.  And --

14              MR. BAR-NISSIM:  There you go.

15              THE WITNESS:  In this particular clip --

16    well, forgive me for referring to him as Matt Hoss.

17    The channel name is the Matt Hoss Zone, so I hope

18    you can understand the confusion between Matt Hoss

19    as bold guy, his name is in the title of the

20    channel.  If you prefer, I can refer to him as bold

21    guy.

22              But in this particular clip, we're -- we're

23    obviously talking to the director's intention for

24    creating such a -- such a -- such a piece.

25    BY MR. BUKHER:

1       Q    Okay.  So I -- I just want to make clear

2    that you understand that you're talking to the

3    director's intention, and you're not talking about

4    the fictional character, bold guy, doing whatever it

5    is that he's doing in this clip.

6       A    I -- I think it's both.  I don't understand

7    the -- the -- the point of making a distinction.

8    It's Matt Hoss Zone and it's bold guy, I don't know

9    if there's such a big difference between the two,

10   and frankly, I can't speak to the -- to the whether

11   that's true or not.

12      Q    Well, from -- from your time studying

13   literature, who's your favorite author?

14      A    Oh, I'd say, probably, Kurt Vonnegut.

15      Q    Any others?

16      A    That's the one that comes to mind.

17      Q    Okay.  Who is not your favorite author, but

18   any other authors that you liked?

19      A    Honestly, to be frank with you, I don't

20   read that much.  That's -- this is the one author

21   that I'm a fan of, that I can recall.

22      Q    Kurt Vonnegut.

23           Have you ever read Chuck Palahniuk?

24      A    No, I don't recall.

25           THE WITNESS:  Could we take a bathroom

Page 231

1    break?

2            MR. BAR-NISSIM:  Tim, it seems Ethan could

3    use a bathroom break real quick; is that okay?

4            MR. BUKHER:  Yeah.  That's fine.  Let's --

5    let me just make a note here, what we're talking

6    about.

7            MR. BAR-NISSIM:  Okay.  Yeah, no.  That's

8    fine.  We'll just make it really quick.

9            MR. BUKHER:  Okay.  Let's -- let's do that.

10   We'll meet back in three to five minutes, whatever?

11           MR. BAR-NISSIM:  Yeah.  That sounds great.

12           THE WITNESS:  Thank you.

13    (Whereupon there was a break in the proceedings.)

14   BY MR. BUKHER:

15      Q    Okay.  So we were discussing the last clip

16   that we watched, which is Exhibit 23.  And you were

17   telling me how this comments on the video as a

18   whole.

19           Can you -- can you go back to that, and

20   just give me a breakdown of the commentary?

21      A    Sorry, can you replay the clip?  I know --

22   I know it's -- we're tight on time, I just want to

23   refresh my memory.

24      Q    Yeah.  Let's do that.

25      A    Okay.

Ethan Klein                                December 29, 2016

Page 232

1      Q     Exhibit 23.

2      A     Thank you.

3                  (Video played.)

4            THE WITNESS:  I recall.  Yeah.

5            So I think the -- the commentary here is

6      kind of that, I would say, something along the lines

7      that, like, bold guy is kind of an alterego of Matt

8      Hoss, and that, you know, it just -- it depicts what

9      he thinks is very cool and suave, but in my opinion,

10     is just pseudo pornography that's kind of carved out

11     on the YouTube.

12     BY MR. BUKHER:

13     Q     Okay.  Is there anything else that this --

14     that you're commenting on here, with respect to this

15     clip?  Or is that it?

16     A     It's a really dense clip.  I hesitate to

17     say that that's it.  It's really dense.

18     Q     Well, you make some jokes about the

19     sleeveless shirt with hoodie, yeah?

20     A     Yeah.  That, again, serves to show the bold

21     guy, the character, he's wearing this outfit that he

22     thinks makes him look muscular, and cool, and

23     attractive, but is actually quite cheesy and

24     unappealing, I think, objectively.  So again --

25     Q     You think, objectively, the sleeveless

Ethan Klein                                      December 29, 2016

                                                     Page 233

1    shirt -- hoodie is unappealing?

2        A    Well, I think objectively is not the right

3    word.  But I think it -- I think, in my opinion,

4    it's quite a goofy outfit, and not one that I would

5    consider sexy.

6        Q    So you don't appreciate the outfit he was

7    wearing in that video?

8        A    Well, I don't think that the intention of

9    bold guy -- it's -- his intention to be sexy in that

10   outfit, I think, is absurd.  And that was -- that

11   was my commentary on it.

12       Q    You think he intended to look sexy in that

13   outfit?  Or do you think that he was making fun of

14   that outfit, too?

15       A    I -- in my opinion, he was definitely

16   trying to show off his guns and his style.  I don't

17   think he was making fun of it, no.

18       Q    Okay.  So -- so your comment here was that

19   bold guy, who was an alterego of Matt Hoss, is

20   trying to depict himself as cool and suave.  I mean,

21   that's the gist of it; right?

22       A    Yes.

23            MR. BUKHER:  All right.  Let's roll Exhibit

24   24.

25                      (Whereupon Exhibit 24

Ethan Klein                                    December 29, 2016

                                              Page 234

 1                       was marked for identification

 2                       by the court reporter and

 3                       was retained.)

 4                       (Video played.)

 5     BY MR. BUKHER:

 6          Q    So what were you commenting on here?

 7          A    I think, again, bringing up the

 8     historical -- the historical, you know, significance

 9     of -- of what I deemed cringe-tube, and how I don't

10     think a video of kind of -- of the same -- of the

11     same caliber, the same vein would be as successful

12     today.  I consider it almost like a phenomenon, that

13     a video of his was capable of achieving so many

14     views.  And that's what cringe-tube was back then,

15     in my opinion.

16          Q    So you said again, you brought up the

17     significance of cringe-tube?  You brought it up

18     before, right, in these clips?

19          A    Yes.  I've mentioned it.

20          Q    Okay.  And were you also trying to convey

21     that bold guy, who's an alterego of Matt Hoss, was

22     trying to depict himself as cool and suave?

23          A    Well, it was a -- you showed me a clip of

24     mostly us talking, so I don't know which clip you're

25     referring to of the original.

1        Q    Well, the excerpt here.  Let's play it

2    again, just to be clear.

3        A    Just -- just the first part, please.

4             MR. BUKHER:  Exhibit 24, please.  Let's

5    stop at -- once the excerpt stops.

6             THE WITNESS:  Yeah.

7                  (Video played.)

8             MR. BUKHER:  Okay.  Let's stop here.

9             THE WITNESS:  So yeah.  My -- my comment is

10   essentially that he's making, you know, pseudo --

11   Matt -- you know, misogynistic pseudo pornography

12   that doesn't really ever go anywhere.  And it kind

13   of carved out this pornographic alpha male place on

14   YouTube for kids to fantasize about.

15   BY MR. BUKHER:

16       Q    So that's relevant here, to this excerpt,

17   in Exhibit 24?

18       A    Yes.

19       Q    Didn't you already say that about the

20   excerpt in Exhibit 23?

21       A    I think that, in combination, it's a thesis

22   throughout the -- the video, that in combination,

23   kind of helped drive -- drive a point home.

24       Q    You're driving the point home; okay.

25            MR. BUKHER:  Let's watch Exhibit 25.

Page 236

1                    (Whereupon Exhibit 25

2                    was marked for identification

3                    by the court reporter and

4                    was retained.)

5          THE WITNESS:  Sure.

6                    (Video played.)

7    BY MR. BUKHER:

8          Q    So what was the comment here?

9          A    Yeah.  Again, as I -- as I said, it kind of

10   builds on the thesis that it's this misogynistic

11   pseudo pornography, that bold guy is -- is -- is

12   representing this -- this surreal kind of world,

13   that's just like -- it's porn, but you don't get the

14   payout off, and it's -- it's -- he thinks it's cool,

15   but it's really just misogynistic pornography.

16         Q    So basically, he's just depicting himself

17   as cool and suave?

18         A    Yeah.  And again, he -- he's -- he's

19   depicting a world, where picking up women is as easy

20   as approaching them presenting themselves, and he

21   can just, you know, it's simply -- it's simply that

22   easy for an alpha male, such as bold guy.

23         Q    And you use a couple of clips here, a

24   couple of excerpts, to make that comment; right?

25         A    Yes.

Ethan Klein                                    December 29, 2016

                                                    Page 237

1          MR. BUKHER:  Exhibit 26.

2                         (Whereupon Exhibit 26

3                         was marked for identification

4                         by the court reporter and

5                         was retained.)

6                         (Video played.)

7     BY MR. BUKHER:

8          Q    So what was the commentary in this clip?

9          A    Yeah, well, both this whole -- this -- this

10    line of dialogue of

11    you-can-do-whatever-you-want-to-me, just

12    acknowledging of how easy it is to approach women,

13    and again, this masochistic -- this, you know,

14    almost like showing females as these easily

15    achievable objects, and -- and very pornographic in

16    nature, and the absurdity of this claim, you can do

17    whatever you want to me, where women just offer

18    themselves up to bold guy because of his sleeveless

19    hoodie.

20         Q    Didn't the last couple of clips, and the

21    excerpts in those clips, already make that point?

22         A    As I said previously, it's a thesis, where

23    you're kind of driving -- you're building your case

24    and driving the point home.  It's a -- it's a study.

25         Q    So before, earlier today, you said you

Ethan Klein                                    December 29, 2016

Page 238

1    think about fair use when you edit your clips, and

2    you try to only use what's necessary.  You felt that

3    this was necessary?

4         A    I do.

5         Q    And you talked about a couple of things in

6    this clip.  Just -- just to rephrase what happened

7    in the clip, it seems, in the clip, the -- the --

8    we'll call her "the athletic girl" since the

9    character doesn't have a name.

10        A    Parkour girl, I believe her name was.

11        Q    Tells the bold guy to catch her and she'll

12   let him do whatever he wants with her; is that

13   correct?

14        A    I believe that's what she said.

15        Q    Okay.  Then, in your commentary, you kind

16   of went off on a tangent there; right?

17        A    I don't believe it was a tangent.  I think

18   it was -- it was speaking to the kind of absurdity

19   of that claim, like whatever you want, I mean, you

20   know, I was kind of illuminating how absurd of a

21   statement that was, by bringing up the -- the carrot

22   and the mayonnaise.

23        Q    So you said, "Are you going to put a carrot

24   up her ass?"  You wrote -- or you said that; right?

25        A    Yes.  I believe that's what I said.

Ethan Klein                                    December 29, 2016

1      Q    Did -- was that said in the original video?

2      A    No.

3      Q    And you said, "Are you going to shit in her

4    mouth?"  You said that; right?

5      A    Yes.  I said that, I believe.

6      Q    Was that said in the original video?

7      A    Not my recollection, no.  But again, I

8    think that's what brings the new expression the new

9    meaning, highlighting how kind of silly and

10   misogynistic that -- that statement is, where it's

11   like, well, what actually can you do?  That -- that

12   was the point of that comment, to highlight like

13   well, how many options --

14     Q    Well --

15     A    -- actually are there?

16     Q    Well, you're trying to highlight the

17   misogyny in Mr. Hoss's video; you don't think that

18   it's misogynistic to talk about putting carrots in

19   women's asses and shitting in their mouths?  You

20   don't think that's misogynistic?

21     A    I didn't -- no -- I mean, no.  Not

22   necessarily.  It could be quite possible, that's

23   what she's into.

24     Q    That's what who's into?

25     A    Whatever hypothetical, you know, party may

Ethan Klein                                    December 29, 2016

1    be participating in such an act.  Well, obviously,

2    I'm -- I'm -- I'm just saying it for comedic device;

3    I'm not implying that -- that -- that I partake in

4    such a thing.  But I don't think it's misogynistic

5    by its -- by its nature, no.  I mean, what's --

6    what's misogynistic about carrots and mayonnaise.

7         Q    So you were trying to be funny?

8         A    I believe that -- that -- that -- that was

9    part of it.  I mean, it was a -- it was a funny way

10   to acknowledge how absurd of a statement it was she

11   was -- she was making.

12        Q    So when you talked about carrots up the

13   ass, and shitting in the mouth, that was to be

14   funny?

15        A    As I previously stated, funny was only one

16   aspect of it.  The other was to illuminate the

17   absurdity of the statement.

18        Q    What -- was -- was that the -- was funny

19   the aspect behind those particular two statements

20   that I just highlighted?

21        A    I -- I believe -- I think I'm repeating

22   myself, but I'll repeat it again for you:  The

23   comedy aspect is -- is part of being an entertainer.

24   The other part is highlighting some absurd points,

25   so it's both comedy and illuminating -- it's both

Ethan Klein                                      December 29, 2016

                                                   Page 241

 1    critical and transformative, as well as being funny.

 2    I don't think they exclude each other.

 3         Q    What -- well, what absurd points were you

 4    highlighting?  Was there a point, where carrots in

 5    the mouth was brought up in this at all?

 6         A    No.  Again, I -- I -- as I said earlier,

 7    the -- she said, "You can do whatever you want to

 8    me," so my comment illuminates:  How many things can

 9    you possibly do to her?

10         Q    Okay.  But aren't you trying to turn this

11    video on its face as a piece of misogynistic

12    pornography?

13         A    Yes.

14         Q    Well, when you're talking about carrots in

15    the ass, and shitting in somebody's mouth, aren't

16    you just adding to the misogyny?

17         A    No.

18         Q    No?

19         A    No.

20         Q    All right.

21              MR. BUKHER:  Let's watch Exhibit No. 27.

22                         (Whereupon Exhibit 27

23                         was marked for identification

24                         by the court reporter and

25                         was retained.)

Page 242

1                    (Video played.)

2    BY MR. BUKHER:

3       Q    So you noted, in this clip, that you

4    appreciate the entertainment value of the action

5    sequence; is that right?

6       A    Not the action sequence.  I'm just speaking

7    to the character, bold guy, and not particularly the

8    action sequence; the whole video.  And his, you

9    know, his persona, his character, his direction.

10   Just generally, I was speaking about bold guy, Matt

11   Hoss, and his whole -- you know, his whole Matt Hoss

12   Zone, all of his characters.

13      Q    You appreciate the video, that's what

14   you're saying?  Is there any other commentary here?

15      A    I don't -- I can't remember, but that

16   seemed to be the -- the -- I can't recall the entire

17   clip, it's been a long day, but that seemed to be

18   the -- me expressing that -- that I found it

19   entertaining.

20      Q    Okay.

21           MR. BUKHER:  Let's put on Exhibit 28.

22                       (Whereupon Exhibit 28

23                       was marked for identification

24                       by the court reporter and

25                       was retained.)

Ethan Klein                                              December 29, 2016

```
 1                      (Video played.)
 2    BY MR. BUKHER:
 3       Q    So is it fair to say that you talk about
 4    two things in this clip?  And I'll say both of them.
 5       A    Sorry, can you start over?  The clip hadn't
 6    finished.
 7       Q    Sorry about that.
 8            Is it fair to say that we talk -- you talk
 9    about two things in this clip, and I'll separate
10    them so you can answer separately.
11       A    Yes.
12       Q    But the one thing that you talk about is
13    the action sequence; is that fair to say?
14       A    Yes.
15       Q    And the other thing, that you talk about,
16    is you just kind of make fun of what would happen if
17    Matt Hoss' character, bold guy, catches the girl;
18    right?  You say, you know, you can do anything you
19    want to her, et cetera.
20       A    Yes.
21       Q    Okay.  So with respect to you talking about
22    what's going on in the video, you're -- are you --
23    you're pretty much just narrating what's going on in
24    the action; is that right?
25       A    No.  That's not correct.  I think -- I
```

1    think my observation -- I think parkour, by its

2    definition, is trying to find like a -- a more

3    direct, more creative way -- I think parkour, by its

4    definition is finding a more direct way to travel,

5    and I think our observation was that he actually

6    could have just taken the sidewalk.  So it --

7        Q    Did you make that -- sorry.  Did you -- did

8    you make that observation in the video?

9        A    Absolutely.  Several times.

10       Q    Well, you -- you just said that parkour is

11   about finding a -- what is it that you just said?

12       A    I'm not -- I'm not -- I'm not a parkour

13   expert like your client, but I would say -- as my

14   understanding, it's about, like, you know, re- --

15   reducing the distance that -- that it takes to

16   travel, from point "A" to point "B."  So I think he

17   thought it was, like, a cool example of parkour, but

18   it was -- it was a bit of a goof, if I may say so.

19       Q    Are you saying that now?  Or did you say

20   that in the clip?

21       A    I think I said that.  Not only in that

22   clip, but throughout the video.

23       Q    No, I don't think you actually said that

24   parkour is the most direct way to travel.

25            Did you say that in the clip?

1       A    Oh, no.  I did not say that in the clip.

2  But I did acknowledge that he could have just taken

3  the sidewalk.

4       Q    What does that have to do with your

5  statement, that parkour is the most direct way to

6  travel; did you say that in the clip?

7       A    Well, I'm inferring that that's why this

8  clip is so silly, because he climbs over a wall

9  that's right next to the sidewalk.  I mean, anyone

10  who's practicing parkour would just take -- or

11  anyone who is just trying to take a less resistant

12  path would just take a sidewalk, so my point being

13  that the parkour was unnecessary, and therefore,

14  absurd.

15       Q    I'm -- I'm sorry, this whole statement that

16  you made just now, before I asked my question, do

17  you think that people watching the video would have

18  got that from your clip?

19       A    Yes.

20       Q    All right.

21            MR. BUKHER:  Let's watch the clip again.

22  Exhibit 28.

23                      (Video played.)

24  BY MR. BUKHER:

25       Q    Okay.  So did you say, anywhere in that

Page 246

1    video, that parkour is about minimizing the moves

2    between point "A" and point "B"?

3        A    I think it was between the lines of the --

4    of the observation Hila made, by saying, "He could

5    have just taken the stairs," implying that he didn't

6    take, you know, the most logical path.  That was the

7    joke.  That was what made it absurd, and a good

8    observation.  And it transformed the views of his

9    clip.

10       Q    So the -- the -- let's separate that out.

11   Were you making a joke about his parkour?  Was it --

12   was the statement meant to be humorous?

13       A    I think you're view -- you're making the

14   mistake of -- and this seems to be a common thread

15   in your questions -- of -- of separating being funny

16   and being critical; I think they don't exclude each

17   other.

18       Q    Okay.  Were you trying to be funny while

19   you were being critical here?

20       A    Yes.

21       Q    Okay.  And you were being critical about

22   his parkour?

23       A    Yes.

24       Q    You just said you were not a parkour

25   expert; is that correct?

Ethan Klein                                    December 29, 2016

Page 247

1        A    I am not a parkour expert.

2        Q    What's your experience with parkour?

3        A    Watching your client's videos.

4        Q    So you learned about parkour by watching my

5    client's videos?

6        A    I -- I -- I've seen parkour on the

7    internet.  I mean, I've read a bit about it.

8        Q    What did you -- what have you read about

9    it?

10       A    Basically, what -- what I said to you

11   previously.

12       Q    When did you read these things?

13       A    I don't recall the exact date.

14       Q    Did you read them before making this video?

15       A    I don't recall.

16       Q    Were you trying to be a parkour critic when

17   you filmed this video?

18       A    I think it's one aspect of the -- the

19   character that was so interesting to me.

20   Definitely.

21       Q    So you were trying to criticize the

22   character as portraying himself as cool and suave.

23   And you were also criticizing him as portraying

24   himself as somebody that knows parkour?

25       A    I think you're -- you're -- you're dicing

Ethan Klein                                                    December 29, 2016

1    together the central point of his character.  Which

2    is he's -- he's established himself as this alpha

3    male, who can pick up women, you know, by -- by --

4    with ease, but it's just misogynistic pseudo

5    pornography.  And they all tie together to create

6    that package.

7         Q    Is it your experience that a lot of alpha

8    males practice parkour?

9         A    I think he -- I mean, I can't speculate to

10   that.  That means pretty hypothetical.

11        Q    I'm not asking you to speculate.  I mean,

12   you said alpha male; what do you mean by that?

13        A    Well, he's -- he's the kind of guy, who can

14   just show up and -- and get the girl.  He's -- he's

15   bold.  He's bold guy.

16        Q    So you're criticizing him for being bold

17   guy, the character?

18        A    Once again, as I've previously stated, I'm

19   criticizing the entire package, the entire

20   experience, the entire misogynistic pseudo

21   pornography package that he's sewn together.

22        Q    Well, you used the term, "misogynistic."

23   What's misogynistic about it?

24        A    I think he portrays women as easy.

25        Q    Well -- well, why do you say that?

Ethan Klein                                December 29, 2016

Page 249

1       A       Well, I think when you take the video at

2   its whole face-value, I think we're talking about

3   specifically this one clip.  But it's the common

4   thread throughout the bold guy series and the Matt

5   Hoss Zone channel, where it -- it takes very little.

6   And usually, in these very implausible scenarios,

7   where women just give it up to use a bit of

8   parlance.

9       Q       Well, let's just talk about this video.

10              What about this video implies that women

11  are easy?

12      A       Well, we haven't quite gotten to that yet,

13  so if you want to -- if you want to play the whole

14  video, I can point it out to you, which parts are.

15      Q       Well, let me ask you, in your life

16  experience, have you ever had to pick up a woman by

17  challenging her to a parkour race?

18      A       Not that I recall.

19      Q       If you had to, would that seem easy to you?

20      A       The parkour is not easy; the girl is.

21      Q       Well, how is the girl easy?  She just had

22  to have a whole parkour race with this guy.

23      A       Well, basically, it starts with her

24  saying -- you know, being disgusted.  And almost

25  immediately, as we draw to the conclusion of the

1    video, being ready to give it up.

2        Q    What makes you draw that conclusion, that

3    she's ready to give it up?  Didn't she challenge him

4    to a parkour race?

5        A    Sorry, can you rephrase that?

6        Q    What makes you say that she was willing to

7    easily give it up, as you said?  Wasn't she

8    challenging bold guy to a parkour race?

9        A    I think depicting a woman who's -- who

10   starts from disgusted to uncontrollably sexually

11   attracted to a man, within the course of -- of -- of

12   a five-minute video, is -- is a woman who is

13   depicted as not realistic and easy, and depicts

14   women, who are overly sexual and overly eager, to

15   pursue this guy that, really, in my opinion, has no

16   charm at all.

17       Q    Is it realistic, do you think, for a woman

18   to be interested in a guy because he beats her in a

19   parkour race?

20       A    I can't -- I can't -- I mean, that's a bit

21   speculative.  I don't know.

22       Q    Well, you're talking about it.  You said

23   it -- it's -- it's strange that this woman starts

24   off as being weird about this guy, but then suddenly

25   is all into him after this parkour race; isn't that

                                              Page 251

1    what you're saying?

2         A    Yes.  But it's more about the turnaround.

3    Not about the athletic joust they shared; more about

4    the -- the, "Hey.  You're disgusting.  Go away."

5    And then five minutes later, you know, "Do anything

6    you want to me."

7         Q    That seems unrealistic to you?

8         A    Yes.

9         Q    Very unrealistic?  Or very unrealistic?

10        A    Very unrealistic.

11        Q    So this video doesn't come off to you as

12   realistic, to you, at all?

13        A    No.  I'm not criticizing it for its

14   realistic value, it's a -- as you pointed out, it's

15   a short film, and I'm critiquing it.

16        Q    No.  No.  But right now.  Not in terms of

17   your criticism in the clip, but right now, does this

18   video seem realistic to you?

19        A    No.

20             MR. BUKHER:  Let's -- let's take a look at

21   Exhibit 29.

22                           (Whereupon Exhibit 29

23                           was marked for identification

24                           by the court reporter and

25                           was retained.)

Ethan Klein                                    December 29, 2016

1                   (Video played.)

2    BY MR. BUKHER:

3         Q    So here, with respect to this excerpt, you

4    talk about what happens when bold guy catches the

5    girl; is that right?

6         A    That's correct.  Or the hypothetical.

7         Q    And you talk about whether he is going to

8    put carrots in her ass and mayonnaise in her mouth;

9    is that right?

10        A    That is -- that's correct; it's used to --

11   I mean, the carrots and the mayonnaise --

12        Q    Well -- well, let's -- let's --

13             MR. BAR-NISSIM:  Tim, do not interrupt his

14   answer.

15             Ethan, complete what you were going to say.

16             THE WITNESS:  The carrots and --

17             MR. BUKHER:  Well, no.  I'm sorry, Ram.  I

18   asked a question and he answered it.  I'm not trying

19   to --

20             MR. BAR-NISSIM:  No.  No.  He wanted to

21   give you a complete answer, Tim, so slow down.  Let

22   him give his complete answer.

23             MR. BUKHER:  Well, no.

24             MR. BAR-NISSIM:  It might not be the answer

25   that you'd like --

                                        Page 253

1          MR. BUKHER:  Well, I'll rephrase the

2     question.

3          In this case, Ethan --

4          MR. BAR-NISSIM:  Okay.

5     BY MR. BUKHER:

6     Q    My question is:  Did he say -- did you say

7     that bold guy -- you're asking about what happens

8     when bold guy catches her; is that correct?  Yes or

9     no?

10    A    I'm -- I'm highlighting the absurdity, once

11    again, of what started the chasing of, you can do

12    anything you want to me --

13    Q    Sorry.  You didn't ask my -- you didn't

14    answer my question.

15         Did you -- did you say, "What happens when

16    he -- when she -- when he catches her"?  Yes or no?

17    A    I did not say, "What happens when he

18    catches her."

19    Q    "What happens when he catches her," you

20    didn't say that?

21    A    I was -- I -- I was making an -- a -- an

22    absurd observation.  I was -- it was a hypothetical.

23    Q    But did you not say that?  Did you not say,

24    "What happens when he catches her"?

25    A    Yeah.  You're taking it out of context,

Page 254

1    though.  It's a hypothetical.

2        Q    I'm not asking you about the context.  I'm

3    asking if you said that.  Did you say, "What happens

4    when he catches her"?

5        A    I don't recall.  I don't recall.

6             MR. BUKHER:  All right.  Let's watch

7    Exhibit No. 29 again.

8                    (Video played.)

9             MR. BUKHER:  Let's stop it right there.

10   BY MR. BUKHER:

11       Q    So did you say, "What happens when he

12   catches her"?

13       A    Yeah.  It was a hypothetical question posed

14   to myself.

15       Q    No.  No.  Did you -- did you ask that?  Did

16   you -- did you say, "What happens when he catches

17   her"?

18             MR. BAR-NISSIM:  Objection.  The video

19   speaks for itself, Tim.  You're just recounting

20   stuff that's happening in the video.  He's trying to

21   explain to you what he did in the video.

22             MR. BUKHER:  I'm not asking for an

23   explanation.  I'm asking whether he said that in the

24   video, Ram.

25             THE WITNESS:  I did present a hypothetical

Page 255

1    question to myself.

2    BY MR. BUKHER:

3        Q    No.  No.  No.  I'm not asking you

4    what -- what you meant by that.  I'm asking you

5    whether you said that.

6        A    Yes.

7        Q    Okay.  And then you said, "Does he have to

8    tackle her?"  You said that; right?

9        A    Yes.  In a hypothetical way to kind of

10   parody --

11       Q    Whoa.  Whoa.  Well, you said that; right?

12            THE REPORTER:  Okay.  One at a time.

13            Counsel, there's a delay on your end, so

14   when you cut somebody off, I can't get what you're

15   saying.  It blocks you out.

16            MR. BUKHER:  Ram, let me be very clear:  I

17   understand that Mr. Klein, Ethan, wants to talk to

18   me about what he meant by what he said.  But I'm

19   simply asking him whether he said something or not.

20   And if he's not going to answer the question, if

21   he's going to use up our time on this, I will use

22   this to move for another 7-hour deposition.

23            MR. BAR-NISSIM:  Tim, you're asking

24   questions about what is contained in a video.  So

25   you are --

Ethan Klein                                          December 29, 2016

Page 256

 1          MR. BUKHER:  That's --

 2          MR. BAR-NISSIM:  -- literally going to --

 3     you're going to tell me you're going to move to

 4     compel for an extra 7 hours, due to you asking

 5     questions about -- you asking questions about what

 6     related to the video.  Move on to more substantive

 7     questions.  You know what is actually in the video.

 8     Let's move on.

 9          MR. BUKHER:  No, Ram, I'm sorry, but I'm

10     perfectly within the right to ask what's within a

11     video.  He can either say yes, it happened in the

12     video.  Or no, it did not happen in the video.  And

13     if he's not going to answer, then he's not going to

14     answer.  And then we will just have to extend this

15     for another day.  Or we can simply answer "yes" or

16     "no," that something happened or did not happen in

17     the video.

18          I mean, do you disagree with that?  Do you

19     want to debate it a little bit further?

20          MR. BAR-NISSIM:  No.  But I just think that

21     given the time that you have, if you're concerned

22     about how he's going to -- if you simply want to ask

23     questions about what is contained in the video or

24     not, then --

25          MR. BUKHER:  Yes.  That's that what I'm

1    asking.  Given the time that I have, that's all I'm
2    asking.  And I'm asking that my time not be used up
3    for answers to questions that I'm not asking.  And I
4    think that's very crucial.
5              MR. BAR-NISSIM:  Okay.  Then let us do
6    this, Tim:  If you're going to continue asking
7    questions, and make it clear that is just what is
8    actually being said in the video, then -- then we --
9    then I'll make sure that Ethan does respond as "yes"
10   or "no" in terms of that.
11             But let us also, you know, in terms of the
12   time that you have, I would just think it's merely
13   wiser to ask, you know, stuff other than what is
14   contained in the video.  So to be respectful for
15   your time, let us have you move on, and we'll take
16   it from there.
17             MR. BUKHER:  Ram, I appreciate your advice.
18             Ethan, I am going to ask you questions
19   about whether something or not happened in the
20   video.  In order to keep this brief, can you answer
21   "yes" or "no," and then I may or may not ask you
22   what you mean by what you said in those points, if
23   that's relevant to the question.  And -- and then
24   you could tell me what you meant.
25             Is that clear?

1          THE WITNESS:  That's -- that's clear.

2     But -- yeah, that's -- that's clear to me.

3     BY MR. BUKHER:

4          Q    Okay.  Okay.  So you said, in this video,

5     "What happens when he catches her," you said that;

6     right?

7          A    I said, "What happens when he catches her";

8     that is correct.  I said that.

9          Q    And you said, "No, does he, like, take her

10    out and rape her?"

11         Did you say that?

12         A    I -- I did say that, yes.

13         Q    And what do you -- what did you mean by

14    that, when you said that?

15         A    So I was trying to highlight the -- again,

16    the absurdity of this whole chasing, and the premise

17    of her saying, "Do whatever you want to me once you

18    catch me," as kind of like a nature documentary,

19    it's so primal, and so absurd, and so implausible.

20    It highlights how absurd it is, this notion of a man

21    chasing a woman, it's like a -- it's almost like a

22    violent rape scene in a way, it's like -- and I

23    think it's a legitimate question, like, "What

24    happened when he gets to her?"  Like is he going to

25    tackle her, you know what I mean?  I think -- I

Page 259

1    think the comment, the extreme level of the comment,

2    goes to show how absurd this whole chasing is.  It

3    is kind of rape-y, this man chasing woman.

4        Q    Okay.  And did you then say, "Hope he's got

5    carrots -- sorry, "Hope he's got mayonnaise and

6    carrots with him, because that's what I want."

7            Did you say that?

8        A    I -- I said -- I don't recall, exactly, the

9    words, but approximately something like that.

10       Q    All right.  And -- and what does this video

11   have to do with mayonnaise and carrots?

12       A    Once again, the mayonnaise and carrots is a

13   metaphor for this absurd scenario, in which he can

14   do anything he wants to her when he catches her.

15   I've repeated this point to you several times, so

16   I'll say it one more --

17       Q    But you -- well, hold on.  You don't have

18   to say it one more time.  You have repeated this

19   point several times, with respect to the other

20   clips; is that not the case?

21       A    That is the case, as I am building upon

22   this whole thesis of the misogynistic pseudo

23   pornography.  And I think each clip serves to build

24   on that case, and offers a new insight into it.

25       Q    What new insight does this clip offer,

1   exactly?

2        A    Well, it -- it builds.  It adds further

3   foundation to my claim.

4        Q    Well, what does it build, exactly?

5        A    I think -- I think this part of him chasing

6   her down kind of adds to the absurd image of this --

7   this, you know, primal standoff, that's just so

8   implausible.

9        Q    Wasn't he chasing her in the previous clip,

10  though?

11       A    Yeah.  That one, we -- we took that moment

12  to -- to joke about his -- and -- and to highlight

13  the absurdity of his parkour, and not taking the

14  path of least resistance.

15       Q    So you're saying more chasing is more

16  building of the primal standoff?

17       A    Well, I believe our comments, in the two

18  different clips, were different, but I --

19       Q    Sorry, what were you saying?

20       A    I had finished.  Sorry.

21       Q    All right.

22            MR. BUKHER:  Let's take a look at Exhibit

23  No. 18 -- sorry, Exhibit No. 17.

24                 (Video played.)

25  BY MR. BUKHER:

Page 261

1        Q    So here, it looks like you're commenting on

2    what was happening in the video.

3             Is that fair to say?

4        A    Yes.

5        Q    But you were narrating what the guy was

6    doing in the video?

7        A    Not narrating.

8        Q    No?  What were you doing?

9        A    Again, I was speaking to the -- the

10   goofiness of his parkour, and building that thesis

11   of this macho, you know, porn- -- misogynistic

12   pornographer, who does cool parkour, but could

13   actually just take the sidewalk, around the wall,

14   instead of jumping over it.  It doesn't express

15   prowess; it just more express a bit of buffoonery.

16       Q    But -- but you understand that this video's

17   fictional.

18            You understand that?

19       A    Yeah.  I'm critiquing -- I'm critiquing

20   both the fictional bold guy, and the director, Matt

21   Hoss.

22            MR. BUKHER:  Okay.  Let's look at

23   Exhibit 18.

24                      (Whereupon Exhibit 18

25                       was marked for identification

1                      by the court reporter and

2                      was retained.)

3                      (Video played.)

4    BY MR. BUKHER:

5       Q    So what was the point of the excerpt in

6    this clip?

7       A    I think it's showing how this exchange

8    between them is so drawn out, and kind of, you know,

9    he's -- he's building this tension of -- of, you

10   know, what happens when he can do anything he wants

11   to her, and it's -- it's just showing, again, his

12   false sense of -- of masculinity, and his false

13   sense of confidence in this character.  And again,

14   using the mayonnaise and the carrots as a metaphor

15   for just this -- this absurd -- this absurd action.

16      Q    You didn't actually say anything about

17   mayonnaise and carrots in this clip.

18           Are you having a flashback?

19      A    I think you may be mistaken, I think I did.

20      Q    Okay.  This -- this -- this particular

21   clip --

22      A    You may want --

23      Q    -- you just said it highlights the drawn

24   out relationship between the two characters.  Did

25   you actually say that in the clip?

Ethan Klein                                    December 29, 2016

1        A     It's infer -- I mean, it is inferred, I
2     don't think.
3        Q     No.  No.  Did you say that in the clip?  I
4     mean, imagine that I'm not inferring anything.  Did
5     you say that in the clip?
6        A     I am capable of expressing, you know,
7     a -- a commentary besides saying explicitly
8     something; that's part of a comedian's job.
9        Q     Part of a comedian's job is to say things
10    that he doesn't say?
11       A     That's an obtuse way of looking at it.
12    What I -- what I meant is that you can say things in
13    more than just saying it explicitly.
14       Q     But you didn't explicitly say that this
15    clip was about showing out the drawn out
16    relationship between the two characters; right?
17       A     Yeah.  Exactly my point.
18       Q     You didn't explicitly say that?
19       A     No.  It was said through -- through --
20    through the use of humor.
21       Q     But you don't explicitly say that; right?
22       A     It was expressed through -- through what we
23    said.
24       Q     But you didn't explicitly say that; right?
25       A     That ex- -- that exact phrase?  No, we did

Ethan Klein                                    December 29, 2016

                                              Page 264

1     not exactly say that.  It was expressed through

2     our -- our other language.

3          Q     You didn't -- you didn't -- you didn't say

4     any phrase that they were -- you didn't actually

5     say, audibly, any phrase that this clip was

6     expressing the drawn out --

7          A     Yes.  I --

8          Q     -- relationship --

9          A     I disagree with you.

10         Q     -- relationship of these two characters?

11         A     I'm afraid I disagree with you on that.

12         Q     Did you say those things?  Did you say the

13    word, "drawn out"?

14         A     Can you replay the clip?

15         Q     Yes.

16               Exhibit 18, please.

17                    (Video played.)

18               THE WITNESS:  As you heard Hila say, it's

19    pretty long.

20    BY MR. BUKHER:

21         Q     Yes.  I heard Hila say that it's pretty

22    long.  Did she say that this expresses the drawn out

23    action between the two characters?

24         A     The tone of her voice clearly expresses

25    that, and I -- and I echo that sentiment.

Ethan Klein                                    December 29, 2016

Page 265

1      Q    I agree with you, the tone of her voice

2    probably expressed that, but did she explicitly say

3    that?

4      A    I think it was explicit in the way that she

5    said it.  It's pretty long.

6      Q    Is that what explicit means?  What's your

7    understanding of what explicit means?  Just to get

8    back on that.

9      A    I think it's clearly conveyed.

10     Q    So you think the tone of Hila's voice

11   clearly conveys the commentary with respect to this

12   excerpt?

13     A    Yes.

14     Q    Is that your sense of many of the other

15   excerpts of this video?  That the tone of voice

16   explicitly conveys commentary?

17     A    I'm speaking about this one clip in

18   particular.

19     Q    Okay.

20          MR. BUKHER:  Well, let's -- let's watch

21   Exhibit 19.

22                      (Whereupon Exhibit 19

23                      was marked for identification

24                      by the court reporter and

25                      was retained.)

Ethan Klein                                    December 29, 2016

 1                   (Video played.)

 2    BY MR. BUKHER:

 3        Q    Okay.  So let me just state back to you

 4    what you guys said in this clip.

 5        A    Sure.

 6        Q    You said, Ethan, "That was sick"; is that

 7    correct?

 8        A    As I recall it, yes.

 9        Q    Well, you're recalling from having just

10    watched this clip; is that correct?

11        A    Yes.

12        Q    Okay.  And then Hila said, "Nah."

13        A    Yes.

14        Q    Is that right?

15        A    As I recall it.

16        Q    And then you said -- you said, as you

17    recall, "That was some straight up parkour"; is that

18    correct?

19        A    That's correct.  But I think you're

20    ignoring the tone of -- of the language.

21        Q    Whoa.  Whoa.  We'll get to the tone.

22             And then Hila said, "It's supposed to look

23    effortless"; right?

24        A    Yes.

25        Q    And then you said, "What?  Didn't it look

Page 267

```
 1   effortless?  That was fucking parkour, dude."
 2           Did you say that?
 3       A   Yes.
 4       Q   Okay.  What are you commenting on here?
 5       A   I think, again -- again, it all ties
 6   together, that he thinks that the parkour is very
 7   cool, very, very alpha male, he's out there, he's
 8   doing his thing.  And he's chasing down this girl,
 9   it's this primal experience.  But really, he's just
10   a buffoon, his parkour is not cool, he's just a
11   misogynistic pornographer, who is chasing down this
12   girl to presumably do whatever he wants to her.
13       Q   Did you say all of that in this clip?
14       A   Again, as I've previously said, a comedian
15   express --
16       Q   Wait.  Wait.  Yes or no?  We'll get on to
17   your tale.  Yes or no?  Did you just say all of that
18   in your clip?
19       A   I -- I think -- I believe it was expressed.
20       Q   Okay.  But you didn't say it; right?
21       A   Did I specifically say those words to
22   convey that meaning?
23       Q   Yes.
24       A   No.
25       Q   No.  No.  Did you say those words?
```

Ethan Klein                                    December 29, 2016

Page 268

1       A    I did not say those words in that way.

2       Q    Okay.  But those -- that -- that meaning

3   was conveyed in the tone?

4       A    I believe so, yes.

5       Q    Okay.

6            MR. BUKHER:  Let's watch Exhibit No. 20.

7                      (Whereupon Exhibit 20

8                       was marked for identification

9                       by the court reporter and

10                      was retained.)

11                     (Video played.)

12  BY MR. BUKHER:

13      Q    So what did you verbally convey in that

14  video?

15      A    Once again, I think this metaphor of the

16  mayonnaise is actually -- is actually --

17      Q    No.  No.  No.  What did you, verbally,

18  convey in that video?  Not -- not what you implied,

19  but I'm just curious what was, verbally, conveyed

20  here?

21      A    I mean, the video speaks for itself.  I

22  don't know -- I don't understand questioning of --

23      Q    Did you say, "Whoa, I'm going to like this

24  video"?

25      A    I -- can we -- can you replay it?  I don't

Ethan Klein                                    December 29, 2016

Page 269

1    actually recall saying that.

2            MR. BUKHER:  Yeah.  Let's replay

3    Exhibit 20.

4                    (Video played.)

5            THE WITNESS:  Yes, so I did say that.

6    BY MR. BUKHER:

7        Q    You said, "Well, I'm going to like this

8    video, that was bad ass"; right?

9        A    Yes.

10       Q    And then Hila said, "Yeah"?

11       A    Yes.

12       Q    And then you said, "He's going to fuck the

13   shit out of her now, man"?

14       A    Yup.  I don't know if that's exactly what I

15   said.

16       Q    Okay.  What -- okay.  I mean, that's what

17   you said verbally; what were you trying to convey?

18       A    So once again, the metaphor of the

19   mayonnaise comes up, and I think it's important,

20   once again, highlighting the -- the absurdity of

21   this chasing, this animalistic pseudo pornography,

22   this misogynistic, you know, carved out place for

23   pornography.  It's absurd.  "Catch me, do whatever

24   you want to me."  I think it's worthy of criticism.

25   And I think the mayonnaise point is a thread

Page 270

1    throughout the video, that drives that point home.

2        Q    Didn't you already make that point several

3    times?

4        A    As I've said to you, you know, many times

5    previously, it's a thesis, it builds.  Each -- each

6    scene adds new meaning and expression, it builds on

7    the thesis to drive this point home.  And I think

8    that it -- it's -- they're each necessary to

9    transform the clip, and for me to convey my -- my

10   message clearly.

11       Q    What meaning did this clip add, exactly?

12       A    Well, it shows how -- how ridiculous this

13   character is, I mean, he -- he catches her, he -- he

14   disappears and appears on the other side.  The

15   audience are -- are expected to look at this and

16   kind of by my comment be like, "Wow, that was

17   awesome.  I'm going to like this video," making a

18   parody of how I'm going to assume the audience

19   should react to this video because obviously that's

20   not my reaction.  It's very cheesy.  It's very

21   canty.  It's very buffoonish.

22            MR. BUKHER:  Okay.  Let's watch Exhibit 21.

23                         (Whereupon Exhibit 21

24                         was marked for identification

25                         by the court reporter and

Ethan Klein                                           December 29, 2016

 1                        was retained.)

 2              THE WITNESS:  Do you mind if I grab some

 3      water real fast?

 4              MR. BUKHER:  No.  Let's take a break.

 5              MR. BAR-NISSIM:  Okay.

 6        (Whereupon there was a break in the proceedings.)

 7              MR. BUKHER:  Let's watch Exhibit 21.

 8                        (Video played.)

 9      BY MR. BUKHER:

10         Q    So what are you talking in and about this

11      clip?

12         A    Well, I think there's two main parts.

13      Which one are you referring to?

14         Q    Let's go through both.

15         A    Well, the first part talks about how, you

16      know, the action sequence was kind of broke up by

17      this absurd, like he's a teleporter now.  So the

18      character is just inconsistent, I think that's worth

19      commenting on.  That he's a parkour God that can,

20      apparently, also teleport.  It -- it --

21         Q    Did you -- did you find that jarring?

22         A    I expressed -- I expressed -- yeah, in the

23      video, I did express that.  I -- I -- I parodied an

24      audience reaction, by saying, like, "Oh, man.  I

25      thought this was real, but it turns out that he can

1   teleport."

2       Q    Did you think that it was real?

3       A    No.  I -- I was parodying the audience

4   reaction.

5       Q    Okay.  What was the second part?

6       A    The second part was, again, this -- this

7   wonderful metaphor of -- of mayonnaise.

8       Q    Walk me through the metaphor again.

9       A    Yeah.  Absolutely.  So again, the -- as

10  I've -- as I've stated previously, the mayonnaise is

11  a metaphor for this absurd, you know, misogynistic

12  pseudo pornography.  This catch me, and you can do

13  anything you want to me.  It's like, how many

14  options are there; right?  So he got her, and I'm

15  wondering, where's the mayonnaise?

16      Q    What does that have to do with mayonnaise?

17      A    Well, it's the metaphor that -- that ties

18  into it.

19      Q    Well, I mean, what you just said, what does

20  that have to do with mayonnaise?

21      A    It draws back, again, to -- to repeat

22  myself for you, in the beginning, he said -- she

23  says, "Catch me, and you can do anything you want to

24  me."  And I observed that there's only so many

25  things that he can do to her.  I mean, you know, the

Page 273

1   implication of, like, rap, almost, is there.

2   And -- and -- and -- and, you know, mayonnaise is

3   used to highlight the absurdity of the lack of

4   options; right?

5       Q   Well, I'm not sure I understand.  How does

6   mayonnaise highlight the lack of option?  Mayonnaise

7   seems to be one of infinite option.

8       A   That's exactly right.  So you kind of just

9   understood the silliness of my point.  If you

10  consider putting mayonnaise, as a sexual act, as an

11  option for what Matt was thinking about, then you're

12  starting to get what I'm getting at.  It's a satire.

13  It's a parody.

14      Q   So it could have been mayonnaise.  It could

15  have been poodles.  It could have been put dragons

16  up her ass; right?

17      A   No.  That's the joke.  It's just sex.  But

18  if you -- but if you would have made that comment, I

19  would have think that it was a funny and good

20  observation.  Next to the mayonnaise.

21      Q   But why mayonnaise, rather than poodles or

22  dragons?

23      A   As I said, I like mayonnaise.

24          MR. BUKHER:  Can we watch Exhibit No. 22,

25  please.

```
 1                      (Whereupon Exhibit 22

 2                      was marked for identification

 3                      by the court reporter and

 4                      was retained.)

 5                      (Video played.)

 6            MR. BUKHER:  Can we stop for a second?

 7    BY MR. BUKHER:

 8       Q    So -- so there was an excerpt just now, and

 9    then you talk about how that was a romp and a riot,

10    was -- were you talking about the excerpt?  Or the

11    video as a whole?

12       A    I think I was referring to both.

13       Q    Because the excerpt was building up the

14    whole video; right?

15       A    I not -- I'm afraid I don't understand what

16    you mean by that.

17       Q    Well, what relevance does the excerpt, that

18    was just shown in this exhibit, have to do with what

19    you're talking about?  This video being a romp and a

20    riot?

21       A    I think it -- the -- you know, he tied it

22    together in a -- in a -- just such a -- such a way

23    that kind of drove him, the thesis home.  How, you

24    know --

25       Q    Well --
```

1        A    -- she -- she hated him.  And after a

2   brief, goofy, parkour chase, she was ready to, you

3   know, engage in sexual activity with him.  And I

4   think that, for the record, you've cherry-picked

5   these clips quite selectively, and I think, taken as

6   a whole, each piece clearly would help to build upon

7   the next, and add new insight.

8        Q    Well, let me -- let me be clear about

9   something:  You said, "cherry-picked these clips,"

10  but aren't these clips literally every sequential

11  clip in your video?

12       A    I don't know.

13       Q    Well, you don't have to admit that, but, I

14  mean, just so you know, we are going to submit it,

15  as an exhibit, in whole.  If you know, you can admit

16  it.  If you don't, I guess you don't have to.

17       A    No.  I actually don't know if there's

18  anything missing or not.  But I think --

19       Q    Okay.  So you --

20       A    I think -- think that --

21       Q    Well, that's fine.

22       A    I think the expression of the video --

23       Q    We don't need to go -- we don't need go

24  into that.  I don't mean to interrupt you.  I do

25  want to conserve our time a little bit.  I apologize

Page 276

1   if I have to cut you off; it's just to keep our time

2   going.

3             You talked about the thesis, so your thesis

4   here, just to rephrase it, is that Matt Hoss's video

5   stand for this absurd, old style, cringe-tube

6   misogyny.

7             Is that, essentially, the thesis?

8       A    Are you -- you say -- you refer to Matt

9   Hoss, are you refer -- are you including bold guy,

10  as a character, in that?

11      Q    Well, I'm talking about the director of the

12  videos.  That you're saying that his videos stand

13  for the absurd, old style, cringe-tube, misogyny;

14  right?

15      A    So we're talking about Matt Hoss, the

16  director; not bold guy, the character?

17      Q    Well, bold guy doesn't film characters.

18            You understand that; right?

19      A    Well, I'm just trying to understand the

20  heart of your question.

21      Q    My question is:  Matt Hoss, the plaintiff,

22  it's your thesis that he directs videos that stand

23  for absurd, old style, cringe-tube misogyny.

24            Is that your thesis?

25      A    My thesis is not that simple.  I think it's

1    more about the -- the -- the -- this kind of

2    turning -- turning his video upside down, where he

3    portrays himself as this cool, suave, pick-up,

4    athletic, you know, sex machine.  But he's actually

5    a buffoon, a misogynist, and -- and -- and -- and

6    frankly, I -- yeah, it's -- it's all -- it's all

7    backwards, I think.  It's -- it's more about the,

8    you know, the perception he sees as himself is

9    completely backwards.  So pseudo pornography

10   misogyny.

11       Q     So your -- so your thesis, just to be

12   clear, is that the bold guy tries to portray himself

13   as suave, but in fact, he portrays himself as an

14   absurd misogynist?

15       A     That's part of it.

16       Q     What other part of it?  Let's be thorough.

17       A     Yeah.  Well, it's also a historical

18   commentary on this whole cringe-tube phenomenon,

19   which this video represents.

20       Q     Okay.

21       A     It's also -- it's also a comment -- it's

22   also about misogyny, you know, how men -- certain

23   men see women as these easily -- easy-to-obtain

24   objects.  And it is -- and it is about, you know,

25   with that, again, coming back to that wonderful

1   metaphor of mayonnaise, that, you know, highlights

2   the -- how absurd it is.  Of almost like this rape

3   scenario, this -- this, you know, "catch me, if you

4   can, and you can do anything you want to me."

5       Q    So pretty much every scene in this video

6   has this cringe-y pseudo pornographic message.

7            Is that what you're saying?

8       A    I -- if you -- not exactly, but that's --

9   that's pretty true.

10      Q    And yet, you felt it was absolutely

11  necessary to use nearly all of their original work

12  in order to make this one, drawn out point?

13      A    How would you define "nearly all"?

14      Q    Well, you used all of the excerpts, that we

15  talked about so far, to make this one point; is that

16  correct?

17      A    Not -- well, you say "this one point," you

18  make it seem more simple than it is.  I think I said

19  a lot more than what you're acknowledging.

20      Q    Well, you said that the video has a

21  cringe-y, pseudo pornographic message that somehow

22  related to mayonnaise?

23      A    Yes.

24      Q    And all of these clips that you showed made

25  that point?

1        A    And it's historical context.  And it's

2    about misogyny.  So I'd say my thesis is about

3    historical context, it's about misogyny, it's about

4    this character of bold guy, who thinks he's cool,

5    but he's actually a buffoon.  It's about the

6    director, Matt Hoss, who thinks he's making great,

7    you know, cinema, but it's not.  It's -- it's all of

8    that stuff.

9        Q    And you feel like every excerpt that you

10   used pretty much stands for the same idea?

11       A    I think it's definitely a common thread

12   that you'll find throughout the video.  Especially

13   if you watch it in its entirety.

14       Q    Okay.  Now, in this video that we watched,

15   we talked about the stylistic alterations that you

16   made to the PrankInvasion video.  I noticed that you

17   didn't make any stylistic alterations here.

18            Why is that?

19       A    I think it's a different type -- type of a

20   reaction video.  As I said, there's kind of

21   different types, where I think in lieu of these --

22   these comedic sprinklings of edits, we had Hila on

23   to give a feminine input to help build upon this

24   case of misogyny.  I don't think those clips are --

25   are necessary to -- to, you know, in parodying, and

1   comment- -- and commentating, and transforming the

2   clip to have new expression.

3       Q    So you have felt like having Hila on this

4   video stood in -- in place as a substitute for

5   having stylistic alterations?

6       A    Not in place; it's just, it's a different

7   medium.  It's a different -- it's a different type

8   of expression.  They don't substitute each other;

9   one's not contingent on the other one.

10      Q    Well, you -- you seem to go to great

11  lengths to make stylistic alterations in the

12  PrankInvasion video; you didn't really do that in

13  this video.

14      A    Is that a question?

15      Q    Well, did you do that in this video?

16          MR. BAR-NISSIM:  Objection.  Vague and

17  ambiguous.

18          THE WITNESS:  Did I do, what, in this

19  video?

20  BY MR. BUKHER:

21      Q    Make stylistic alterations.

22      A    In this video, as I've explained, I think

23  the device to -- to -- the device that I chose, to

24  help highlight this video, was to include Hila, for

25  her feminine aspect, to help comment on the

1   misogyny.

2        Q    Okay.  So this -- this video was published,

3   and then a little while later, as I understand it,

4   Mr. Hoss reached out to you; is that correct?

5        A    I don't recall the -- the exact duration of

6   time, but obviously, afterwards, he reached out to

7   me.  After some -- some duration of time.

8        Q    Okay.  And then there was some discourse

9   between your lawyers and Mr. Hoss's lawyers; is that

10  correct?

11       A    Yes.  That's correct.

12       Q    And then you published another video, "We

13  Are Being Sued"; is that correct?

14       A    Yes.

15       Q    What was that about?

16       A    That video was highlighting the absurdity

17  of the -- of the -- of settlement offers, and the

18  kind of the -- the complaints itself.  It was about

19  the lawsuit.

20       Q    What about the absurdity and settlement

21  offers?

22       A    I -- well, first he -- he -- he asked for

23  $4,000, I think approximately, I don't remember the

24  exact amount.  Which I felt was a shakedown, and

25  kind of a silence money, and a bad precedent to set