Caroline A. Morgan
Fox Rothschild LLP
100 Park Avenue, 15th Fl.
New York, NY 10017
Telephone: 212-878-7900

Jeffrey S. Kravitz (admitted *pro hac vice*)
Rom Bar-Nissim (admitted *pro hac vice*)
Fox Rothschild LLP
1800 Century Park East, Suite 300
Los Angeles, California 90067-1506
Telephone:  310-598-4150
Attorneys for Defendants

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MATT HOSSEINZADEH,<br><br>                                   *Plaintiff,*<br><br>         – vs –<br><br>ETHAN KLEIN and HILA KLEIN,<br><br>                                        *Defendants.* | **Civ. 16-cv-3081 (KBF)**<br><br>**DECLARATION OF ETHAN AND HILA KLEIN IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT PURSUANT TO FED. R. CIV. P. 56** |

We, Ethan Klein and Hila Klein, do hereby state and declare as follows:

1.      We are the defendants in the above-captioned matter.  We have personal

knowledge of all the matters contained in this declaration and, if called and sworn as a witness,

we could and would competently testify to all of the matters contained herein.  We make this

declaration in support of Defendants' Motion for Summary Judgment Pursuant to Fed. R. Civ. P.

56.

2.      We are a married couple who make comedy videos on YouTube. In 2015, we

were declared Reddit's YouTubers of the Year. We have two YouTube channels: our primary

channel H3H3 Productions ("H3H3") and secondary channel Ethan and Hila ("E&H"). We

Declaration of Ethan and Hila Klein
Page 2
Civ. 16-cv-3081 (KBF)

provide a variety of comedic content on our channels, including sketches, vlogs and reaction videos. Our reaction videos provide our personal insights on someone else's video through critical analysis, parody and commentary. We do not select these videos because we consider them inherently funny. Rather, we select these videos because we have something critical to say about the video in a comedic manner.

3.     The reaction videos on H3H3 differ from the ones we post on E&H. H3H3 reaction videos involve Ethan's reaction while Hila is filming. Ethan reactions are bombastic, expressing comedic outrage to the outrageous things we find online. Some of these videos employ stylistic edits, like editing in other clips, tinting, zooming and using graphic images. We do not rely on these stylistic edits to transform the original video. Rather, we consider our commentary and critique to be the heart of our claim to fair use and the stylistic edits merely provide texture and comedic effect. Reaction videos posted on E&H differ in that they include Hila, are intended to be more lighthearted and rarely employ the stylistic edits. Hila is not a substitute for stylistic edits.  Rather, E&H reaction videos are a different format offering Hila's perspective in addition to Ethan's, which brings an added level of commentary to the video.

4.     We have made videos, including reaction videos, commenting on politics. For illustrative purposes, below are some of our videos commenting on politics.

A.     A true and correct copy of our video *My Thoughts On The Election* posted on H3H3 on 11/10/16 is included in Defendants' Compendium of Exhibits as Exhibit 31.

B.      A true and correct copy of our video *YouTube is Not Being Honest with Us* posted on H3H3 on 11/29/16 is included in Defendants' Compendium of Exhibits as Exhibit 32.

C.     A true and correct copy of our video *How Fake News Goes Viral* posted on H3H3 on 11/27/16 is included in Defendants' Compendium of Exhibits as Exhibit 33.

2

Declaration of Ethan and Hila Klein
Page 3
Civ. 16-cv-3081 (KBF)

D.      A true and correct copy of our video *Why is Donald Trump so TRIGGERED?* posted on H3H3 on 11/20/16 is included in Defendants' Compendium of Exhibits as Exhibit 34.

E.      A true and correct copy of our video *YouTube Might Make Your Favorite Channel Disappear* posted on H3H3 on 11/16/16 is included in Defendants' Compendium of Exhibits as Exhibit 35.

F.      A true and correct copy of our video *Veterens Days DEALS and FREEBIES!!* posted on H3H3 on 11/12/16 is included in Defendants' Compendium of Exhibits as Exhibit 36.

G.      A true and correct copy of our video *Leave Ken Bone Alone!* Posted on H3H3 on 10/21/16 is included in Defendants' Compendium of Exhibits as Exhibit 37.

H.      A true and correct copy of our video *Who I'm Voting for President re: Case Neistat* posted on H3H3 on 10/16/16 is included in Defendants' Compendium of Exhibits as Exhibit 38.

I.      A true and correct copy of our video *Everyone Needs to Stop Getting TRIGGERED* posted on H3H3 on 10/4/16 is included in Defendants' Compendium of Exhibits as Exhibit 39.

J.      A true and correct copy of our video *Interview with HUGH MUNGUS!* posted on H3H3 on 9/13/15 is included in Defendants' Compendium of Exhibits as Exhibit 40.

K.      A true and correct copy of our video *$140,000 RAISED!!! Interview with Hugh Mungus* posted on H3H3 on 11/11/16 is included in Defendants' Compendium of Exhibits as Exhibit 41.

3

Declaration of Ethan and Hila Klein
Page 4
Civ. 16-cv-3081 (KBF)

       L.     A true and correct copy of our video *Interview with Ken Bone* posted on H3H3 on 10/27/16 is included in Defendants' Compendium of Exhibits as Exhibit 42.

       5.     We have made videos, including reaction videos, commenting on intellectual property and legal issues. For illustrative purposes, below are a some of our videos commenting on intellectual property and legal issues.

       A.     A true and correct copy of our video *SoFloAntonio – h3h3 reaction video* posted on H3H3 on 4/2/15 is included in Defendants' Compendium of Exhibits as Exhibit 43.

       B.     A true and correct copy of our video *SoFloAntonio's Facebook Page – h3h3 reaction video* posted on H3H3 on 11/13/15 is included in Defendants' Compendium of Exhibits as Exhibit 44.

       C.     A true and correct copy of our video *THE SOFLO FACEBOOK RANT* posted on H3H3 on 2/9/16 is included in Defendants' Compendium of Exhibits as Exhibit 45.

       D.     A true and correct copy of our video *IN RESPONSE TO SOFLO* posted on H3H3 on 2/11/16 is included in Defendants' Compendium of Exhibits as Exhibit 46.

       E.     A true and correct copy of our video *Embracing the Meme with SoFloAntonio* posted on E&H on 2/14/16 is included in Defendants' Compendium of Exhibits as Exhibit 47.

       F.     A true and correct copy of our video *The Return of SOFLO* posted on H3H3 on 8/28/16 is included in Defendants' Compendium of Exhibits as Exhibit 48.

       G.     A true and correct copy of our video *The Fine Bros Rant* posted on H3H3 on 2/2/16 is included in Defendants' Compendium of Exhibits as Exhibit 49.

ACTIVE\43439003.v1

Declaration of Ethan and Hila Klein
Page 5
Civ. 16-cv-3081 (KBF)

H.    A true and correct copy of our video *How to Dispute a Strike – DMCA Process Explained* posted on H3H3 on 10/24/16 is included in Defendants' Compendium of Exhibits as Exhibit 50.

I.    A true and correct copy of our video *Your Privacy Is At Risk* posted on H3H3 on 7/8/16 is included in Defendants' Compendium of Exhibits as Exhibit 51.

J.    A true and correct copy of our video *A new chapter for fair use on YouTube* posted on H3H3 on 5/26/16 is included in Defendants' Compendium of Exhibits as Exhibit 52.

K.    A true and correct copy of our video *The Facebook Scam* posted on E&H on 12/15/15 is included in Defendants' Compendium of Exhibits as Exhibit 53.

L.    A true and correct copy of our video *YouTube's New Program is Horrible* posted on H3H3 on 9/22/16 is included in Defendants' Compendium of Exhibits as Exhibit 54.

M.    A true and correct copy of our video *Thank You YouTube* posted on H3H3 on 8/29/16 is included in Defendants' Compendium of Exhibits as Exhibit 55.

N.    A true and correct copy of our video *Why Doesn't YouTube Explain Anything* posted on H3H3 on 9/1/16 is included in Defendants' Compendium of Exhibits as Exhibit 56.

6.    We have made videos, primarily reaction videos, commenting on online content we consider inappropriate sexually, socially, racially, morally or otherwise inappropriate.  For illustrative purposes, below is a list of videos we have made targeting online content we consider inappropriate sexually, socially, racially, morally or otherwise inappropriate.

A.    A true and correct copy of our video *Toy Channels are Ruining Society* posted on H3H3 on 1/25/17 is included in Defendants' Compendium of Exhibits as Exhibit 57.

5

Declaration of Ethan and Hila Klein
Page 6
Civ. 16-cv-3081 (KBF)

B.     A true and correct copy of our video *This Baby Syringe Channel is*

*DISTURBING* posted on H3H3 on 1/9/17 is included in Defendants' Compendium of Exhibits as

Exhibit 58.

C.     A true and correct copy of our video *WHAT ARE THESE PRANKSTERS*

*DOING?!* Posted on H3H3 on 11/15/16 is included in Defendants' Compendium of Exhibits as

Exhibit 59.

D.     A true and correct copy of our video *This Weird Toy Channel is Freaky*

posted on 9/3/16 is included in Defendants' Compendium of Exhibits as Exhibit 60.

E.     A true and correct copy of our video *Webs, Tiaras, and Bradberries*

posted on E&H on 5/17/16 is included in Defendants' Compendium of Exhibits as Exhibit 61.

F.     A true and correct copy of our video *Why Does This Exist in Minecraft?!*

Posted on E&H on 3/18/16 is included in Defendants' Compendium of Exhibits as Exhibit 62.

G.     A true and correct copy of our video *Deception, Lies, and CSGO* posted

on H3H3 on 7/3/16 is included in Defendants' Compendium of Exhibits as Exhibit 63.

H.     A true and correct copy of our video *Pranks in the Hood – h3h3 reaction*

*video* posted on H3H3 on 4/9/15 is included in Defendants' Compendium of Exhibits as Exhibit

64.

I.     A true and correct copy of our video *Feeding the Homeless – h3h3*

*reaction video* posted on H3H3 on 10/5/15 is included in Defendants' Compendium of Exhibits

as Exhibit 65.

J.     A true and correct copy of our video *How Does A Homeless Man Spend*

*$100 – h3h3 reaction video* posted on H3H3 on 6/11/15 is included in Defendants' Compendium

of Exhibits as Exhibit 66.

6

Declaration of Ethan and Hila Klein
Page 7
Civ. 16-cv-3081 (KBF)

K.    A true and correct copy of our video *$100 homeless man dies – Where is the money JoshPalerLin?* posted on E&H on 7/5/15 is included in Defendants' Compendium of Exhibits as Exhibit 67.

L.    A true and correct copy of our video *The Deleted Social Experiment – h3h3 reaction video* posted on H3H3 on 3/12/16 is included in Defendants' Compendium of Exhibits as Exhibit 68.

M.    A true and correct copy of our video *KILLING BEST FRIEND PRANK – h3h3 reaction video* posted on H3H3 on 12/1/15 is included in Defendants' Compendium of Exhibits as Exhibit 69.

N.    A true and correct copy of our video *The Dangers of Social Media – h3h3 reaction video* posted on H3H3 on 8/20/15 is included in Defendants' Compendium of Exhibits as Exhibit 70.

O.    A true and correct copy of our video *The Dangers of Social Media (Boys Edition!) – h3h3 reaction video* posted on H3H3 on 10/24/15 is included in Defendants' Compendium of Exhibits as Exhibit 71.

P.    A true and correct copy of our video *PRANKSTERS GO TO PRISON* posted on E&H on 5/20/16 is included in Defendants' Compendium of Exhibits as Exhibit 72.

Q.    A true and correct copy of our video *Transgender in Woman's Bathroom* posted on E&H on 5/3/16 is included in Defendants' Compendium of Exhibits as Exhibit 73.

R.    A true and correct copy of our video *Joey Salads – h3h3 reaction* on H3H3 on 4/28/16 is included in Defendants' Compendium of Exhibits as Exhibit 74.

S.    A true and correct copy of our video *Social Experiments with Joey Salads* posted on E&H on 3/7/16 is included in Defendants' Compendium of Exhibits as Exhibit 75.

7

Declaration of Ethan and Hila Klein
Page 8
Civ. 16-cv-3081 (KBF)

T.    A true and correct copy of our video *How to Traumatize Your Children PRANK* posted on E&H on 3/7/16 is included in Defendants' Compendium of Exhibits as Exhibit 76.

U.    A true and correct copy of our video *Salad Lives Matter Ft. Joey Salads* posted on H3H3 on 10/3/16 is included in Defendants' Compendium of Exhibits as Exhibit 77.

V.    A true and correct copy of our video *How Pranksters Are Ruining Society...* posted on H3H3 on 10/18/16 is included in Defendants' Compendium of Exhibits as Exhibit 78.

W.    A true and correct copy of our video *Interview with Joey Salads* posted on H3H3 on 10/20/16 is included in Defendants' Compendium of Exhibits as Exhibit 79.

X.    A true and correct copy of our video *How to pick up girls – h3h3 reaction video* posted on H3H3 on 12/24/14 is included in Defendants' Compendium of Exhibits as Exhibit 80.

Y.    A true and correct copy of our video *The Surprise Kiss – h3h3 reaction video* posted on H3H3 on 6/29/14 is included in Defendants' Compendium of Exhibits as Exhibit 81.

Z.    A true and correct copy of our video *VitalyzdTv – h3h3 reaction video* posted on H3H3 on 3/24/15 is included in Defendants' Compendium of Exhibits as Exhibit 82.

AA.    A true and correct copy of our video *Expert Village – h3h3 reaction video* posted on H3H3 on 1/17/15 is included in Defendants' Compendium of Exhibits as Exhibit 83.

BB.    A true and correct copy of our video *The Return of Patrice Wilson* posted on H3H3 on 12/17/15 is included in Defendants' Compendium of Exhibits as Exhibit 84.

ACTIVE\43439003.v1

Declaration of Ethan and Hila Klein
Page 9
Civ. 16-cv-3081 (KBF)

CC.    A true and correct copy of our video *Alison Gold – Chinese Food – h3h3 reaction video* posted on H3H3 on 1/3/15 is included in Defendants' Compendium of Exhibits as Exhibit 85.

DD.    A true and correct copy of our video *Alison Gold – ABCDEFG – h3h3 reaction video* posted on H3H3 on 10/2/14 is included in Defendants' Compendium of Exhibits as Exhibit 86.

EE.    A true and correct copy of our video *A Very Classy Music Video (Gone Fogle)* posted on E&H on 3/11/16 is included in Defendants' Compendium of Exhibits as Exhibit 87.

FF.    A true and correct copy of our video *John Sakars – h3h3 reaction video* posted on H3H3 on 7/29/16 is included in Defendants' Compendium of Exhibits as Exhibit 88.

GG.    A true and correct copy of our video *Revisiting John Sakars* posted on E&H on 11/1/15 is included in Defendants' Compendium of Exhibits as Exhibit 89.

HH.    A true and correct copy of our video *Enema Tutorial – h3h3 reaction video* posted on H3H3 on 6/14/14 is included in Defendants' Compendium of Exhibits as Exhibit 90.

II.    A true and correct copy of our video *Revisiting Rain Florence* posted on E&H on 10/27/15 is included in Defendants' Compendium of Exhibits as Exhibit 91.

JJ.    A true and correct copy of our video *Kissing Pranks – h3h3 reaction video* posted on H3H3 on 12/3/14 is included in Defendants' Compendium of Exhibits as Exhibit 92.

KK.    A true and correct copy of our video *PrankInvasion – h3h3 reaction video* posted on H3H3 on 11/3/15 is included in Defendants' Compendium of Exhibits as Exhibit 93.

9

Declaration of Ethan and Hila Klein
Page 10
Civ. 16-cv-3081 (KBF)

   LL. A true and correct copy of our video *It's Time to Stop* posted on H3H3 on

7/19/16 is included in Defendants' Compendium of Exhibits as Exhibit 94.

   MM. A true and correct copy of our video *The Return of Prank Invasion* posted

on H3H3 on 12/13/16 is included in Defendants' Compendium of Exhibits as Exhibit 95.

   7. *The Big, The BOLD, The Beautiful* ("Critique Video") is 13:47 minutes long

video we created on February 14, 2016 and posted on E&H on February 15, 2016. It uses 24

distinct clips from Plaintiff Matt Hosseinzadeh's ("Plaintiff") video *Bold Guy vs. Parkour Girl*

("Work"), each ranging from 1 to 24 seconds with 75% being 12 seconds or less (i.e., 75%). The

clips amount to 3:15 minutes of the 5:24 minute Work (i.e, 60%). Our critique and commentary

comprised 10:43 minutes of the 13:47 minute Critique Video (i.e., 75%). The longest clip used

from the Work is overdubbed with comedic commentary.

   8. The thesis of our Critique Video had four over-arching themes: (1) put the Work

in historical context; (2) expose the Work as misogynistic pseudo pornography; (3) critique the

masculinity of the character Bold Guy in the Work and series of BG videos ("Series"); and (4)

critique Plaintiff for creating the Work, BG and Series. We used the clips from Plaintiff's Work

to establish our criticism and prove how they pervaded the entire Work clearly and convincingly

and how they were not isolated occurrences taken out of context.

   A. <u>Historical context</u>: We commented on the Work by placing it in historical

context.

     i. "<u>CringeTube:</u>" We began our critique by placing the Work in

historical context by explaining how the Work comes from the "CringeTube" era. "CringeTube"

was a period marked by sexually embarrassing (i.e., cringe-worthy) videos on YouTube. We

communicated two things about the Work by contextualizing it as from the "CringeTube" era:

10

Declaration of Ethan and Hila Klein
Page 11
Civ. 16-cv-3081 (KBF)

(1) the Work is sexually inappropriate, cringy and weird; and (2) it is from an era where similar content was pervasive and popular on YouTube but would not be successful by today's standards. We further explicated on this point by analyzing the Work's views relative to Plaintiff's subscriber count. Two and a half years after Plaintiff uploaded the Work (when we made the Critique Video), the Work received nearly ten million views. But this did not translate into a high subscriber count for Plaintiff. The explanation we offered was that the Work served as a form of pseudo pornography; people watched and, once satisfied, moved on without any attachments.

        ii.    <u>Prank Invasion</u>: We gave the Work historical context by describing it as a predecessor to Prank Invasion. Prank Invasion is a YouTube channel that makes scripted kissing prank videos where the host approaches women publicly and pranks them into giving him a kiss or engaging in fellatio. We had previously targeted Prank Invasion in our videos for (1) creating misogynistic pseudo-pornography; (2) depicting a false reality where sexual assault is acceptable; and (3) depicting women as easy prey for alpha males audacious enough to push women well beyond their comfort zone. By drawing the connection between Plaintiff's Work and Prank Invasion, we informed our audience that we would be tackling similar themes in our critique for the Work and how the Work fits within the "CringeTube" era.

        B.    <u>Misogynistic Pseudo-Pornography</u>**:** We critiqued the Work for being misogynistic and pseudo-pornographic. We used short clips from various parts of the Work to isolate the multiple instances where the Work's plot, dialogue and characters have all the trappings of a pornographic film, except the act is never consummated.

        i.    <u>Depiction of Women</u>: We critiqued how the Parkour Girl ("Woman") is depicted in a pornographic and misogynistic manner. We critique: (1) how she

11

Declaration of Ethan and Hila Klein
Page 12
Civ. 16-cv-3081 (KBF)

appears to sexually present herself to BG as he approaches; (2) how her character – and indeed the majority of Plaintiff's female characters – are depicted in a hypersexualized manner; (3) how the Woman and the majority of Plaintiff's female characters begin as incredibly hostile to BG but suddenly shift to being irresistibly attracted to him; and (4) how her dialogue resembles a pornographic film. To prove the Woman was depicted in a pornographic manner, we used short clips of the dialogue exchanges between the Woman and BG in the beginning and end of the Work to establish the veracity of these critiques. By showing the character's progression throughout the Work instead of an isolated moment or two, we wanted to prove our critique that the Woman is completely unrealistic and emblematic of a male dominated fantasy.

        ii.    <u>Primal Nature Documentary</u>: We point out the misogynistic and pornographic nature of the Work by comparing its scenes to a primal nature documentary. We establish this early on in the Critique Video by mocking how the Woman appears to sexually present herself to BG. We continue to build on this point during the Work's chase scene to mock how BG chasing after the Woman resembles a primal standoff where BG is trying to physically conquer the Woman to engage in sexually depraved acts.

        iii.    <u>Carrots and Mayonnaise</u>: We critique the Work's absurd pornographic and misogynistic premise by using the metaphor of "carrots and mayonnaise." This metaphor is established when the Woman tells BG that, if he catches her, BG can do whatever he wants to her. We portray this line as straight out of a pornographic film. We use the metaphor to ridicule how the line invites an infinite number of sexually depraved possibilities. The metaphor becomes a theme in our critique of the absurdity of the chase scene and to ridicule how BG expends so much effort to catch the Woman. The metaphor is also used to critique how the Work builds to this depraved sexual encounter that never actually materializes.

12

Declaration of Ethan and Hila Klein
Page 13
Civ. 16-cv-3081 (KBF)

    C.    <u>Critique of BG's masculinity in the Work and Series</u>: Our critique holds the depiction of BG's masculinity in the Work and entire Series to ridicule. St. 35.

    i.    <u>Depiction of BG as an alpha male</u>: We deconstruct how BG is depicted as an alpha male who can simply swoop in and get any woman he wants. Through ridiculing the various clips of dialogue and plot from throughout the Work, we critique how the character of BG and the Work's narrative project this false reality whereby women are easy and will engage in sexual relations if a man is an alpha male who is bold and impervious to a woman's hostility.

    ii.    <u>Portraying BG as a buffoon</u>: We dismantle Plaintiff's portrayal of masculinity by pointing out the numerous instances the Work attempts to portray BG as suave, clever, athletic and attractive when he is actually a buffoon, tacky, smug and vain. We establish this point by ridiculing clips of BG's pseudo-clever rejoinders, smug expressions and sleeveless hoodie costume. By establishing the multiple moments were BG is depicted as suave, coupled with comparing the Work to a primal nature documentary, we were more effectively able to point out BG's buffoonery when he fervently chases after the Woman and his lack of physical prowess during the parkour chase scene.

    D.    <u>Plaintiff for creating the Work, BG and Series</u>: We critiqued Plaintiff for creating the Work, BG and Series.

    i.    <u>The works are a reflection of Plaintiff's mind</u>: We ridicule how the Work, BG and the Series are a reflection of Plaintiff's mind. This point is set up initially when Hila states: "What I love about [Plaintiff's] videos is that he setup that situation. … [T]his is his script. … So, if you look at it from his point of view, this is just a girl doing this stuff on the street." By exposing the multiple instances where the Work resembles misogynistic pseudo-pornography, how the female characters are emblematic of a male fantasy and how BG's

ACTIVE\43439003.v1

Declaration of Ethan and Hila Klein
Page 14
Civ. 16-cv-3081 (KBF)

masculinity is actually buffoonery, we were better able to expose the variety of ways Plaintiff's

works were replete with absurd and perverse themes and messages. It served to reinforce our

point that the Work's plot, dialogue, action and characters are all a sexual fantasy Plaintiff is

trying to play out on video.

        ii.    <u>BG as Plaintiff's alter ego</u>:  We critique BG as being Plaintiff's alter ego

and how Plaintiff created BG and the Work to live out his sexual fantasy. We sought to expose

the multiple instances where Plaintiff attempts to showcase his masculinity, athleticism and wit

are actually highly manicured, for example (1) how he writes the dialogue to compliment himself

physically and make himself appear clever; (2) how his attempt to come across as suave only

makes him appear smug and unappealing; and (3) how his use of parkour does not show physical

prowess but is gratuitous, absurd and graceless.

    9.    On April 20, 2016, my then attorneys received a cease and desist letter from

Plaintiff's attorneys. The letter offered to settle Plaintiff's claim of copyright infringement if we

agreed to take down the Critique Video, pay Plaintiff $3,750 and never speak of the incident. We

rejected this offer because we adamantly believed our video was fair use and were concerned

about the precedent accepting it would create, by paying people off instead of confronting the

issue of fair use. A true and correct copy of Plaintiff's First Settlement Offer is included in the

Compendium of Exhibits as Exhibit 121.

    10.    On April 24, 2016, Plaintiff made another settlement offer demanding we make a

video to promote him and his channel for two months, which he would approve beforehand.

While we did not accept Plaintiff's offer, we countered by offering to the remove the video, not

speak of the incident or on Plaintiff anymore. We rejected Plaintiff's conditions for the same

14

ACTIVE\43439003.v1

Declaration of Ethan and Hila Klein
Page 15
Civ. 16-cv-3081 (KBF)

reasons we rejected the first offer. A true and correct redacted copy of Plaintiff's Second Settlement Offer is included in the Compendium of Exhibits as Exhibit 122.

11.    When writing the DMCA counter-notification in response to Plaintiff's takedown notification ("Counter-notification"), we believed then, as we do now, that the Critique Video constituted fair use and was erroneously taken down. Our defense of this lawsuit is our attempt to vindicate that belief. A true and correct copy of the Counter-Notification is included in the Compendium of Exhibits as Exhibit 123.

12.    On May 23, 2016, we uploaded the *We're Being Sued* ("Lawsuit Video") where we discussed our response to being sued by the Plaintiff. It is a 15:43 minute video summarizing the events leading up to this lawsuit and the lawsuit itself. The discussion is divided into four parts: (1) an introduction explaining the situation (44 seconds); (2) fair use (2:00 minutes); (2) settlement offers (4:14 minutes); and (3) the lawsuit itself (8:45 minutes). We explained the difficulty of litigating the fair use defense and how we considered Plaintiff's settlement offers absurd. The majority of the video discussed the lawsuit, including exposing some of the allegations in Plaintiff's First Amended Complaint ("FAC") as absurd and plainly false. For example, Plaintiff alleged that the Work comprised the majority of our Critique Video when it clearly did not. We expressed our personal opinion on the lawsuit and our concerns on the precedent capitulating to Plaintiff's settlement demands would create and, if we failed to stand up for fair use, other YouTubers would experience similar threats. A true and correct copy of the Lawsuit Video is included in the Compendium of Exhibits as Exhibit 3.

/ / /

/ / /

/ / /

ACTIVE\43439003.v1

Declaration of Ethan and Hila Klein
Page 16
Civ. 16-cv-3081 (KBF)
/ / /

/ / /

13.    We omitted mention of Plaintiff's April 2, 2016 Email ("April 2, 2016 Email

Correspondence") because we considered it insignificant to the overall story. We viewed the

email as "belligerent" and a "threat" but inconsequential compared to Plaintiff's settlement offers

and lawsuit. A true and correct copy of the April 2, 2016 Email Correspondence is included in

the Compendium of Exhibits as Exhibit 124.

Executed this 12th day of February, 2016 in Los Angeles, California.


_____          _____
Ethan Klein                                       Hila Klein

16