1            UNITED STATES DISTRICT COURT

2            SOUTHERN DISTRICT OF NEW YORK

3

4

5   MATT HOSSEINZADEH,          )
                                )
6                  Plaintiff,   )
                                )
7       vs.                     ) Case No. 16-cv-3081(KBF)
                                )
8   ETHAN KLEIN and HILA KLEIN, ) Volume I
                                )
9                  Defendants.  )
    _____)

10

11

12

13             - NON-CONFIDENTIAL PORTION -

14

15     VIDEOTAPED DEPOSITION OF MATT HOSSEINZADEH

16              Los Angeles, California

17            Wednesday, January 4, 2017

18

19

20

21

22

23

24   Reported by:  Judith Schlussel
                   CSR No. 4307
25   NDS Job No.:  188094

                                                    1

1       Q.    And your date of birth?

2       A.    August 19, 1977.

3       Q.    Where were you born?

4       A.    Tehran, Iran.

5       Q.    Are you a United States citizen?          09:05:31

6       A.    Yes, I am.

7       Q.    And when did you become a citizen, sir?

8       A.    I can't recall the exact date.

9       Q.    Can you give us the approximate date?

10      A.    2001 or '2, approximately.               09:05:49

11      Q.    And as part of that citizenship process,

12  did you take any classes?

13      A.    No.

14      Q.    Did you have any training?

15      A.    No.                                       09:06:09

16      Q.    How do you earn a living presently?

17      A.    Combination of multiple jobs.

18      Q.    Okay.  And could you tell us each of those

19  jobs.

20      A.    Film producer, music producer.           09:06:26

21      Q.    Slow down, please.

22      A.    Film producer, music producer, and I

23  currently work in the food service industry.

24      Q.    When you say you work in the food service

25  industry, are you a pizza delivery person?         09:06:41

16

| 1 | A.   I am. |

2    ///

3    ///

4    ///

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24    (The following page, 18, is designated as

25    confidential and is bound and indexed separately.)

17

```
 1          Q.    How long have you been a pizza delivery

 2   person?

 3          A.    Four years.

 4          Q.    Is that a full-time job?

 5          A.    No.                                         09:07:32

 6          Q.    How many hours a week, approximately, do

 7   you work?

 8          A.    25.
```

```
 9          Q.    When you say you are a film producer, are

10   you employed by anybody else?                           09:07:48

11          A.    No.

12          Q.    Okay.  We got to have a couple of ground

13   rules around here.  It's for your benefit as well as

14   mine.  One of them is I don't interrupt you and you

15   don't interrupt me.                                      09:07:57

16          A.    Uh-huh.

17          Q.    You have to wait until I finish the

18   question --

19          A.    Okay.

20          Q.    -- for a couple of reasons.  No. 1, it's    09:08:02

21   difficult for the court reporter to take down two

22   people talking at the same time.  No. 2, the meaning

23   of the question can change by the time I get to the

24   end of the question.

25          A.    Uh-huh.                                     09:08:13
```

Matt Hosseinzadeh                                                    January 4, 2017

```
 1          Q.   Do you rent or is that something you own?

 2          A.   I rent.

 3          Q.   How long have you lived there?

 4          A.   Approximately three, three and a half

 5     years.                                           09:14:44

 6          Q.   Do you reside with anybody?

 7          A.   No.

 8          Q.   Have you lived with anybody during that

 9     three-and-a-half-year period?

10          A.   No.                                    09:14:52

11          Q.   Where did you live before that?

12          A.   West L.A.

13          Q.   Did you reside with anybody in West L.A.?

14          A.   No.

15          Q.   How long did you live in West L.A. for?  09:15:04

16          A.   Approximately three years.

17          Q.   Now, did you have employment before being a

18     pizza delivery person?

19          A.   Yes.

20          Q.   And was there a period where you were   09:15:27

21     unemployed or have you consistently been employed?

22          A.   Between those two?

23          Q.   Before being a pizza delivery person, were

24     you employed someplace else?

25          A.   Yes.                                    09:15:42
```

27

```
 1        Q.   Where were you employed?

 2        A.   Driver's Ed Direct.

 3        Q.   What is that?

 4        A.   It's a driving school.

 5        Q.   When were you employed there?  Which years?  09:15:55

 6        A.   Approximately 2009 to 2013.

 7        Q.   What was your job there?

 8        A.   I taught driving.

 9        Q.   Was that full time or part time or did it

10   vary?                                               09:16:14

11        A.   Part time.

12        Q.   And how many hours approximately part time?

13        A.   Between 15 and 20 hours.

14        Q.   Were you terminated?

15        A.   I was.                                     09:16:44

16        Q.   Why?

17        A.   Customer complaints.

18        Q.   About what?

19        A.   Using vulgar language during a lesson.

20        Q.   Were those complaints true?               09:16:58

21        A.   Define vulgar.

22        Q.   I'm sorry?

23        A.   Define vulgar.

24        Q.   Well, how do you define it?  You said

25   vulgar language.                                    09:17:08
```

                                                            28

Matt Hosseinzadeh

```
 1         A.   I'm quoting the company.

 2         Q.   Did they define vulgar to you?

 3         A.   They gave me an example.

 4         Q.   What was that?

 5         A.   I used the word retarded.              09:17:20

 6         Q.   You had referred to a customer as retarded?

 7         A.   No.

 8         Q.   Who had you referred to as retarded?

 9         A.   Another driver on the road.

10         Q.   But you said they were customer complaints.  09:17:32

11    What were the customer complaints about?

12         A.   The student talks about the lesson.

13         Q.   Okay.  And what did the student complain

14    about?

15         A.   That I used that language during the      09:17:48

16    lesson.

17         Q.   About another driver?

18         A.   About someone who cut us off, yes.

19         Q.   Who was the other driver?

20         A.   I don't know.                           09:17:59

21         Q.   Was there more than one complaint?

22         A.   I don't know.

23         Q.   Okay.  Were you told that there was more

24    than one complaint?

25         A.   I don't recall.                         09:18:11
```

29

```
 1        Q.   Who was your supervisor at the driver ed

 2   company?

 3        A.   Tim Mileski.

 4        Q.   Where is that company located?

 5        A.   I believe Northridge.                  09:18:31

 6        Q.   Are they still in business?

 7        A.   Yes.  To my knowledge.

 8        Q.   Do you know if Mr. Mileski is still

 9   employed there?

10        A.   I don't know.                          09:18:43

11        Q.   Do you remember their address, by any

12   chance?

13        A.   No.

14        Q.   And prior to 2009, were you employed?

15        A.   Yes.                                   09:18:55

16        Q.   Full time or part time?

17        A.   Part time.

18        Q.   Where were you employed?

19        A.   Menlo College.

20        Q.   That's located where?                  09:19:09

21        A.   Menlo Park.

22        Q.   It's up north?

23        A.   Yes.

24        Q.   What was your employment there?

25        A.   I managed the bookstore.              09:19:23
```

30

```
 1        Q.    How long were you employed there?

 2        A.    Approximately four years.

 3        Q.    Was that full time or part time?

 4        A.    That was full time.

 5        Q.    Why did you leave?                        09:19:43

 6        A.    I moved down here.

 7        Q.    Were you terminated?

 8        A.    No.

 9        Q.    Why did you move from Northern California

10   to Southern California?                              09:19:57

11        A.    To pursue my filmmaking and music career.

12        Q.    And did you have a supervisor at the

13   bookstore in Menlo College?

14        A.    Yes.

15        Q.    Who was that?                             09:20:12

16        A.    Ragni.  Can't remember the last name.

17        Q.    Were you married at the time that you were

18   working in the bookstore?

19        A.    At the bookstore, part of it.

20        Q.    And did your moving down here have to do   09:20:33

21   with the end of your marriage as well?

22        A.    No.

23        Q.    What was your former wife's name?

24        A.    Criselia.

25        Q.    Spell it, please.                         09:20:45
```

31

Matt Hosseinzadeh

```
 1         A.    C-R-I-S-E-L-I-A.

 2         Q.    Same last name as you?

 3         A.    Yes.

 4         Q.    While you were married?

 5         A.    Yes.                                  09:20:55

 6         Q.    What was her name before you were married,

 7    last name?

 8         A.    Garcia.

 9         Q.    Spell it, please.

10         A.    G-A-R-C-I-A.                          09:21:01

11         Q.    Where does she live, if you know?

12         A.    Menlo Park.

13         Q.    Presently?

14         A.    Yes.

15         Q.    Do you know her address?             09:21:12

16         A.    Not off the top of my head.

17         Q.    Is she employed?

18         A.    Yes.

19         Q.    What does she do?

20         A.    Housecleaner.                        09:21:26

21         Q.    And before working at Menlo College, where

22    did you work?

23         A.    Fry's Electronics.

24         Q.    Spell it, please.

25         A.    F-R-I [sic] apostrophe S, Electronics.  09:21:43
```

32

Matt Hosseinzadeh

```
 1        Q.   Where were they located?

 2        A.   Palo Alto.

 3        Q.   And is that where you worked -- it's a

 4   chain.  Is that where you worked?

 5        A.   Yes.                              09:21:58

 6        Q.   And when did you work there?

 7        A.   To my recollection, 1997 to 2001.

 8        Q.   What was your job there?

 9        A.   I managed the computer department.

10        Q.   Was that full time or part time?     09:22:32

11        A.   Full time.

12        Q.   Why did you leave there?

13        A.   Better offer.

14        Q.   They paid you more at the Menlo bookstore?

15        A.   Yeah.  Well, not necessarily salary, but  09:22:47

16   other benefits.

17        Q.   What were those other benefits?

18        A.   Better hours, free health care, free

19   tuition.

20        Q.   Anything else?                        09:23:09

21        A.   That's it.

22        Q.   Okay.  When you say free tuition, is Menlo

23   College a private college?

24        A.   Yes.

25        Q.   Is it four years?                     09:23:18
```

33

```
 1          A.   Yes.

 2          Q.   Did you attend it?

 3          A.   No.

 4          Q.   Did you leave with the idea that you were

 5    going to attend it?                            09:23:30

 6          A.   I considered it.

 7          Q.   You decided against attending?

 8          A.   Yes.

 9          Q.   Why was that?

10          A.   Not enough time.                     09:23:41

11          Q.   Did you consider a particular course of

12    study at Menlo College?

13          A.   Business.

14          Q.   Before Fry's Electronics, where were you

15    employed?  Well, were you employed?            09:23:58

16          A.   Guess Jeans.

17          Q.   Where was that, sir?

18          A.   San Jose.

19          Q.   And did you have a supervisor?

20          A.   Yes.                                 09:24:18

21          Q.   Was that full time?

22          A.   No.

23          Q.   How many hours a week approximately?

24          A.   I can't remember.

25          Q.   Well, approximately?                 09:24:32
```

34

```
 1        A.    I really can't remember.

 2        Q.    What did you do at Guess Jeans?

 3        A.    Sales and merchandising.

 4        Q.    Were you terminated there?

 5        A.    No.                                      09:24:46

 6        Q.    Why did you leave?

 7        A.    Better pay, better opportunities at Fry's.

 8        Q.    You mentioned that you managed the computer

 9    department for Fry's Electronics.  Do you have a

10    computer background?                               09:25:00

11        A.    I had on-the-job training.

12        Q.    For Fry's?

13        A.    Uh-huh.

14        Q.    Yes?

15        A.    Yes.                                     09:25:08

16        Q.    I don't mean to be rude but I do need to

17    get an answer.  Okay?

18        A.    Yes.

19        Q.    And taking it back from Guess Jeans, how

20    long were you employed there?                      09:25:19

21        A.    Approximately six months.

22        Q.    What year was that?  Best you can recall?

23        A.    1997.

24        Q.    Were you employed before that?

25        A.    Yes.                                     09:25:40
```

35

1        Q.   Where?

2        A.   Express.

3        Q.   What is that?

4        A.   Clothing store.

5        Q.   Did you do sales or what did you do?        09:25:48

6        A.   Inventory.

7        Q.   Full time or part time?

8        A.   Part time.

9        Q.   About when was this?

10       A.   1996.                                        09:26:00

11       Q.   When you were working part time at Guess

12   Jeans, did you have other activities that occupied

13   your time?

14       A.   Yes.

15       Q.   What were those?                             09:26:11

16       A.   I made films and I made music.

17       Q.   What kind of films?

18       A.   Short films.

19       Q.   What format?

20       A.   Hi8s, DV.                                    09:26:28

21       Q.   Any others?

22       A.   No.

23       Q.   When you say you made music, what kind of

24   music did you make?

25       A.   Electronic music.                            09:26:42

36

```
 1        Q.   Were any of the films published?

 2        A.   No.

 3        Q.   Were any of the films copyrighted?

 4        A.   My early films, no.

 5        Q.   And when you say short films, about how      09:26:54

 6   long were they?

 7        A.   They ranged between two and maybe eight

 8   minutes.

 9        Q.   Were they of a particular type or genre?

10        A.   Comedy.                                      09:27:13

11        Q.   And were you the star in your own films?

12        A.   Sometimes.

13        Q.   And others you had other people?

14        A.   Yes.

15        Q.   Were they professional comedians?           09:27:26

16        A.   No.

17        Q.   How did you get people to be in your films?

18        A.   Friends.

19        Q.   And were they friends doing comedy?

20        A.   Some of them.                               09:27:39

21        Q.   Were they scripted?

22        A.   They were all scripted.

23        Q.   Was there a theme?

24        A.   Define theme.

25        Q.   Well, theme.  Theme could be relationships,  09:27:51
```

                                                              37

Matt Hosseinzadeh                                                    January 4, 2017

1    theme could be sports, theme could be inspiration.

2    I'm just giving you examples, but you're not bound

3    by my examples.

4        A.   Well, each story had a different theme, I

5    mean different subject if that's what you're asking.   09:28:12

6        Q.   Was there one overarching subject that you

7    had in your films?

8        A.   At that time, no.

9        Q.   Do you still have any of those films?

10       A.   I have a few.                                 09:28:25

11       Q.   Okay.  Have those films ever shown anyplace

12   other than to friends?

13       A.   Some of them.

14       Q.   Where have they shown?

15       A.   One film got into a film festival.            09:28:45

16       Q.   What was that?

17       A.   When I moved down here, one of my short

18   films, String Theory got into the L.A. short film

19   festival, 2009.

20       Q.   This was not while you were employed at       09:29:03

21   Guess Jeans?

22       A.   No.

23       Q.   And are you working part time now because

24   you're pursuing your film career?

25       A.   Yes.                                          09:29:19

                                                            38

Matt Hosseinzadeh

```
 1          Q.   Taking us back in time, you worked for

 2    Express for about a year.  Where did you work before

 3    that?

 4          A.   I was in school.

 5          Q.   When you say you were in school, was that      09:29:34

 6    college or was that high school or some other

 7    school?

 8          A.   Prior to Guess and Express, it was college.

 9          Q.   Where did you go to college?

10          A.   I attended De Anza College.                    09:29:49

11          Q.   Spell it, please.

12          A.   D-E A-N-Z-A.

13          Q.   Was that a two-year or four-year school?

14          A.   Two year.

15          Q.   Where was it located?                          09:30:02

16          A.   Cupertino.

17          Q.   Did you graduate?

18          A.   No.

19          Q.   How much schooling did you have there?

20          A.   Two semesters maybe.                           09:30:19

21          Q.   When you say maybe, do you have a firm

22    recollection of that or not really?

23          A.   No.

24          Q.   Did you have a particular course of study?

25          A.   Film and business.                             09:30:32
```

39

Matt Hosseinzadeh

```
 1        Q.   How many film courses did you take?

 2        A.   I don't recall.

 3        Q.   What is your best approximation?

 4        A.   One.

 5        Q.   Was that a survey course?              09:30:51

 6        A.   What is a survey course?

 7        Q.   Let me ask you this.  What kind of course

 8   was it?

 9        A.   It was film production, film theory.

10        Q.   Both?                                  09:31:07

11        A.   I took one of those.  I don't remember the

12   other one.  And I had business classes.

13        Q.   Okay.  I'm being unclear now.  It's my

14   fault.  You said you took a film production course.

15        A.   Uh-huh.                                09:31:21

16        Q.   Was that the title of the course, film

17   production?

18        A.   I don't remember the exact title but it was

19   about film production.

20        Q.   Did you do a project for that?         09:31:29

21        A.   I didn't finish my project.

22        Q.   Did you start it?

23        A.   No.

24        Q.   Did you drop out of the course?

25        A.   Yes.                                   09:31:40
```

40

1        Q.    You said you took a film theory class.

2        A.    Same class.

3        Q.    Same class?  That's the class you dropped

4    out of?

5        A.    Yes.                                    09:31:51

6        Q.    Is there a reason you dropped out?

7        A.    I was paying out of state tuition.

8        Q.    And what was that about paying out of state

9    tuition that led you to drop out of the course?

10       A.    I had recently moved to California.       09:32:09

11       Q.    What was there about -- you're saying there

12   is a cause and effect.  You dropped out of the

13   course because you were paying out of state tuition.

14       A.    Uh-huh.

15       Q.    All right.  Why did you drop out of the    09:32:19

16   course because you were paying out of state tuition?

17       A.    I couldn't afford the out of state tuition.

18       Q.    They didn't make you pay it up front?

19       A.    But I got a refund on part of it.

20       Q.    Okay.  So you paid it, you dropped out and  09:32:37

21   you got a refund?  Is that correct?

22       A.    Yes.

23       Q.    Where did you go to high school?

24       A.    Homestead High School.

25       Q.    Where is that located?                   09:32:51

```
 1        A.   Cupertino.

 2        Q.   Cupertino, California?

 3        A.   Yes.

 4        Q.   Why is it that you were paying out of state

 5   tuition at the college?                          09:33:01

 6        A.   I moved overseas between the two.

 7        Q.   Between high school and going to college?

 8        A.   Yes.

 9        Q.   Where did you move?

10        A.   Austria.                               09:33:11

11        Q.   I'm sorry?

12        A.   Austria.

13        Q.   Was there a reason?

14        A.   My father lives there.

15        Q.   Did you work in Austria?               09:33:23

16        A.   I did.

17        Q.   What type of work did you do?

18        A.   I worked at a bookstore.

19        Q.   Full or part time?

20        A.   Part time.                             09:33:39

21        Q.   How long did you live in Austria for?

22        A.   Three years at that time.

23        Q.   Did you pursue any higher education in

24   Austria?

25        A.   I was still finishing high school.     09:33:54
```

42

```
 1          Q.    Did you take any film classes in high
 2    school?
 3          A.    I don't recall.
 4          Q.    Have you ever taken any class in theater?
 5          A.    Like acting classes?                    09:34:12
 6          Q.    Like acting classes, let's start with that.
 7          A.    Yes.
 8          Q.    Where?
 9          A.    Shelton Theater, San Francisco.
10          Q.    Did you pay for that class?             09:34:26
11          A.    Yes.
12          Q.    Was there any kind of degree or certificate
13    attached to that?
14          A.    No.
15          Q.    And did you act in place or were they   09:34:36
16    sketch classes?  What type of class?
17          A.    Sketch, place, yes.
18          Q.    Both?
19          A.    Both.
20          Q.    And was there any kind of certificate   09:34:49
21    attached to that course?
22          A.    Not that I know of.
23          Q.    How long did you go to Shelton Theater?
24          A.    Three quarters.
25          Q.    So it was a real school as such?        09:35:06
```

43

Matt Hosseinzadeh

```
 1        A.   Acting school.

 2        Q.   Acting school, okay.  You dropped out of

 3   there as well?

 4        A.   No.  I finished three quarters.

 5        Q.   Was there any sort of certificate or degree  09:35:20

 6   that was attached to that school if you had attended

 7   longer?

 8        A.   I don't know.

 9        Q.   Any other education or courses that we

10   haven't already covered?                               09:35:36

11        A.   I attended Acting For The Camera, West L.A.

12   College.

13        Q.   What did you take there?

14        A.   Acting For The Camera.  I attended a master

15   class in screenwriting at UCLA, invitation only.  I    09:35:51

16   took a music theory class at West Los Angeles

17   College.  I took an art appreciation class in

18   West Los Angeles College.

19        Q.   Did you complete the acting class?

20        A.   I did.                                        09:36:15

21        Q.   Did you complete the music theory class?

22        A.   I did.

23        Q.   Did you -- well, was that class at UCLA,

24   was that part of their extension college?

25        A.   I don't know.  They didn't call it that.     09:36:27
```

                                                                44

```
 1          Q.   What did they call it?

 2          A.   Master class in screenwriting.

 3          Q.   And how did you get in there?

 4          A.   I applied.

 5          Q.   Was that a full-time course?          09:36:40

 6          A.   It was one year.

 7          Q.   Did you complete the course?

 8          A.   Yes.

 9          Q.   Did you get any kind of a certificate?

10          A.   I don't recall.                       09:36:52

11          Q.   Okay.  Did you do a project for that

12     course?

13          A.   Yes.

14          Q.   What was the project?

15          A.   Feature length screenplay.            09:37:02

16          Q.   Has that ever been published?

17          A.   Like a book?

18          Q.   Like a book.

19          A.   No.

20          Q.   Has it ever been produced?            09:37:15

21          A.   No.

22          Q.   Has it ever been optioned?

23          A.   No.

24          Q.   What was the title?

25          A.   Eternal Death.                        09:37:22
```

45

```
 1          Q.   What was it about?

 2          A.   It's about -- it's complicated.  It's about

 3     a homicide detective tracking down a serial killer.

 4          Q.   And is that a -- what would you call it?

 5     What genre would you call it?                    09:37:40

 6          A.   Action, thriller.

 7          Q.   Do you appear -- well, were you going to

 8     cast yourself in it?

 9          A.   No.

10          Q.   Was there any sort of a grade attached to  09:37:54

11     that, in the course?

12          A.   I don't recall any kind of grade given out.

13          Q.   All right.  In addition to the various

14     employments that we've talked about, you are a

15     YouTube creator.  Is that fair to state?         09:38:16

16          A.   Yes.

17          Q.   And what is the name of your company for

18     that?

19               UNIDENTIFIED SPEAKER:  Video connection was

20     lost.                                            09:38:30

21               MR. KRAVITZ:  Can we go off the record.

22               THE VIDEOGRAPHER:  Time is 9:38 A.M.  We're

23     off the record.

24                    (Recess taken.)

25               THE VIDEOGRAPHER:  We are on the record at  09:44:45

                                                             46
```

```
 1    discuss YouTube analytics.  They have an online

 2    academy which most creators, when they become

 3    partners, they go through that little academy.  So

 4    it teaches all about how to read the charts, how to

 5    make sure -- make your channel successful.        12:41:23

 6         Q.   All right.  I'm trying to determine the

 7    source of your personal understanding.  Is it

 8    self-taught, is it going to the academy?

 9         A.   It's both.  It's self-taught through years

10    of experience and I've attended the academy and the  12:41:38

11    meet-ups that they've had.

12         Q.   Do you notice that the estimated revenue

13    for the work in question was relatively high until

14    January 2016?

15         A.   Yes.                                      12:41:54

16         Q.   And there is a noticeable drop at that

17    point?

18         A.   Yes.

19         Q.   Then another drop after May of 2016?

20         A.   Yes.                                      12:42:01

21         Q.   Do you have any explanation as to the first

22    drop?

23         A.   I do.

24         Q.   What is that?

25         A.   The YouTube ad revenue is seasonal.  It   12:42:06
```

141

1    starts low in January, blows up in November,

2    December, then it drops again in January.

3         Q.   Any understanding as to why that is?

4         A.   Absolutely.  Consumers are out shopping for

5    the holiday season.  So they have big budgets for       12:42:19

6    advertising.

7         Q.   What is the explanation for the second

8    drop?

9         A.   The second drop, well, that is going to be

10   that huge spike you see in June, that's the traffic     12:42:30

11   that came from the fallout regarding the We're Being

12   Sued video.  So it brought in a huge amount of

13   traffic for about a week and then once the channel

14   had been affected by the behavior of the visitors,

15   it dropped and it's stayed there.                       12:42:53

16        Q.   By the behavior of the visitors, what do

17   you mean?

18        A.   Disliking, primarily disliking and dropping

19   the average viewer retention time.

20        Q.   Is there a slight bump in revenue from        12:43:09

21   2-4-16 to 3-6-16?

22        A.   There seems to be a slight bump there.

23        Q.   Okay.  Do you have an explanation for that?

24        A.   No.  Things get shared and it starts --

25   again, starts low January 1st and it just starts        12:43:29

                                                             142

```
 1    creeping upwards through the summer and into

 2    Thanksgiving.

 3         Q.   Do you have an opinion as to whether the

 4    defendants' video boosted revenue for your work?

 5         A.   Whether they boosted it?                    12:43:46

 6         Q.   Uh-huh.

 7         A.   They brought traffic which had an indirect

 8    effect temporarily boosting it for, we see, what,

 9    three days, because there is traffic.  Whether the

10    traffic is good intention or bad intention, the      12:44:01

11    clicks boosted the revenue for a couple days.

12         Q.   Aside from YouTube, was the work posted on

13    any other website?

14         A.   No.

15         Q.   There is no other source of revenue for the 12:44:15

16    work other than the YouTube; is that correct?

17         A.   Strictly -- this is the only upload.

18         Q.   Let's take a look at 137 and 138.  Okay?

19         A.   Yeah.

20         Q.   All right.  And how many overall views did  12:44:38

21    the work have in February 2016?

22         A.   February 2016?  Maybe nine-and-a-half

23    million or so.

24         Q.   And how many views does the work have now?

25         A.   Ten.  Ten and a half.  Last time I checked. 12:44:55
```

143

Matt Hosseinzadeh                                                    January 4, 2017

1        Q.   And views from foreign countries v. U.S.?

2        A.   U.S. was No. 1.

3        Q.   Is that No. 1 over 50 percent?

4        A.   I don't recall.

5        Q.   Have you ever purchased views from foreign   12:48:14

6    countries?

7        A.   I've never purchased views.

8        Q.   Or from the U.S.?

9        A.   No.  It's against YouTube's policy.

10       Q.   Do you know of anybody who watched         12:48:25

11   defendants' video instead of your work?

12       A.   Personally?

13       Q.   Yes.

14       A.   Specific people?

15       Q.   Yes.                                       12:48:32

16       A.   No.

17       Q.   Has anybody told you that they looked at

18   defendants' video instead of your work?

19            MR. BUKHER:  Objection.  Asks for

20   privileged communication, funny enough.            12:48:42

21       Q.   BY MR. KRAVITZ:  Other than any

22   conversation with your lawyers, do you know of

23   anyone who told you that they watched defendants'

24   video instead of your work?

25       A.   No.                                        12:48:53

147

Matt Hosseinzadeh                                          January 4, 2017

1        Q.   Do you have any analytic data as to anybody

2   watching defendants' video instead of your work?

3        A.   I don't have access to that.

4        Q.   Do you have any evidence that defendants'

5   video cut into the market for your work?          12:49:12

6        A.   What do you mean by cut into market?

7        Q.   That the defendants' video prevented you

8   from earning revenue on your video.

9        A.   Well, that's slightly different.  The first

10   thing you asked, there is two different ways to lose  12:49:32

11   revenue, right.  They can watch [sic] revenue

12   instead of mine.  That's one way to lose it.  The

13   other way is to get attacked by over a million

14   people and lose revenue that way.  So which one are

15   you asking?                                         12:49:47

16        Q.   Let's try the first one first.  I think

17   you've already answered that, that you have no

18   evidence of people watching defendants' video rather

19   than yours?

20        A.   Yeah, I have no evidence of someone coming  12:49:55

21   up to me saying, hey, Matt, I watched the other

22   person's video and I refuse to watch yours.

23        Q.   Okay.  Now let's ask the second, which is

24   do you have any evidence that by virtue of the

25   Kleins' video, people did not watch your video?     12:50:11

                                                            148

1    A.   Isn't that what we just answered?

2    Q.   No.

3    A.   Which one did we just answer?

4         MR. KRAVITZ:  Let's get it back.

5              (Record read.)                    12:50:22

6         THE WITNESS:  So my answer goes to that

7    question.  It wouldn't make sense on any other

8    question.

9    Q.   BY MR. KRAVITZ:  So you have no evidence

10   that by virtue of the Kleins' video people did not   12:50:55

11   look at your video?

12   A.   I have no evidence, no.

13   Q.   Okay.  Do you have any evidence that

14   because of the Kleins' video, more people took a

15   look at your video?                          12:51:10

16   A.   Do I have evidence because -- that more

17   people came?

18   Q.   Yes, sir.

19   A.   Well, on this chart, there is a spike or

20   two.  That's -- I consider that evidence.     12:51:19

21   Q.   Okay.  Do you have an opinion other than

22   advice of counsel and discussion with counsel as to

23   whether the Kleins' video seeks a different audience

24   than yours?

25   A.   I don't have an opinion regarding what kind   12:51:41

149

```
 1    of audience they seek.
 2         Q.   And do you have any information about the
 3    demographics of the Kleins' video?
 4         A.   I do not have information regarding the
 5    demographics of their video or channel.        12:51:51
 6         Q.   Do you sell any merchandise from this work?
 7         A.   No.
 8         Q.   Have you ever?
 9         A.   No.
10         Q.   Shorts, t-shirt?                      12:51:59
11         A.   No.
12         Q.   Have you ever licensed your work to a third
13    party?
14         A.   Other than YouTube standard license, I have
15    not licensed my work to any third party.        12:52:12
16         Q.   And have you licensed any portion of this
17    work to anybody?
18         A.   No.
19         Q.   Have you ever licensed to a third party for
20    any of your other videos?                       12:52:24
21         A.   No.
22         Q.   Have you ever tried?
23         A.   No.
24         Q.   Has anybody ever approached you asking to
25    license your video?                             12:52:31
```

```
 1          A.   Yes.

 2          Q.   Who?

 3          A.   I don't recall the name of the companies.

 4          Q.   More than one?

 5          A.   Yes.                                    12:52:40

 6          Q.   And how were you approached?

 7          A.   Email.

 8          Q.   Did you retain those emails?

 9          A.   I may have some.  If I don't do business

10    with them, I generally might delete it.           12:52:51

11          Q.   Okay.  And do you remember the names of any

12    of those companies?

13          A.   I don't remember their names.

14          Q.   Do you remember which businesses they're

15    in?                                               12:53:03

16          A.   Online streaming.  Yeah.

17          Q.   Any others?

18          A.   I don't recall any others.

19          Q.   And did you have discussion with any of

20    these companies about licensing?                  12:53:16

21          A.   I did not.

22          Q.   You didn't pursue it?

23          A.   I did not.

24          Q.   Any reason?

25          A.   I didn't think they were offering anything 12:53:28
```

                                                            151

Matt Hosseinzadeh

```
 1    favorable compared to YouTube.

 2         Q.   Did you have an economic understanding of

 3    what they were offering?

 4         A.   They laid out certain terms in their

 5    emails.                                        12:53:42

 6         Q.   They just simply were not as good as

 7    YouTube?

 8         A.   I didn't think so.

 9         Q.   Did YouTube have a policy at the time that

10    you were approached that you could only post on   12:53:50

11    YouTube?

12         A.   No.

13         Q.   So you could have taken advantage of these

14    other postings without losing your YouTube license,

15    correct?                                       12:54:01

16         A.   Well, it's complicated because some of the

17    offers are tied into YouTube.

18         Q.   In what sense?

19         A.   Advertising networks.

20         Q.   Okay.                                12:54:09

21         A.   So they work with YouTube but they get a

22    cut.

23         Q.   That's why you felt it was simply not

24    worthwhile?

25         A.   I felt that they were not offering a better  12:54:16
```

152

Matt Hosseinzadeh                                                     January 4, 2017

| 1 | deal than YouTube directly. |

2       Q.    Okay.  Do you have an economic

3   understanding of the deal that YouTube offers?

4       A.    I do.

5       Q.    And how is that gauged?                    12:54:26

6       A.    How is the revenue created?

7       Q.    Correct.

8       A.    Off of advertising, and now they have

9   YouTube Red.

10      Q.    And are you familiar with the thresholds of  12:54:41

11   the advertising as to how you get paid?

12      A.    The threshold where they first give you a

13   payment?

14      Q.    Yes.

15      A.    I believe it's $100 a month or $100 in     12:54:53

16   general.  It accumulates until it hits a hundred.

17   Then they pay you.

18           (Deposition Exhibit No. 7 was marked for

19   identification and is part of the flash drive.)

20           MR. KRAVITZ:  Let's take a look at Exhibit  12:55:04

21   7, which is a video We're Being Sued.

22               (Video We're Being Sued plays.)

23           MR. KRAVITZ:  Let's go off the record for a

24   second.

25                   (Counsel confer.)                    12:55:57

                                                              153