**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

MATT HOSSEINZADEH,

*Plaintiff,*

– against –

ETHAN KLEIN and HILA KLEIN,

*Defendant*s.

**Civ. Action No.**: 16-cv-3081 (KBF)
**ECF Case**

**DECLARATION OF MATT HOSSEINZADEH IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGEMENT**

MATT HOSSEINZADEH ("**Plaintiff**"), hereby declares under penalty of perjury as prescribed by 28 U.S.C. § 1746:

1.      I am a resident of the State of California. This declaration is submitted in opposition to defendants' motion for summary judgment.

2.      This declaration is submitted on my own personal knowledge and after a review of any relevant documents.

3.      Exhibits 31-40 are true and accurate screenshots of monthly revenue figures for my channel MattHossZone (https://www.youtube.com/user/MattHossZone) for June 2015 through October 2015 and June 2016 through October 2016.

4.      Exhibits 41 and 42 are true and accurate screenshots of revenues generated by the Work for May 1, 2015 through October 28, 2016.

5.      It has been my personal experience as a YouTube channel proprietor that advertising revenue on YouTube is seasonal; likely due to the probability that companies, who form the consumer base for YouTube advertising, have larger advertising budgets for the holiday season and, therefore, spend more during that period. Google (which runs YouTube) runs

auction-based advertising which incentivizes advertising buyers to outbid each other during busier seasons, driving revenues up—while I cannot testify to YouTube's advertising algorithms, I can testify that from personal experience, all else being equal, channel revenues tend to increase until January 1st and then drop for the first quarter of any given year.

6.     According to the comparison of five months in 2016 (post-Defamation Video) and the same five months in 2015 (pre-Defamation Video), my average monthly revenues dropped by 88.2% after the publication of the Defamatory Video.

Dated: February 27, 2017

DocuSigned by:

*Matt Hosseinzadeh*

8749365B4CD84C9

Matt Hosseinzadeh