Hosseinzadeh v. Klein, et al - 16-cv-3081 (KBF)
Plaintiff's Opposition to Defendants' Motion for Summary Judgment

# Exhibit 34

**Exhibit Filed Under Seal Pursuant to Court Order**
**Hard Copy Submitted to Court**