UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATT HOSSEINZADEH,<br><br>                                          *Plaintiffs*,<br><br>– against –<br><br>ETHAN KLEIN and HILA KLEIN,<br><br>                                          *Defendant*s. | **Civ. Action No**.: 16-cv-3081 (KBF)<br>**ECF Case**<br><br>**DECLARATION OF TIM BUKHER IN FURTHER OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGEMENT** |

TIM BUKHER, hereby declares under penalty of perjury as prescribed by 28 U.S.C. § 1746:

1.    I am a partner of Thompson Bukher LLP, attorneys for the plaintiff in this matter.

2.    This declaration is submitted on my own personal knowledge and after a review of any relevant documents.

3.    <u>Exhibit 43</u> is a true and accurate copy of Defendants' video "We're Still Being Sued" which Defendants published to their YouTube channel H3H3Productions on February 27, 2017 (https://www.youtube.com/watch?v=m40bWgWH8Ro).

Dated: March 13, 2017

                                                                    /s/Tim Bukher_____
                                                                    Tim Bukher