```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
MATT HOSSEINZADEH,                                           :
                                                             :
                              Plaintiff,                     :
                                                             :
              -v-                                            :   16-cv-3081 (KBF)
                                                             :
ETHAN KLEIN and HILA KLEIN,                                  :   ORDER
                                                             :
                              Defendants.                    :
                                                             :
------------------------------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: March 17, 2017

KATHERINE B. FORREST, District Judge:

      The Court recognizes that a surreply is forthcoming. However, it believes there is a strong possibility of resolving this action on summary judgment. Therefore, the Court adjourns the trial date at this time. Should the surreply change the Court's view as to the possibility of summary judgment, the Court will reschedule the trial date.

      All remaining dates, including the trial date, are hereby adjourned.

      SO ORDERED.

Dated:    New York, New York
             March 17, 2017

                                                          _____
                                                            KATHERINE B. FORREST
                                                         United States District Judge